ORIGINAL

FILED
SEP 30 2003
U.S. COURT OF FEDERAL CLAIMS

**UNITED STATES COURT OF FEDERAL CLAIMS**

DOCKET #: 03-2262T

JUDGE ______________________

**JOSEPH O. SALADINO, Petitioner**

vs

**UNITED STATES, Respondent**

---

**MOTION FOR LEAVE TO FILE**

The authority for this motion is RCFC 83(b) and Title 5, U.S.C., §702 and sequence. In support the Court is shown the following:

The basis of this motion is that refund and tort proceedings are insufficient of statutory process to stay the taxing power of the United States and to protect the rights of the petitioner herein. The doctrine of necessity creates a need for forthwith relief and/or summary relief founded in habeas corpus.

The absence of any form of legal action to review an omission by an agency of the Federal government acting under authority of the internal revenue laws is addressed in Title 5, U.S.C., §701 and sequence. (See pleading special matters adopted herein by reference).

The relief being sought is a claim of the federally protected right to the privilege of habeas corpus. The attached action is hereby adopted herein by reference as a brief in support of this claim for relief.

Wherefore the petitioner moves for forthwith relief on the motion or in the alternative an order to issue to show cause why the relief requested in the petition should not be granted.

Executed on this 27th day of September, 2003.

Joseph O. Saladino
416 Alamosa Ave
Palmdale, California 93551
661-267-0234

**UNITED STATES COURT OF FEDERAL CLAIMS**

DOCKET #: ______________________________

JUDGE ______________________________

**JOSEPH O. SALADINO, Petitioner**

vs

**UNITED STATES, Respondent**

---

## AN APPLICATION FOR HABEAS CORPUS CUM CAUSA RELIEF

## WITH A MOTION TO NOTICE INTERESTED PARTIES

## JURISDICTION

I

The court's jurisdiction for a claim of a privilege of habeas corpus against the United States is Title 28, U.S.C., §1346(2).

II

The statutory authority for the habeas corpus is Title 5, U.S.C., §704.

## VENUE

III

The venue of the proceeding is further set in the United States Court of Federal Claims as a court of competent jurisdiction to claiming a federally protected privilege of habeas corpus relief.

## STATEMENT OF CLAIM

IV

The petitioner claimed a civil right to a refund for a taxpayer for the year 1996 on a 1040 (and a 1040x) as a third party.

V

The IRS reviewed the claim without observance of procedure required by law.

VI

The omission by the secretary resulted in a denial of the refund.

VII

The omission by the secretary has impaired the petitioner ability to fulfill the obligation of the contract to the taxpayer.

VIII

The claim for a refund is dependent upon litigation of the omission.

**DEMAND FOR JUDGMENT**

IX

The petitioner is demanding the privilege of habeas corpus relief.

X

The demand is for an evidentiary and summary hearing on the motions required to support habeas corpus relief including the following issues:

1. Motion for leave to file.

2. Review and redress the legal wrong of insufficiency of process.

XI

**PLEADING SPECIAL MATTERS**

XII.

The petitioner hereby adopts Pleading Special Matters #1 by reference herein in support of the petition.

GROUND I.

The petitioner has been denied sufficiency of process due to an omission founded on Title 26, Code of Federal Regulations, §1.211-1.

**Facts** #1 The petitioner has properly claimed a refund (or credit) based on a deduction founded on Title 26, U.S.C., §212(1).

#2 The code (§1.211-1) mandates the allowance of this deduction.

#3 The deduction taken was a necessary expense for the production of the income.

**Exhibits** #1 The attached "Pleading Special Matters #2 through #18" adopted herein by reference as evidence of the claim founded on 212(1).

#2: The denial by the Secretary as evidence of the omission.

#3: The negative averment that the respondent cannot produce statutory authority to deny the claim

founded on §212(1).

Wherefore the petitioner moves for forthwith relief or in the alternative moves for an order to show cause why the relief demanded in the petition should not issue. The brief hereto attached is adopted herein in support.

Executed on this 27th day of September, 2003.

Joseph O. Saladino
416 Alamosa Ave
Palmdale, California 93551
661-267-0234

**UNITED STATES COURT OF FEDERAL CLAIMS**

DOCKET #: ______________________________

JUDGE __________________________

**JOSEPH O. SALADINO, Petitioner**

vs

**UNITED STATES, Respondent**

---

**BRIEF IN SUPPORT OF MOTION FOR NOTICE TO INTERESTED PARTIES**

The authority for this motion is RCFC 14(b)(1), (2) and (3). In support the Court is shown the following:

The name and addresses of the parties to be noticed is:

STATE OF NORTH CAROLINA
Attorney General of North Carolina
P.O. Box 629
Raleigh, NC 27602

The interest in this proceeding is that Petitioner is going to move for stay pursuant to Title 28, U.S.C., §2251. The party will be unable to respond to this issue without notice and RCFC(65)(a)(1) mandates notice prior to injunctive relief.

Wherefore the petitioner moves for forthwith relief or in the alternative an order to issue to show cause why the relief demanded in the petition should not be granted.

Executed on this 27th day of September, 2003.

[signature]

Joseph O. Saladino
416 Alamosa Ave
Palmdale, California 93551

**UNITED STATES COURT OF FEDERAL CLAIMS**

DOCKET #: ______________________________

JUDGE __________________________

**JOSEPH O. SALADINO, Petitioner**

vs

**UNITED STATES, Respondent**

---

**PLEADING SPECIAL MATTERS & EXHIBIT #1**

The authority for this pleading is RCFC 9(c),(h)(1) and (5). In support the Court is shown that the following conditions precedent exist in this proceeding:

I.

**CITATION OF STATUTES & REGULATIONS FOR PRIVILEGE CLAIMED**

a. The Petitioner is claiming the privilege of Habeas Corpus Cum Causa.

b. The privilege is founded upon a claim of United States citizenship and equal rights under the 14th Amendment to the Constitution.

c. This is a claim founded upon Amendment VII and this right was extended to United States citizens by the 14th Amendment which gave Congress the authority to enforce this right by legislation.

d. The claim is a procedural right for the petitioner to use a legal procedure called a "petition" to redress a grievance with government.

e. The United States Congress legislated Title 28, U.S.C., §1346(2) and authorized suits of the following kinds:

> *"...unliquidated damage in cases not sounding in tort..."*

The case not sounding in Tort is a petition for writ of Habeas Corpus cum causa

f. The United States Congress further legislated Title 5, U.S.C., §703. Under form of proceeding the following civil right exists:

> *"The form of proceeding for judicial review...in the absence....thereof, any applicable form of legal action, including....habeas corpus..."*

g. The local rule for habeas corpus is founded in RCFC Rule 83 which stipulates that the court may proceed under the following rule:

> *"A judge may regulate practice in any manner consistent with federal law..."*

Congress has authorized the procedure found in Title 28, §2241.

> *"Writs of habeas corpus may be granted by...any circuit judge within their respective jurisdictions."*

And the procedure is founded in Title 28, U.S.C., §2243:

> *"A court...entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order to directing the respondent to show cause why the writ should not be granted,..."*

h. Summary proceedings are authorized by RCFC 12(a)(2) within 10 days :

> *"If a court...partially allows the motion...the responsive pleading shall be filed within 10 days after*

*notice..."*

i. The subject matter for summary relief is founded in RCFC 12(b) as the petitioner is making a claim of insufficiency:

> *"...the following defenses may at the option of the pleader be made by motion:...(4) insufficiency of process..."*

j. The petitioner further avers that no statutory review proceeding exist for the individuals making the claim of insufficiency of process

II.

**OWNERSHIP OF CLAIM**

The party shown has ownership of a claim of the privilege of habeas corpus cum causa due to the following conditions precedent:

a. The United States extended this privilege to United States citizens.

b. The petitioner acquired United States citizenship (by birth or naturalization) on 12/24/1946.

c. The United States Congress has not created a statutory form for review of an omission under authority of the internal revenue laws of the United States.

d. The unliquidated damages are founded upon Title 26, U.S.C., §7430 and will ripen for litigation upon completion of the hearing on the omission.

Joseph O. Saladino
416 Alamosa Ave
Palmdale, California 93551

**UNITED STATES COURT OF FEDERAL CLAIMS**

DOCKET #: ______________________________

JUDGE ______________________________

**JOSEPH O. SALADINO, Petitioner**

vs

**UNITED STATES, Respondent**

---

**PLEADING SPECIAL MATTERS & EXHIBIT #2.**

The authority for this pleading is RCFC 9(c),(h)(1),(2),(5) and (6). In support the Court is shown that the following conditions precedent exist in this proceeding:

I.

**TAX CREDIT SUIT**

An administrative proceeding exists within the IRS. This is an administrative action for a refund (or credit) The cause and effect are these:

a. The action is for the tax year 1994.

b. The amount to be refunded is $14,115.00

c. The place to be refunded is:

Nancy Ellen Lloyd
3204 High View Circle
Greensboro, NC 27410

d. The tax identification number is 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

a. The original claim for the refund was filed on October 1, 2002 at Atlanta, Georgia.

e. The determination issued on September 18, 2002

f. The claim is cognizable after joinder of the real party of interest.

II.

**CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED**

The credit is based on the fact that the petitioner did not make any profit for the year and this claim was made with the secretary by use of a mandatory deduction.

a. The civil right claimed was to make an election to not engage in a profit making activity founded on Title 26, United States Code, Chapter 1, §183 (e)(3) entitled "Activities not engaged in for profit" under "(3) Election:

> *"An election under paragraph (1) shall be made at such time and manner, and subject to such terms and conditions, as the Secretary may prescribe."*

This election was made on a form 8275 and the effect is the individual can itemize.

b. The next election or civil right claimed was an election to itemize on a 1040 and Schedule A founded on Title 26, U.S.C., §63(e).

> *"Any election under this subsection shall be made on the taxpayer's return,..."*

The effect of the election is that the petitioner was allowed to make another election:

c. §183(b)(1) is entitled "Deductions allowable" and creates a third civil right to use any deduction under Chapter 1 of Title 26:

*"the deductions which would be allowable under this chapter for the taxable year without regard to whether or not such activity is engaged in for profit, and"*

d. The deduction claimed is founded on Title 26, U.S.C., Chapter 1, §1341. §1341(a)(5)(B) stipulates the following civil right exist:

*"The decrease in tax under this chapter (or the corresponding provisions of prior revenue code)...." and*
*"For purposes of paragraph (5)(B), the corresponding provisions of the Internal Revenue Code of 1939 shall be chapter 1 of such code..."*

e. The decrease in tax chosen from Internal Revenue Code of 1939 is founded in Chapter 1, Subchapter B, §23 entitled "Deduction From Gross Income" which allows a deduction for:

*"...or compensation for personal services actually rendered."*

f. Title 26, U.S.C., §183(c) stipulates that an "activity not engaged in for profit is defined in either §162 or under paragraph (1) and (2) of §212.

g. The claim for relief being litigated herein is founded on Title 26, §212(1):

*"In the case of an individual, there shall be allowed as a deduction all the ordinary and necessary expenses...incurred during the taxable year - (1) for the production...of income;"*

h. The intent of the taxpayer is to claim that the money acquired by the right of accession is a necessary expense for the production of income.

i. The intent of Congress is founded in Title 26, C.F.R., §1.211 which mandates the IRS to follow this procedure:

"In computing taxable income under §63(a), the deduction

provided by sections 212...shall be allowed..."

j. The failure of the secretary to act in an official capacity under this section resulted in this suit and claim for relief of an omission.

k. The petitioner is seeking judicial review of an "omission" or failure of the secretary to act under the authority founded on Title 5, U.S.C., §702:

> "If no special statutory review proceeding is applicable..."

l. The request for judicial review is based on the claim that no statutory review proceeding exists when the secretary fails to proceed short of statutory right and without observance of procedure required by law. The claim is founded on Title 5, U.S.C., §706(D):

> "without observance of procedure required by law;"

m. The exact act required by this court in founded on Title 5, U.S.C., §706 (1):

> *"compel agency action unlawfully withheld or unreasonably delayed;*

n. The "Secretary" is the person authorized to issue the credit for the deduction in Title 26, U.S.C., §6402(b) and the intent is to join him as a necessary party:

> *"The Secretary is authorized to prescribe regulations providing for the crediting against the estimated income tax for any taxable year of the amount determined by the taxpayer..."*

III.

**OWNERSHIP OF CLAIM**

The party shown has ownership of a claim on money due to the following conditions precedent:

a. The petitioner has executed a power of attorney with the taxpayer to handle income tax actions.

b. The consideration was made on April 17, 2002.

c. A claim for a credit has been filed.

d. A determination has issued.

e. The effect is that the petitioner has been deprived of the funds authorized by §7422.

f. The additional effect is that the government has impaired the obligation of the contract under authority of the internal revenue laws of the United States.

g. The credit claim is not ripe of litigation at this time.

Executed on this 27th day of September, 2003

Joseph O. Saladino
416 Alamosa Ave
Palmdale, California 93551

Certified Mail # 7002 0510 0000 1155 8339

Form **1040X** (Rev. November 2001)

Department of the Treasury—Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

**This return is for calendar year ▶** 1994 **, or fiscal year ended ▶**

Please print or type

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| NANCY E. | LLOYD | 079 38 6148 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 3204 HIGH VIEW CIRCLE | Apt. no. | Phone number ( ) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions. GREENSBORO, NORTH CAROLINA 27410 | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ▶ ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☒ Yes ☐ No

C Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.

On original return ▶ ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

| Use Part II on the Back to Explain any Changes | | A. Original amount or as previously adjusted (see page 2) | B. Net change—amount of increase or (decrease)—explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see pages 2-6)** | | | | |
| 1 Adjusted gross income (see page 3) | 1 | 0 | 56,973 | 56,973 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 0 | 56,973 | 56,973 |
| 3 Subtract line 2 from line 1 | 3 | 0 | 0 | 0 |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 2450 | 0 | 2450 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | (2450) | 0 | (2450) |
| **Tax Liability** | | | | |
| 6 Tax (see page 4). Method used in col. C | 6 | 0 | 0 | 0 |
| 7 Credits (see page 4) | 7 | 0 | 0 | 0 |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 0 | 0 | 0 |
| 9 Other taxes (see page 4) | 9 | 0 | 0 | 0 |
| 10 Total tax. Add lines 8 and 9 | 10 | 0 | 0 | 0 |
| **Payments** | | | | |
| 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 9757 | 4358 | 14,115 |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 0 | 0 | 0 |
| 13 Earned income credit (EIC) | 13 | 0 | 0 | 0 |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 2439 or Form 4136 | 15 | 0 | 0 | 0 |
| 16 Amount paid with request for extension of time to file (see page 4) | 16 | | | 0 |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 14,115 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | 2557 |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | | | 11,558 |
| 21 **Amount you owe.** If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | | | 0 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | 11,558 |
| 23 Amount of line 22 you want **refunded to you** | 23 | | | |
| 24 Amount of line 22 you want **applied to your** 1995 **estimated tax** | 24 | 11,588 | | |

**Sign Here**

Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Nancy E Lloyd 09-26-02

Your signature Date Spouse's signature. If a joint return, both must sign. Date

**Paid Preparer's Use Only**

Preparer's signature | Date | Check if self-employed ☐ | Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code | EIN | Phone no. ( )

Cat. No. 11360L Form **1040X** (Rev. 11-2001)

NOT VALID WITHOUT ALL PAGES

Form 1040X (Rev. 11-2001) NANCY E. LLOYD 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 Page 2

**Part I** **Exemptions.** See Form 1040 or 1040A instructions.

If you are **not changing your exemptions,** do not complete this part.
If claiming **more exemptions,** complete lines 25–31.
If claiming **fewer exemptions,** complete lines 25–30.

| | | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse . . . . . . . . . . . . . . . . . . . . **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | 25 | | | |
| 26 | Your dependent children who lived with you . . . . . . . . . | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation . . . . . . . . . . . . . . . . . . . . | 27 | | | |
| 28 | Other dependents . . . . . . . . . . . . . . . . . . . . | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 . . . . . | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2001 | $2,900 | $99,725 |
| 2000 | 2,800 | 96,700 |
| 1999 | 2,750 | 94,975 |
| 1998 | 2,700 | 93,400 |

31 Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name | Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 5) |
|---|---|---|---|---|
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

No. of your children on line 31 who:
- lived with you . . ▶ ☐
- did not live with you due to divorce or separation (see page 5) . . ▶ ☐

Dependents on line 31 not entered above ▶ ☐

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here . . . . . ▶ ☐

LINE 2b - INCREASE CAUSED BY A CLAIM OF RIGHT FOUNDED ON 26 USC SECTION 1341, SEE ATTACHED AFFIDAVIT AND INFORMATIONAL SCHEDULE A LINE 28 FOR DETAILS.

LINE 11b - INCREASE CAUSED BY A CLAIM OF RIGHT FOUNDED ON 26 USC SECTION 1341 FOR SOCIAL SECURITY & MEDICARE WHICH WAS NOT OWED, SEE ATTACHED AFFIDAVIT & INFORMATIONAL 1040 LINE 54 FOR DETAILS

NOTE: THIS 1040X IS TO AMEND A PREVIOUS ERRONEOUS FILED "0" RETURN

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here . . . . . . . . . ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here . . . ▶ ☐

Form **1040X** (Rev. 11-2001)

NOT VALID WITHOUT [illegible]

DO NOT PROCESS

# Form 1040 — Department of the Treasury—Internal Revenue Service — U.S. Individual Income Tax Return 1994

(99) IRS Use Only—Do not write or staple in this space

For the year Jan. 1–Dec. 31, 1994, or other tax year beginning , 1994, ending , 19 OMB No. 1545-0074

## Label

(See instructions on page 12.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: NANCY E. — Last name: LLOYD — Your social security number: 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

If a joint return, spouse's first name and initial — Last name — Spouse's social security number

Home address (number and street). If you have a P.O. box, see page 12. Apt. no.: 3204 HIGH VIEW CIRCLE

City, town or post office, state, and ZIP code. If you have a foreign address, see page 12.: GREENSBORO, NORTH CAROLINA 27410

**For Privacy Act and Paperwork Reduction Act Notice, see page 4.**

**Presidential Election Campaign** (See page 12.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | | X |
| If a joint return, does your spouse want $3 to go to this fund? | | |

*Note: Checking "Yes" will not change your tax or reduce your refund.*

## Filing Status

(See page 12.) Check only one box.

1. [X] Single
2. [ ] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4. [ ] Head of household (with qualifying person). (See page 13.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 13.)

## Exemptions

(See page 13.)

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a. But be sure to check the box on line 33b on page 2

b [ ] **Spouse**

No. of boxes checked on 6a and 6b: 1

c **Dependents:**

| (1) Name (first, initial, and last name) | (2) Check if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1994 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more than six dependents, see page 14.

No. of your children on 6c who:
- lived with you
- didn't live with you due to divorce or separation (see page 14)

Dependents on 6c not entered above

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ [ ]

e Total number of exemptions claimed — Add numbers entered on lines above ▶ 1

## Income

Attach **Copy B of your Forms W-2, W-2G, and 1099-R here.**

If you did not get a W-2, see page 15.

Enclose, but do not attach, any payment with your return.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 56,973 |
| 8a | **Taxable** interest income (see page 15). Attach Schedule B if over $400 | 8a | |
| b | **Tax-exempt** interest (see page 16). DON'T include on line 8a — 8b | | |
| 9 | Dividend income. Attach Schedule B if over $400 | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 16) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). If required, attach Schedule D (see page 16) | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions — 15a — b Taxable amount (see page 17) | 15b | |
| 16a | Total pensions and annuities — 16a — b Taxable amount (see page 17) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation (see page 18) | 19 | |
| 20a | Social security benefits — 20a — b Taxable amount (see page 18) | 20b | |
| 21 | Other income. List type and amount—see page 18 | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 56,973 |

## Adjustments to Income

Caution: See instructions ▶

| Line | Description | | Amount |
|---|---|---|---|
| 23a | Your IRA deduction (see page 19) | 23a | |
| b | Spouse's IRA deduction (see page 19) | 23b | |
| 24 | Moving expenses. Attach Form 3903 or 3903-F | 24 | |
| 25 | One-half of self-employment tax | 25 | |
| 26 | Self-employed health insurance deduction (see page 21) | 26 | |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 | |
| 30 | Add lines 23a through 29. These are your **total adjustments** ▶ | 30 | |

## Adjusted Gross Income

| Line | Description | | Amount |
|---|---|---|---|
| 31 | Subtract line 30 from line 22. This is your **adjusted gross income.** If less than $25,296 and a child lived with you (less than $9,000 if a child didn't live with you), see "Earned Income Credit" on page 27 ▶ | 31 | 56,973 |

Cat. No. 11320B — Form **1040** (1994)

FOR INFORMATIONAL PURPOSES

NOT VALID WITHOUT ALL PAGES

DO NOT PROCESS

Form 1040 (1994) NANCY E. LLOYD 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 Page 2

## Tax Computation

(See page 23.)

| | | | |
|---|---|---|---|
| 32 | Amount from line 31 (adjusted gross income) | 32 | 56,973 |
| 33a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a | | |
| b | If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ☐ | | |
| c | If you are married filing separately and your spouse itemizes deductions or you are a dual-status alien, see page 23 and check here ▶ 33c ☐ | | |
| 34 | Enter the larger of your: Itemized deductions from Schedule A, line 29, OR Standard deduction shown below for your filing status. But if you checked any box on line 33a or b, go to page 23 to find your standard deduction. If you checked box 33c, your standard deduction is zero. • Single—$3,800 • Head of household—$5,600 • Married filing jointly or Qualifying widow(er)—$6,350 • Married filing separately—$3,175 | 34 | 56,973 |
| 35 | Subtract line 34 from line 32 | 35 | 0 |
| 36 | If line 32 is $83,850 or less, multiply $2,450 by the total number of exemptions claimed on line 6e. If line 32 is over $83,850, see the worksheet on page 24 for the amount to enter | 36 | 2450 |
| 37 | Taxable income. Subtract line 36 from line 35. If line 36 is more than line 35, enter -0- | 37 | 0 |
| 38 | Tax. Check if from a ☐ Tax Table, b ☐ Tax Rate Schedules, c ☐ Capital Gain Tax Worksheet, or d ☐ Form 8615 (see page 24). Amount from Form(s) 8814 ▶ e | 38 | |
| 39 | Additional taxes. Check if from a ☐ Form 4970 b ☐ Form 4972 | 39 | |
| 40 | Add lines 38 and 39 ▶ | 40 | 0 |

If you want the IRS to figure your tax, see page 24.

## Credits

(See page 24.)

| | | | | | |
|---|---|---|---|---|---|
| 41 | Credit for child and dependent care expenses. Attach Form 2441 | 41 | | | |
| 42 | Credit for the elderly or the disabled. Attach Schedule R | 42 | | | |
| 43 | Foreign tax credit. Attach Form 1116 | 43 | | | |
| 44 | Other credits (see page 25). Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) ____ | 44 | | | |
| 45 | Add lines 41 through 44 | | | 45 | |
| 46 | Subtract line 45 from line 40. If line 45 is more than line 40, enter -0- ▶ | | | 46 | 0 |

## Other Taxes

(See page 25.)

| | | | |
|---|---|---|---|
| 47 | Self-employment tax. Attach Schedule SE | 47 | |
| 48 | Alternative minimum tax. Attach Form 6251 | 48 | |
| 49 | Recapture taxes. Check if from a ☐ Form 4255 b ☐ Form 8611 c ☐ Form 8828 | 49 | |
| 50 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 50 | |
| 51 | Tax on qualified retirement plans, including IRAs. If required, attach Form 5329 | 51 | |
| 52 | Advance earned income credit payments from Form W-2 | 52 | |
| 53 | Add lines 46 through 52. This is your total tax ▶ | 53 | 0 |

## Payments

Attach Forms W-2, W-2G, and 1099-R on the front.

| | | | | | |
|---|---|---|---|---|---|
| 54 | Federal income tax withheld. If any is from Form(s) 1099, check ▶ ☐ | 54 | 14,115 | * SEE AFFIDAVIT | |
| 55 | 1994 estimated tax payments and amount applied from 1993 return | 55 | | | |
| 56 | Earned income credit. If required, attach Schedule EIC (see page 27). Nontaxable earned income: amount ▶ and type ▶ | 56 | | | |
| 57 | Amount paid with Form 4868 (extension request) | 57 | | | |
| 58 | Excess social security and RRTA tax withheld (see page 32) | 58 | | | |
| 59 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 59 | | | |
| 60 | Add lines 54 through 59. These are your total payments ▶ | | | 60 | 14,115 |

## Refund or Amount You Owe

| | | | | | |
|---|---|---|---|---|---|
| 61 | If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you OVERPAID ▶ | | | 61 | 14,115 |
| 62 | Amount of line 61 you want REFUNDED TO YOU ▶ | | | 62 | |
| 63 | Amount of line 61 you want APPLIED TO YOUR 1995 ESTIMATED TAX ▶ | 63 | 14,115 | | |
| 64 | If line 53 is more than line 60, subtract line 60 from line 53. This is the AMOUNT YOU OWE. For details on how to pay, including what to write on your payment, see page 32 | | | 64 | |
| 65 | Estimated tax penalty (see page 33). Also include on line 64 | 65 | | | |

## Sign Here

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation |
|---|---|---|
| Nancy E Lloyd | 09-26-02 | RN |
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation |

## Paid Preparer's Use Only

| | | | |
|---|---|---|---|
| Preparer's signature | Date | Check if self-employed ☐ | Preparer's social security no. |
| Firm's name (or yours if self-employed) and address | | E.I. No. | |
| | | ZIP code | |

Printed on recycled paper

FOR INFORMATIONAL PURPOSES

NOT VALID WITHOUT ALL PAGES

DO NOT PROCESS

**SCHEDULES A&B (Form 1040)**
Department of the Treasury Internal Revenue Service (99)

# Schedule A—Itemized Deductions

**(Schedule B is on back)**

▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074 **1994** Attachment Sequence No. **07**

Name(s) shown on Form 1040: NANCY E. LLOYD | Your social security number: 079 : 38 : 6148

| Section | Line | Description | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: *Do not include expenses reimbursed or paid by others.* | | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | | |
| | 2 | Enter amount from Form 1040, line 32 . [2] | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | |
| **Taxes You Paid** (See page A-1.) | 5 | State and local income taxes | 5 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | | |
| | 7 | Personal property taxes | 7 | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | |
| | 9 | Add lines 5 through 8 | | 9 | |
| **Interest You Paid** (See page A-2.) | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | |
| **Note:** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | |
| | 13 | Investment interest. If required, attach Form 4952. (See page A-3.) | 13 | | |
| | 14 | Add lines 10 through 13 | | 14 | |
| **Gifts to Charity** | 15 | Gifts by cash or check. If any gift of $250 or more, see page A-3 | 15 | | |
| If you made a gift and got a benefit for it, see page A-3. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-3. If over $500, you **MUST** attach Form 8283 | 16 | | |
| | 17 | Carryover from prior year | 17 | | |
| | 18 | Add lines 15 through 17 | | 18 | |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-4.) | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses—job travel, union dues, job education, etc. If required, you **MUST** attach Form 2106 or 2106-EZ. (See page A-5.) ▶ | 20 | | |
| | 21 | Tax preparation fees | 21 | | |
| (See page A-5 for expenses to deduct here.) | 22 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ | 22 | | |
| | 23 | Add lines 20 through 22 | 23 | | |
| | 24 | Enter amount from Form 1040, line 32 . [24] | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | 26 | |
| **Other Miscellaneous Deductions** | 27 | Moving expenses incurred before 1994. Attach Form 3903 or 3903-F. (See page A-5.) | | 27 | |
| | 28 | Other—from list on page A-5. List type and amount ▶ A "CLAIM OF RIGHT" COMPENSATION FOR PERSONAL LABOR, USC TITLE 26 SECTION 1341 | | 28 | 56,973 |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 32, over $111,800 (over $55,900 if married filing separately)? **NO.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter on Form 1040, line 34, the **larger** of this amount or your standard deduction. **YES.** Your deduction may be limited. See page A-5 for the amount to enter. ▶ | | 29 | |

**For Paperwork Reduction Act Notice, see Form 1040 instructions.** Cat. No. 11330X **Schedule A (Form 1040) 1994**

FOR INFORMATIONAL PURPOSES

NOT VALID WITHOUT ALL PAGES

Guilford County )
)
North Carolina state )
)
The united States of America )

**AFFIDAVIT & STATEMENT IN SUPPORT OF TAX YEAR 1994 FORM 1040 FILING**

I, the undersigned Affiant, do hereby affirm and attest the following facts are true and correct:

1) Affiant's name is Nancy Ellen Lloyd; Affiant is over 18 years of age, of sound mind, have not been convicted of any crime or offense which would render me incompetent to testify.

2) Affiant has personal knowledge that the following facts are true, correct, complete, certain and not misleading:

3) Affiant makes this Affidavit and Statement in Support for:
Nancy Ellen Lloyd
3204 High View Circle
Greensboro, North Carolina 27410

Social Security No: 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

4) Affiant affirms this Affidavit and Statement in Support for Tax Year 1994.

5) Affiant is filing this Affidavit and Statement in Support to supplement a U.S. Individual Income Tax Return Form 1040 and Form Schedule A.

6) Affiant is affirming that the $56,973 deduction claimed on line 28 of the attached U.S. Individual Income Tax Return - Schedule A - Itemized Deductions is a claim of right adjustment founded on USC Title 26 Section 1341.

7) Affiant makes "the claim of right" is as follows:

(a) The Affiant is claiming a natural right.

(b) The natural right is a right to make a living.

(c) The amount being claimed is compensation for personal labor that was received as repayment of a debt that was owed to Affiant.

(d) The debt owed was for my personal labor furnished.

(e) No profit was made.

8) The law for this claim is founded in CFR 26 Section 1.861-8(a)(5)(i) and USC Title 26 Section 1341.

(a) The intent of the Code is:

*"The rules contained in this section apply to determining taxable income of the taxpayer from specific sources and activities under other sections of the Code..."*

(b) The Code shows the list of sources within the United States and other sources and activities which are taxed by law.

(c) The items of gross income are found in CFR 26 Section 1.861-8 (a)(3).

(d) The item called "a repayment" or an "even exchange" or "compensation for personal labor" is not listed as a taxable item in this section.

(e) The item taxed by the Code is the <u>profit</u> and not a repayment or an even exchange.

(f) Affiant is making a "Claim of Right" as defined in USC Title 26 Section 1341.

(g) The claim of right is a common law immunity that makes an even exchange a simple repayment of a debt and such repayment is immune from taxation.

9) U.S. Individual Income Tax Return Form 1040 Page 2, under the Payments section, includes Federal Withholding, Social Security and Medicare overpayments not owed.

10) Under the penalties of perjury, Affiant declares that the truths and facts herein stated are of first-hand personal knowledge, true, correct, complete, certain and not misleading.

Executed on the 26th day of September 2002.

Nancy Ellen Lloyd (signature)
Nancy Ellen Lloyd

NOT VALID WITHOUT ALL PAGES

| | | |
|---|---|---|
| a Control number | | OMB No. 1545-0008 |
| b Employer's identification number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code | 11 Nonqualified plans | 12 Benefits included in box 1 |
| | 13 See Instrs. for Form W-2 | 14 Other |
| | 15 Statutory employee ☐ Deceased ☐ Pension plan ☐ Legal rep. ☐ 942 emp. ☐ Subtotal ☐ Deferred compensation ☐ | |

| 16 State | Employer's state I.D. No. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| | | | | | | |

Form **W-2 Wage and Tax Statement 1994**

Department of the Treasury—Internal Revenue Servi

Copy 1 For State, City, or Local Tax Department or
Copy D For Employer

For Paperwork Reduction Act Notic
see separate Instruction

"duplicate"

| | | |
|---|---|---|
| a Control number<br>00001009 | | OMB No. 1545-0008 |
| b Employer's identification number<br>56-1814954 | 1 Wages, tips, other compensation<br>56973.41 | 2 Federal income tax withheld<br>9756.87 |
| c Employer's name, address, and ZIP code<br>CAROLINAS BLOOD SVCS REGION<br>OF THE AMERICAN NATL RED CROSS<br>2425 PARK ROAD<br>CHARLOTTE,NC 28203 | 3 Social security wages<br>56973.41 | 4 Social security tax withheld<br>3532.35 |
| | 5 Medicare wages and tips<br>56973.41 | 6 Medicare tax withheld<br>826.10 |
| | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number<br>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 | 9 Advance EIC payment<br>.00 | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code<br>NANCY E LLOYD<br>3204 HIGH VIEW CIRCLE<br>GREENSBORO NC 27410-0000 | 11 Nonqualified plans | 12 Benefits included in box 1 |
| | 13 See Instrs. for Form W-2 | 14 Other |
| | 15 Statutory employee ☐ Deceased ☐ Pension plan ☒ Legal rep. ☐ 942 emp. ☐ Subtotal ☐ Deferred compensation ☐ | |

| 16 State | Employer's state I.D. No. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| NC | 60-63214 | 56973.41 | 3094.07 | | 0.00 | 0.0( |
| | | | | | | |

Form **W-2 Wage and Tax Statement 1994**

Department of the Treasury—Internal Revenue Servic

Copy 1 For State, City, or Local Tax Department or
Copy D For Employer

For Paperwork Reduction Act Notic
see separate Instruction

WI

Department of the Treasury
Internal Revenue Service
P.O. BOX 219236
KANSAS CITY, MO 64121-9236

7103 9819 9170 2484 8977

Date:
SEP. 18, 2002

Taxpayer Identification Number:
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 C 02

Caller ID: 278004

Contact Telephone Number:
TOLL FREE: 1-800-829-7650

BEST TIME TO CALL: 8:00AM TO 8:00PM
EXPECT ANSWER DELAYS: 4PM TO 6:30PM

NANCY E LLOYD
3204 HIGH VIEW CIR
GREENSBORO NC 27410-8308043

## CALL IMMEDIATELY TO PREVENT PROPERTY LOSS
## FINAL NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING

### WHY WE ARE SENDING YOU THIS LETTER

We've written to you before asking you to contact us about your overdue taxes. You haven't responded or paid the amounts you owe. We encourage you to call us immediately at the telephone number listed above to discuss your options for paying these amounts. If you act promptly, we can resolve this matter without taking and selling your property to collect what you owe.

We are authorized to collect overdue taxes by taking, which is called levying, property or rights to property and selling them if necessary. Property includes bank accounts, wages, real estate commissions, business assets, cars and other income and assets.

### WHAT YOU SHOULD DO

This is your notice, as required under Internal Revenue Code sections 6330 and 6331, that we intend to levy on your property or your rights to property 30 days after the date of this letter unless you take one of these actions:

- Pay the full amount you owe, shown on the back of this letter. When doing so,
  - Please make your check or money order payable to the United States Treasury;
  - Write your social security number and the tax year or employer identification number and the tax period on your payment; and enclose a copy of this letter with your payment.
- Make payment arrangements, such as an installment agreement that allows you to pay off your debt over time.
- Appeal the intended levy on your property by requesting a Collection Due Process hearing within 30 days from the date of this letter.

### WHAT TO DO IF YOU DISAGREE

If you've paid already or think we haven't credited a payment to your account, please send us proof of that payment. You may also appeal our intended actions as described above.

Even if you request a hearing, please note that we can still file a Notice of Federal Tax Lien at any time to protect the government's interest. A lien is a public notice that tells your creditors that the government has a right to your current assets and any assets you acquire after we file the lien.

We've enclosed two publications that explain how we collect past due taxes and your collection appeal rights, as required under Internal Revenue Code sections 6330 and 6331. In addition, we've enclosed a form that you can use to request a Collection Due Process hearing.

We look forward to hearing from you immediately, and hope to assist you in fulfilling your responsibility as a taxpayer.

Enclosures: Copy of letter, Form 12153, Publication 594, Publication 1660, Envelope

*079386148103*

Automated Collection System

If you want a detailed explanation of the statutory additions (penalties and interest), please call the telephone number shown on the front of this letter.

**Account Summary** NANCY E LLOYD 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

| Type of Tax | Period Ending | Assessed Balance | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12-31-1998 | $ 4,778.02 | $ 671.82 | $ 5,449.84 |
| CIVPEN | 12-31-1994 | $ 125.00 | $ 44.26 | $ 169.26 |
| CIVPEN | 12-31-1995 | $ 500.00 | $ 176.98 | $ 676.98 |
| CIVPEN | 12-31-1996 | $ 500.00 | $ 176.98 | $ 676.98 |
| CIVPEN | 12-31-1997 | $ 500.00 | $ 176.98 | $ 676.98 |
| | | | Total Amount Due | $ 7,650.04 |

| Type of Tax | Period Ending | Name of Return |
|---|---|---|

**UNITED STATES COURT OF FEDERAL CLAIMS**

DOCKET #:______________________________

JUDGE __________________________

**JOSEPH O. SALADINO, Petitioner**

vs

**UNITED STATES, Respondent**

---

**PLEADING SPECIAL MATTERS & EXHIBIT #3.**

The authority for this pleading is RCFC 9. (c), (h)(1),(2),(5) and (6). In support the Court is shown that the following conditions precedent exist in this proceeding:

I.

**TAX CREDIT SUIT**

An administrative proceeding exists within the IRS. This is an administrative action for a refund (or credit). The cause and effect are these:

a. The action is for the tax year 1995.

b. The amount to be refunded is $22,342.00

c. The place to be refunded is:

Nancy Ellen Lloyd
3204 High View Circle
Greensboro, NC 27410

d. The tax identification number is 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.

e. The original claim for the refund was filed on October 1,2002 at Atlanta, Georgia.

f. The determination issued on September 18, 2002

g. The Petitioner/plaintiff is a third party filer who is contracted to make this claim on behalf of the individual above.

II.

**CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED**

The Pleadings in special matters #1 is hereby adopted by reference.

The Pleadings in special matters #2 is hereby adopted by reference.

III.

**OWNERSHIP OF CLAIM**

The Pleadings in Special matter #2 is hereby adopted by reference.

I hereby verify under penalties of perjury that the foregoing is true and correct. I further verify under penalty of perjury that the attached copy of the tax return is a correct copy of the original filed.

Joseph O. Saladino
416 Alamosa Ave
Palmdale, California 93551

Certified Mail # 7002 0510 0000 1155 8452

Form **1040X** (Rev. November 2001)

Department of the Treasury—Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 1995, or fiscal year ended ▶

Please print or type

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| NANCY E. LLOYD | LLOYD | 079 38 6148 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| | | |
| Home address (no. and street) or P.O. box if mail is not delivered to your home / Apt. no. | | Phone number |
| 3204 HIGH VIEW CIRCLE | | ( ) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions. | | For Paperwork Reduction Act Notice, see page 6. |
| GREENSBORO, NORTH CAROLINA 27410 | | |

A If the name or address shown above is different from that shown on the original return, check here ▶ ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☐ Yes ☒ No

C Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.

On original return ▶ ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

| Use Part II on the Back to Explain any Changes | Line | A. Original amount or as previously adjusted (see page 2) | B. Net change—amount of increase or (decrease)—explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see pages 2-6)** | | | | |
| 1 Adjusted gross income (see page 3) | 1 | 0 | 46,718 | 46,718 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | | 50,452 | 50,452 |
| 3 Subtract line 2 from line 1 | 3 | 0 | (3734) | (3734) |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 0 | 2500 | 2500 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | | (6234) | (6234) |
| **Tax Liability** | | | | |
| 6 Tax (see page 4). Method used in col. C | 6 | | 0 | 0 |
| 7 Credits (see page 4) | 7 | 0 | 0 | 0 |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 0 | 0 | 0 |
| 9 Other taxes (see page 4) | 9 | 0 | 0 | 0 |
| 10 Total tax. Add lines 8 and 9 | 10 | 0 | 0 | 0 |
| **Payments** | | | | |
| 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 7087 | 3697 | 10,784 |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 0 | 11,558 | 11,558 |
| 13 Earned income credit (EIC) | 13 | 0 | 0 | 0 |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 2439 or Form 4136 | 15 | 0 | 0 | 0 |
| 16 Amount paid with request for extension of time to file (see page 4) | 16 | | | 0 |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | 1802 |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 24,144 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | 2673 |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | | | 21,471 |
| 21 **Amount you owe.** If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | | | 0 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | 21,471 |
| 23 Amount of line 22 you want **refunded to you** | 23 | | | |
| 24 Amount of line 22 you want **applied to your** 1996 **estimated tax** | 24 | 21,471 | | |

**Sign Here**
Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Nancy E. Lloyd — Your signature — 09-27-02 Date ▶ Spouse's signature. If a joint return, both must sign. Date

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN | |
| | | Phone no. ( ) | |

Cat. No. 11360L

Form **1040X** (Rev. 11-2001)

Not Paid With... [illegible]

Form 1040X (Rev. 11-2001) NANCY E. LLOYD 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 Page 2

**Part I** **Exemptions.** See Form 1040 or 1040A instructions.

If you are **not changing your exemptions,** do not complete this part.
If claiming **more exemptions,** complete lines 25–31.
If claiming **fewer exemptions,** complete lines 25–30.

| | | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse . . . . . . . . . . . . . . . . . . . **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | 25 | | | |
| 26 | Your dependent children who lived with you . . . . . . . . . | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation . . . . . . . . . . . . . . . . . . . | 27 | | | |
| 28 | Other dependents . . . . . . . . . . . . . . . . . . . | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 . . . . . | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2001 | $2,900 | $99,725 |
| 2000 | 2,800 | 96,700 |
| 1999 | 2,750 | 94,975 |
| 1998 | 2,700 | 93,400 |

31 Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name | Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 5) |
|---|---|---|---|---|
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

No. of your children on line 31 who:
- lived with you . . ▶ ☐
- did not live with you due to divorce or separation (see page 5) . . ▶ ☐

Dependents on line 31 not entered above ▶ ☐

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here . . . . . . ▶ ☐

Line 2b – increase caused by a claim of right founded on 26 USC, Section 1341, see attached affidavit and informational schedule A line 27 for details.
Line 11b – increase caused by a claim of right founded on 26 USC, Section 1341 for social security & medicare which was not owed; see attached affidavit & informational 1040 line 55 for details.
Note: This 1040X is to amend a previous erroneously filed "0" return.

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here . . . . . . . . . . . . . . . ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here . . . . ▶ ☐

*Do Not Process – For Information Only*

Form **1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **1995** (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 1995, or other tax year beginning , 1995, ending , 19 OMB No. 1545-0074

**Label** (See instructions on page 11.) **Use the IRS label.** Otherwise, please print or type.

| | |
|---|---|
| Your first name and initial: NANCY E. | Last name: LLOYD |
| Your social security number | 079 : 38 : 6148 |
| If a joint return, spouse's first name and initial | Last name |
| Spouse's social security number | |
| Home address (number and street). If you have a P.O. box, see page 11. | 3204 HIGH VIEW CIRCLE |
| Apt. no. | |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 11. | GREENSBORO, NORTH CAROLINA (27410) |

**For Privacy Act and Paperwork Reduction Act Notice, see page 7.**

**Presidential Election Campaign** (See page 11.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | | X |
| If a joint return, does your spouse want $3 to go to this fund? | | |

**Note:** *Checking "Yes" will not change your tax or reduce your refund.*

**Filing Status** (See page 11.) Check only one box.

1. [X] Single
2. [ ] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's social security no. above and full name here. ►
4. [ ] Head of household (with qualifying person). (See page 12.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5. [ ] Qualifying widow(er) with dependent child (year spouse died ► 19 ). (See page 12.)

**Exemptions** (See page 12.)

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a. But be sure to check the box on line 33b on page 2

b [ ] **Spouse**

No. of boxes checked on 6a and 6b: 1

c **Dependents:**

| (1) First name Last name | (2) Dependent's social security number. If born in 1995, see page 13. | (3) Dependent's relationship to you | (4) No. of months lived in your home in 1995 |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see page 13.

No. of your children on 6c who:
- lived with you
- didn't live with you due to divorce or separation (see page 14)

Dependents on 6c not entered above

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ► [ ]

e Total number of exemptions claimed

Add numbers entered on lines above ► 1

**Income**

**Attach Copy B of your Forms W-2, W-2G, and 1099-R here.**

If you did not get a W-2, see page 14.

Enclose, but do not attach, your payment and payment voucher. See page 33.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 48,328 |
| 8a | **Taxable** interest income (see page 15). Attach Schedule B if over $400 | 8a | 128 |
| b | **Tax-exempt** interest (see page 15). DON'T include on line 8a | 8b | |
| 9 | Dividend income. Attach Schedule B if over $400 | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 15) | 10 | 259 |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | (1997) |
| 13 | Capital gain or (loss). If required, attach Schedule D (see page 16) | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions 15a — b Taxable amount (see page 16) | 15b | |
| 16a | Total pensions and annuities 16a — b Taxable amount (see page 16) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation (see page 17) | 19 | |
| 20a | Social security benefits 20a — b Taxable amount (see page 18) | 20b | |
| 21 | Other income. List type and amount—see page 18 | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 22 | 46,718 |

**Adjustments to Income**

| Line | Description | | Amount |
|---|---|---|---|
| 23a | Your IRA deduction (see page 19) | 23a | |
| b | Spouse's IRA deduction (see page 19) | 23b | |
| 24 | Moving expenses. Attach Form 3903 or 3903-F | 24 | |
| 25 | One-half of self-employment tax | 25 | |
| 26 | Self-employed health insurance deduction (see page 21) | 26 | |
| 27 | Keogh & self-employed SEP plans. If SEP, check ► [ ] | 27 | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid. Recipient's SSN ► | 29 | |
| 30 | Add lines 23a through 29. These are your **total adjustments** ► | 30 | 0 |

**Adjusted Gross Income**

| Line | Description | | Amount |
|---|---|---|---|
| 31 | Subtract line 30 from line 22. This is your **adjusted gross income**. If less than $26,673 and a child lived with you (less than $9,230 if a child didn't live with you), see "Earned Income Credit" on page 27 ► | 31 | 46,718 |

Cat. No. 11320B Form **1040** (1995)

*Do Not Process - For Information Only*

Form 1040 (1995) NANCY E. LLOYD 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 Page 2

## Tax Computation

(See page 23.)

| | | | |
|---|---|---|---|
| 32 | Amount from line 31 (adjusted gross income) | 32 | 46,718 |
| 33a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a | | |
| b | If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ☐ | | |
| c | If you are married filing separately and your spouse itemizes deductions or you are a dual-status alien, see page 23 and check here ▶ 33c ☐ | | |
| 34 | Enter the larger of your: **Itemized deductions** from Schedule A, line 28, **OR** **Standard deduction** shown below for your filing status. **But if you checked any box on line 33a or b,** go to page 23 to find your standard deduction. If you checked **box 33c,** your standard deduction is zero. • Single—$3,900 • Married filing jointly or Qualifying widow(er)—$6,550 • Head of household—$5,750 • Married filing separately—$3,275 | 34 | 50,452 |
| 35 | Subtract line 34 from line 32 | 35 | <3734> |
| 36 | If line 32 is $86,025 or less, multiply $2,500 by the total number of exemptions claimed on line 6e. If line 32 is over $86,025, see the worksheet on page 23 for the amount to enter | 36 | 2500 |
| 37 | **Taxable income.** Subtract line 36 from line 35. If line 36 is more than line 35, enter -0- | 37 | 0 |
| 38 | Tax. Check if from a ☐ Tax Table, b ☐ Tax Rate Schedules, c ☐ Capital Gain Tax Worksheet, or d ☐ Form 8615 (see page 24). Amount from Form(s) 8814 ▶ e | 38 | |
| 39 | Additional taxes. Check if from a ☐ Form 4970 b ☐ Form 4972 | 39 | |
| 40 | Add lines 38 and 39 ▶ | 40 | 0 |

If you want the IRS to figure your tax, see page 35.

## Credits

(See page 24.)

| | | | | | |
|---|---|---|---|---|---|
| 41 | Credit for child and dependent care expenses. Attach Form 2441 | 41 | | | |
| 42 | Credit for the elderly or the disabled. Attach Schedule R | 42 | | | |
| 43 | Foreign tax credit. Attach Form 1116 | 43 | | | |
| 44 | Other credits (see page 25). Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 44 | | | |
| 45 | Add lines 41 through 44 | | | 45 | |
| 46 | Subtract line 45 from line 40. If line 45 is more than line 40, enter -0- ▶ | | | 46 | 0 |

## Other Taxes

(See page 25.)

| | | | |
|---|---|---|---|
| 47 | Self-employment tax. Attach Schedule SE | 47 | |
| 48 | Alternative minimum tax. Attach Form 6251 | 48 | |
| 49 | Recapture taxes. Check if from a ☐ Form 4255 b ☐ Form 8611 c ☐ Form 8828 | 49 | |
| 50 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 50 | |
| 51 | Tax on qualified retirement plans, including IRAs. If required, attach Form 5329 | 51 | |
| 52 | Advance earned income credit payments from Form W-2 | 52 | |
| 53 | Household employment taxes. Attach Schedule H | 53 | |
| 54 | Add lines 46 through 53. This is your **total tax** ▶ | 54 | 0 |

## Payments

Attach Forms W-2, W-2G, and 1099-R on the front.

| | | | | | |
|---|---|---|---|---|---|
| 55 | Federal income tax withheld. If any is from Form(s) 1099, check ▶ ☐ | 55 | 10,784 | * | SEE AFFIDAVIT |
| 56 | 1995 estimated tax payments and amount applied from 1994 return | 56 | 11,558 | | |
| 57 | **Earned income credit.** Attach Schedule EIC if you have a qualifying child. Nontaxable earned income: amount ▶ and type ▶ | 57 | | | |
| 58 | Amount paid with Form 4868 (extension request) | 58 | | | |
| 59 | Excess social security and RRTA tax withheld (see page 32) | 59 | | | |
| 60 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 60 | | | |
| 61 | Add lines 55 through 60. These are your **total payments** ▶ | | | 61 | 22,342 |

## Refund or Amount You Owe

| | | | | | |
|---|---|---|---|---|---|
| 62 | If line 61 is more than line 54, subtract line 54 from line 61. This is the amount you **OVERPAID** | | | 62 | 22,342 |
| 63 | Amount of line 62 you want **REFUNDED TO YOU** ▶ | | | 63 | |
| 64 | Amount of line 62 you want **APPLIED TO YOUR 1996 ESTIMATED TAX** ▶ | 64 | 22,342 | | |
| 65 | If line 54 is more than line 61, subtract line 61 from line 54. This is the **AMOUNT YOU OWE.** For details on how to pay and use **Form 1040-V,** Payment Voucher, see page 33 ▶ | | | 65 | |
| 66 | Estimated tax penalty (see page 33). Also include on line 65 | 66 | | | |

## Sign Here

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation |
|---|---|---|
| Nancy E. Lloyd | 09-27-02 | RN |
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation |

## Paid Preparer's Use Only

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's social security no. |
| Firm's name (or yours if self-employed) and address ▶ | | EIN | |
| | | ZIP code | |

Printed on recycled paper

*Do Not Process - For Information Only*

**SCHEDULES A&B (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Schedule A—Itemized Deductions

**(Schedule B is on back)**

▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074

**1995**

Attachment Sequence No. 07

Name(s) shown on Form 1040: NANCY E. LLOYD

Your social security number: 079 : 38 : 6148

| Section | Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution:** *Do not include expenses reimbursed or paid by others.* | | | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | | | |
| | 2 | Enter amount from Form 1040, line 32. [2] | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | |
| **Taxes You Paid** (See page A-1.) | 5 | State and local income taxes | 5 | | | |
| | 6 | Real estate taxes (see page A-2) | 6 | | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | |
| **Interest You Paid** (See page A-2.) | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | | |
| **Note:** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | | |
| | 13 | Investment interest. If required, attach Form 4952. (See page A-3.) | 13 | | | |
| | 14 | Add lines 10 through 13 | | | 14 | |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-3. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-3 | 15 | 74 | | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-3. If over $500, you **MUST** attach Form 8283 | 16 | 2050 | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 2124 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-4.) | | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses—job travel, union dues, job education, etc. If required, you **MUST** attach Form 2106 or 2106-EZ. (See page A-5.) ▶ | 20 | | | |
| | 21 | Tax preparation fees | 21 | | | |
| (See page A-5 for expenses to deduct here.) | 22 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ | 22 | | | |
| | 23 | Add lines 20 through 22 | 23 | | | |
| | 24 | Enter amount from Form 1040, line 32. [24] | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | |
| **Other Miscellaneous Deductions** | 27 | Other—from list on page A-5. List type and amount ▶ A "CLAIM OF RIGHT" FOR COMPENSATION FOR PERSONAL LABOR FOUNDED ON USC TITLE 26 SECTION 1341 | | | 27 | 48,328 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 32, over $114,700 (over $57,350 if married filing separately)? **NO.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 34, the **larger** of this amount or your standard deduction. **YES.** Your deduction may be limited. See page A-5 for the amount to enter. ▶ | | | 28 | 50,452 |

**For Paperwork Reduction Act Notice, see Form 1040 instructions.** Cat. No. 11330X **Schedule A (Form 1040) 1995**

*Do Not Process – For Information Only*

**SCHEDULE C (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Profit or Loss From Business

**(Sole Proprietorship)**

▶ Partnerships, joint ventures, etc., must file Form 1065.

▶ Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**1995**

Attachment Sequence No. 09

Name of proprietor: NANCY E. LLOYD

Social security number (SSN): 079 38 6148

A Principal business or profession, including product or service (see page C-1): COMPUTER HEALTH SCREENING

B Enter principal business code (see page C-6) ▶ 9886

C Business name. If no separate business name, leave blank. LLOYD & ASSOCIATES

D Employer ID number (EIN), if any: 56 1698943

E Business address (including suite or room no.) ▶ 3204 HIGH VIEW CIRCLE

City, town or post office, state, and ZIP code: GREENSBORO, NORTH CAROLINA 27410

F Accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify) ▶

G Method(s) used to value closing inventory: (1) ☒ Cost (2) ☐ Lower of cost or market (3) ☐ Other (attach explanation) (4) ☐ Does not apply (if checked, skip line H)

| | | Yes | No |
|---|---|---|---|
| H | Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation | | ✓ |
| I | Did you "materially participate" in the operation of this business during 1995? If "No," see page C-2 for limit on losses. | ✓ | |

J If you started or acquired this business during 1995, check here ▶ ☒

## Part I Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution:** *If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-2 and check here* ▶ ☐ | 1 | 14573 |
| 2 | Returns and allowances | 2 | 0 |
| 3 | Subtract line 2 from line 1 | 3 | 14,573 |
| 4 | Cost of goods sold (from line 40 on page 2) | 4 | 3071 |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 11,502 |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-2) | 6 | 0 |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 11 502 |

## Part II Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 1240 | 19 | Pension and profit-sharing plans | 19 | 0 |
| 9 | Bad debts from sales or services (see page C-3) | 9 | 6 | 20 | Rent or lease (see page C-4): | | |
| | | | | | a Vehicles, machinery, and equipment | 20a | 0 |
| 10 | Car and truck expenses (see page C-3) | 10 | 330 | | b Other business property | 20b | 0 |
| 11 | Commissions and fees | 11 | 0 | 21 | Repairs and maintenance | 21 | 70 |
| 12 | Depletion | 12 | 0 | 22 | Supplies (not included in Part III) | 22 | 324 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-3) | 13 | 0 | 23 | Taxes and licenses | 23 | 578 |
| | | | | 24 | Travel, meals, and entertainment: a Travel | 24a | 49 |
| | | | | | b Meals and entertainment: 38 | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | 0 | | c Enter 50% of line 24b subject to limitations (see page C-4): 19 | | |
| 15 | Insurance (other than health) | 15 | 93 | | | | |
| 16 | Interest: a Mortgage (paid to banks, etc.) | 16a | 0 | | d Subtract line 24c from line 24b | 24d | 19 |
| | b Other | 16b | 659 | 25 | Utilities | 25 | 611 |
| 17 | Legal and professional services | 17 | 0 | 26 | Wages (less employment credits) | 26 | 872 |
| 18 | Office expense | 18 | 1522 | 27 | Other expenses (from line 46 on page 2) | 27 | 5178 |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | 11,551 |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | (49) |
| 30 | Expenses for business use of your home. Attach **Form 8829** | 30 | 0 |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on **Form 1040, line 12,** and ALSO on **Schedule SE, line 2** (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3. • If a loss, you MUST go on to line 32. | 31 | (49) |

32 If you have a loss, check the box that describes your investment in this activity (see page C-5).
• If you checked 32a, enter the loss on **Form 1040, line 12,** and ALSO on **Schedule SE, line 2** (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you MUST attach **Form 6198.**

32a ☒ All investment is at risk.
32b ☐ Some investment is not at risk.

Do Not Process - For Information Only

Schedule C (Form 1040) 1995 NANCY E. LLOYD 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 Page 2

**Part III** **Cost of Goods Sold** (see page C-5)

| | | | |
|---|---|---|---|
| 33 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 33 | |
| 34 | Purchases less cost of items withdrawn for personal use | 34 | 8960 |
| 35 | Cost of labor. Do not include salary paid to yourself | 35 | |
| 36 | Materials and supplies | 36 | |
| 37 | Other costs | 37 | |
| 38 | Add lines 33 through 37 | 38 | 8960 |
| 39 | Inventory at end of year | 39 | 5889 |
| 40 | **Cost of goods sold.** Subtract line 39 from line 38. Enter the result here and on page 1, line 4 | 40 | 3071 |

**Part IV** **Information on Your Vehicle.** Complete this part **ONLY** if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-3 to find out if you must file.

41 When did you place your vehicle in service for business purposes? (month, day, year) ▶ 08 / 02 / 95.

42 Of the total number of miles you drove your vehicle during 1995, enter the number of miles you used your vehicle for:

a Business 1100 b Commuting ______ c Other 10,900

43 Do you (or your spouse) have another vehicle available for personal use? ☐ Yes ☒ No

44 Was your vehicle available for use during off-duty hours? ☒ Yes ☐ No

45a Do you have evidence to support your deduction? ☒ Yes ☐ No

b If "Yes," is the evidence written? ☒ Yes ☐ No

**Part V** **Other Expenses.** List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---|
| PRTV - TRAINING | 5178 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | | | |
|---|---|---|---|
| 46 | **Total other expenses.** Enter here and on page 1, line 27 | 46 | 5178 |

Do Not Process - For Information Only

**Substitute Form 8283** **Gifts to Charity** **1995**

Nancy E. Lloyd
3204 High View Circle
Greensboro, North Carolina 27410

SSN 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

1AA VIETNAM VERTERANS CREEKRIDGE RD
1AB 1040 PAIR EARINGS
1BA VIETNAM VETERANS CREEKRIDGE RD
1BB ATTACHE CASES
1CA VIETNAM VETERANS CREEKRIDGE RD
1CB CAMERA
1DA VIETNAM VETERANS CREEKRIDGE RD
1DB EDUCATIONAL PROGRAMS
1EA VIETNAM VETERANS CREEKRIDGE RD
1EB HOUSEHOLD GOODS
1AC ---------------------------------------- 073195
1AD ---------------------------------------- 0693
1AE PURCHASED
1AF ---------------------------------------- 4160
1AG ---------------------------------------- 1000
1AH CURRENT VALUE
1BC ---------------------------------------- 073195
1BD ---------------------------------------- 0891
1BE PURCHASED
1BF ---------------------------------------- 400
1BG ---------------------------------------- 100
1BH CURRENT VALUE
1CC ---------------------------------------- 073195
1CD ---------------------------------------- 0785
1CE PURCHASED
1CF ---------------------------------------- 150
1CG ---------------------------------------- 50
1CH CURRENT VALUE
1DC ---------------------------------------- 073195
1DD ---------------------------------------- 0691
1DE PURCHASED
1DF ---------------------------------------- 1600
1DG ---------------------------------------- 800
1DH CURRENT VALUE
1EC ---------------------------------------- 073195
1ED ---------------------------------------- 0690
1EE PURCHASED
1EF ---------------------------------------- 300
1EG ---------------------------------------- 100
1EH CURRENT VALUE

*Do Not Process - For Information Only*

| | | |
|---|---|---|
| a Control number<br>)0000922 | | OMB No. 1545-0008 |

| | | |
|---|---|---|
| b Employer's identification number<br>56-1814954 | 1 Wages, tips, other compensation<br>48328.07 | 2 Federal income tax withheld<br>7086.85 |
| c Employer's name, address, and ZIP code<br>CAROLINAS BLOOD SVCS REGION<br>OF THE AMERICAN NATL RED CROSS<br>2425 PARK ROAD<br>CHARLOTTE,NC 28203 | 3 Social security wages<br>48328.07 | 4 Social security tax withheld<br>2996.35 |
| | 5 Medicare wages and tips<br>48328.07 | 6 Medicare tax withheld<br>700.77 |
| | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number<br>)79-38-6148 | 9 Advance EIC payment<br>.00 | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code<br>NANCY E LLOYD<br>3204 HIGH VIEW CIRCLE<br>GREENSBORO NC 27410-0000 | 11 Nonqualified plans | 12 Benefits included in Box 1 |
| | 13 See Instrs. for Form W-2 | 14 Other |
| | 15 Statutory employee / Deceased / Pension plan X / Legal rep. / Hshld. emp. / Deferred compensation | |

| 16 State | Employer's state I.D. No. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| NC | 60-63214 | 48328.07 | 2460.94 | | 0.00 | 0.00 |

**W-2** Wage and Tax Statement **1995**

Department of the Treasury—Internal Revenue Service

Copy 1 For State, City, or Local Tax Department or
Copy D For Employer

**For Paperwork Reduction Act Notice, see separate instructions.**

| | | |
|---|---|---|
| Guilford county | ) | |
| | ) | **AFFIDAVIT & STATEMENT** |
| North Carolina state | ) | **IN SUPPORT OF TAX YEAR 1995** |
| | ) | **FORM 1040 FILING** |
| The united States of America | ) | |

I, the undersigned Affiant, do hereby affirm and attest the following facts are true and correct:

1) Affiant's name is Nancy E. Lloyd.

2) Affiant is over 18 years of age, of sound mind, have not been convicted of any crime or offense which would render me incompetent to testify.

3) Affiant has personal knowledge that the following facts are true, correct, complete, certain and not misleading:

4) Affiant makes this Affidavit and Statement in Support for:

   Nancy E. Lloyd
   3204 High View Circle
   Greensboro, North Carolina 27410

   Social Security No: 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

5) Affiant affirms this Affidavit and Statement in Support for Tax Year 1995.

6) Affiant is filing this Affidavit and Statement in Support to supplement an Amended U.S. Individual Income Tax Return Form 1040X and informational 1040 with Schedule A, C & Substitute 8283.

7) Affiant is affirming that the $48,328.00 deduction claimed on line 27 of the attached U.S. Individual Income Tax Return - Schedule A - Itemized Deductions is a claim of right adjustment founded on USC Title 26 Section 1341.

8) Affiant makes "the claim of right" is as follows:

   (a) The Affiant is claiming a natural right.

   (b) The natural right is a right to make a living.

   (c) The amount being claimed is compensation for personal labor that was received as repayment of a debt that was owed to Affiant.

   (d) The debt owed was for my personal labor furnished.

   (e) No profit was made.

9) The law for this claim is founded in CFR 26 Section 1.861-8(a)(3)(i) and USC Title 26 Section 1341.

   (a) The intent of the Code is:

   *"The rules contained in this section apply to determining taxable income of the taxpayer from specific sources and activities under other sections of the Code..."*

   (b) The Code shows the list of sources within the United States and other sources and activities which are taxed by law.

   (c) The items of gross income are found in CFR 26 Section 1.861-8 (a)(3).

   (d) The item called "a repayment" or an "even exchange" or "compensation for personal labor" is not listed as a taxable item in this section.

   (e) The item taxed by the Code is the <u>profit</u> and not a repayment or an even exchange.

   (f) Affiant is making a "Claim of Right" as defined in USC Title 26 Section 1341.

   (g) The claim of right is a common law immunity that makes an even exchange a simple repayment of a debt and such repayment is immune from taxation.

10) Affiant affirms that the U.S. Individual Income Tax Return Form 1040 Page 2 Line 55 includes Federal Withholding, Social Security and Medicare overpayments not owed.

11) Affiant affirms that the U.S. Individual Income Tax Return Form 1040 Page 2 Line 56 is Estimated tax payment amounts applied from the 1994 return and was calculated as follows:

$ 7,087 was income tax withheld from payments for personal compensation
2,996 Social Security tax deducted and not owed
701 Medicare tax not owed
$10,784 total payroll taxes not owed founded on the claim of right
11,558 is a carry over as estimated tax payments from 1994 to 1995
$22,342 is the total amount to carry forward from a corrected 1040
1,802 additional payment after submission of the original filing
$24,144 is the total payments on the Amended 1040X line 18
2,673 was previously refunded from the 4/10/96 Form 8453
$21,471 remains in the Affiant's account unrefunded to Affiant

12) Under the penalties of perjury, Affiant declares that the truths and facts herein stated are of first-hand personal knowledge, true, correct, complete, certain and not misleading.

Executed on the 27th day of September 2002.

Nancy E. Lloyd

Nancy E. Lloyd

**UNITED STATES COURT OF FEDERAL CLAIMS**

DOCKET #: ______________________________

JUDGE __________________________

**JOSEPH O. SALADINO, Petitioner**

vs

**UNITED STATES, Respondent**

---

**PLEADING SPECIAL MATTERS & EXHIBIT #4.**

The authority for this pleading is RCFC 9. (c), (h)(1),(2),(5) and (6). In support the Court is shown that the following conditions precedent exist in this proceeding:

I.

**TAX CREDIT SUIT**

An administrative proceeding exists within the IRS. This is an administrative action for a refund (or credit) The cause and effect are these:

a. The action is for the tax year 1996.

b. The amount to be refunded is $28,182.00

c. The place to be refunded is:

Nancy Ellen Lloyd
3204 High View Circle
Greensboro, NC 27410

d. The tax identification number is 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.

e. The original claim for the refund was filed on October 3, 2002 at Atlanta, Georgia.

f. The determination issued on September 18, 2002

g. The Petitioner/plaintiff is a third party filer who is contracted to make this claim on behalf of the individual above.

II.

**CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED**

The Pleadings in special matters #1 is hereby adopted by reference.

The Pleadings in special matters #2 is hereby adopted by reference.

III.

**OWNERSHIP OF CLAIM**

The Pleadings in special matters #2 is hereby adopted by reference.

I hereby verify under penalties of perjury that the foregoing is true and correct. I further verify under penalty of perjury that the attached copy of the tax return is a correct copy of the original filed.

Joseph O. Saladino
416 Alamosa Ave
Palmdale, California 93551

Certified Mail # 7002 0510 0000 1155 8421

Form **1040X** (Rev. November 2001)

Department of the Treasury—Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 1996 , or fiscal year ended ▶

Please print or type

| | | |
|---|---|---|
| Your first name and initial: NANCY E. | Last name: LLOYD | Your social security number: 079 38 6148 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 3204 HIGH VIEW CIRCLE | Apt. no. | Phone number ( ) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions. GREENSBORO, NORTH CAROLINA 27410 | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ▶ ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☒ Yes ~~☒~~ No

C Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.

On original return ▶ ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

| Use Part II on the Back to Explain any Changes | Line | A. Original amount or as previously adjusted (see page 2) | B. Net change—amount of increase or (decrease)—explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see pages 2–6)** | | | | |
| 1 Adjusted gross income (see page 3) | 1 | 0 | 32,342 | 32,342 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 0 | 47,604 | 47,604 |
| 3 Subtract line 2 from line 1 | 3 | 0 | (15,262) | (15,262) |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 2550 | 0 | 2550 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | (2550) | (15,262) | (17,812) |
| **Tax Liability** | | | | |
| 6 Tax (see page 4). Method used in col. C | 6 | 0 | 0 | 0 |
| 7 Credits (see page 4) | 7 | 0 | 0 | 0 |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 0 | 0 | 0 |
| 9 Other taxes (see page 4) | 9 | 0 | 0 | 0 |
| 10 Total tax. Add lines 8 and 9 | 10 | 0 | 0 | 0 |
| **Payments** | | | | |
| 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 3885 | 2826 | 6711 |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 0 | 21,471 | 21,471 |
| 13 Earned income credit (EIC) | 13 | 0 | 0 | 0 |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 2439 or Form 4136 | 15 | | | |
| 16 Amount paid with request for extension of time to file (see page 4) | 16 | | | 0 |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | 803 |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 28,985 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | 1241 |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | | | 27,744 |
| 21 **Amount you owe.** If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | | | 0 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | 27,744 |
| 23 Amount of line 22 you want **refunded to you** | 23 | | | |
| 24 Amount of line 22 you want **applied to your** 1997 **estimated tax** — 24: 27,744 | | | | |

**Sign Here**
Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Nancy E. Lloyd — Your signature | 09-28-02 — Date | ▶ Spouse's signature. If a joint return, both must sign | Date

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN | Phone no. ( ) |

Cat. No. 11360L — Form **1040X** (Rev. 11-2001)

Not valid with...

Form 1040X (Rev. 11-2001) NANCY E. LLOYD 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 Page 2

**Part I** **Exemptions.** See Form 1040 or 1040A instructions.

If you are **not changing your exemptions,** do not complete this part.
If claiming **more exemptions,** complete lines 25–31.
If claiming **fewer exemptions,** complete lines 25–30.

| | | Line | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse . . . . . . . . . . . . . . . . . . . . . . | 25 | | | |
| | **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | | | | |
| 26 | Your dependent children who lived with you . . . . . . . . . | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation . . . . . . . . . . . . . . . . . . . . . | 27 | | | |
| 28 | Other dependents . . . . . . . . . . . . . . . . . . . . . | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 . . . . . | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2001 | $2,900 | $99,725 |
| 2000 | 2,800 | 96,700 |
| 1999 | 2,750 | 94,975 |
| 1998 | 2,700 | 93,400 |

31 Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name | Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 5) |
|---|---|---|---|---|
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

No. of your children on line 31 who:
- lived with you . . ▶ ☐
- **did not** live with you due to divorce or separation (see page 5) . . ▶ ☐

Dependents on line 31 not entered above ▶ ☐

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here . . . . . ▶ ☐

Line 26 - increase caused by a claim of right founded on USC Title 26 Section 1341, see attached affidavit & informational schedule A line 27 for details.
Line 11b - increase caused by a claim of right founded on USC Title 26 Section 1341 for social security & medicare which was not owed; see attached affidavit & informational 1040 line 52 for details.
Note: This 1040X is to amend a previous erroneously filed "0" return.

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here . . . . . . . . ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here . . . ▶ ☐

Do Not Process - For Information Only

Form **1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **1996** (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 1996, or other tax year beginning , 1996, ending , 19 OMB No. 1545-0074

## Label

(See page 11.)

Use the IRS label. Otherwise, please print or type.

LABEL HERE

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| NANCY E. | LLOYD | 079 38 6148 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (number and street). If you have a P.O. box, see page 11. | Apt. no. | For help finding line instructions, see pages 2 and 3 in the booklet. |
| 3204 HIGH VIEW CIRCLE | | |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 11. | | |
| GREENSBORO, NORTH CAROLINA 27410 | | |

**Presidential Election Campaign** (See page 11.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | | X |
| If a joint return, does your spouse want $3 to go to this fund? | | |

**Note:** *Checking "Yes" will not change your tax or reduce your refund.*

## Filing Status

Check only one box.

1 [X] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See instructions.)

## Exemptions

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a

b [ ] **Spouse**

No. of boxes checked on lines 6a and 6b 1

c **Dependents:**

| (1) First name Last name | (2) Dependent's social security number. If born in Dec. 1996, see inst. | (3) Dependent's relationship to you | (4) No. of months lived in your home in 1996 |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see the instructions for line 6c.

No. of your children on line 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

d Total number of exemptions claimed

Add numbers entered on lines above ▶ 1

## Income

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see the instructions for line 7.

Enclose, but do not attach, any payment. Also, please enclose Form 1040-V (see the instructions for line 62).

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 36,933 |
| 8a | **Taxable** interest. Attach Schedule B if over $400 | 8a | 144 |
| b | **Tax-exempt** interest. DO NOT include on line 8a — 8b | | |
| 9 | Dividend income. Attach Schedule B if over $400 | 9 | 1 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | 400 |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | (5149) |
| 13 | Capital gain or (loss). If required, attach Schedule D | 13 | 1 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions 15a — b Taxable amount (see inst.) | 15b | |
| 16a | Total pensions and annuities 16a — b Taxable amount (see inst.) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a — b Taxable amount (see inst.) | 20b | |
| 21 | Other income. List type and amount—see instructions JURY DUTY | 21 | 12 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 32,342 |

## Adjusted Gross Income

If line 31 is under $28,495 (under $9,500 if a child did not live with you), see the instructions for line 54.

| Line | Description | | Amount |
|---|---|---|---|
| 23a | Your IRA deduction (see instructions) | 23a | |
| b | Spouse's IRA deduction (see instructions) | 23b | |
| 24 | Moving expenses. Attach Form 3903 or 3903-F | 24 | |
| 25 | One-half of self-employment tax. Attach Schedule SE | 25 | |
| 26 | Self-employed health insurance deduction (see inst.) | 26 | |
| 27 | Keogh & self-employed SEP plans. If SEP, check ▶ [ ] | 27 | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 | |
| 30 | Add lines 23a through 29 | 30 | |
| 31 | Subtract line 30 from line 22. This is your **adjusted gross income** ▶ | 31 | 32,342 |

**For Privacy Act and Paperwork Reduction Act Notice, see page 7.** Cat. No. 11320B Form **1040** (1996)

[illegible handwriting at bottom]

*Do Not Process - For Information Only*

Form 1040 (1996) *NANCY E. LLOYD 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* Page **2**

## Tax Computation

| | | | |
|---|---|---|---|
| 32 | Amount from line 31 (adjusted gross income) | 32 | *32,342* |
| 33a | Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a | | |
| b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see instructions and check here ▶ 33b ☐ | | |
| 34 | Enter the **larger** of your: **Itemized deductions** from Schedule A, line 28, **OR** **Standard deduction** shown below for your filing status. **But** see the instructions if you checked any box on line 33a or b **or** someone can claim you as a dependent. • Single—$4,000 • Married filing jointly or Qualifying widow(er)—$6,700 • Head of household—$5,900 • Married filing separately—$3,350 | 34 | *47,604* |
| 35 | Subtract line 34 from line 32 | 35 | *(15,262)* |
| 36 | If line 32 is $88,475 or less, multiply $2,550 by the total number of exemptions claimed on line 6d. If line 32 is over $88,475, see the worksheet in the inst. for the amount to enter | 36 | *2550* |
| 37 | **Taxable income.** Subtract line 36 from line 35. If line 36 is more than line 35, enter -0- | 37 | *0* |
| 38 | **Tax.** See instructions. Check if total includes any tax from a ☐ Form(s) 8814 b ☐ Form 4972 ▶ | 38 | *0* |

If you want the IRS to figure your tax, see the instructions for line 37.

## Credits

| | | | | | |
|---|---|---|---|---|---|
| 39 | Credit for child and dependent care expenses. Attach Form 2441 | 39 | | | |
| 40 | Credit for the elderly or the disabled. Attach Schedule R | 40 | | | |
| 41 | Foreign tax credit. Attach Form 1116 | 41 | | | |
| 42 | Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) ______ | 42 | | | |
| 43 | Add lines 39 through 42 | | | 43 | |
| 44 | Subtract line 43 from line 38. If line 43 is more than line 38, enter -0- ▶ | | | 44 | |

## Other Taxes

| | | | |
|---|---|---|---|
| 45 | Self-employment tax. Attach Schedule SE | 45 | |
| 46 | Alternative minimum tax. Attach Form 6251 | 46 | |
| 47 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 47 | |
| 48 | Tax on qualified retirement plans, including IRAs. If required, attach Form 5329 | 48 | |
| 49 | Advance earned income credit payments from Form(s) W-2 | 49 | |
| 50 | Household employment taxes. Attach Schedule H | 50 | |
| 51 | Add lines 44 through 50. This is your **total tax** ▶ | 51 | *0* |

## Payments

Attach Forms W-2, W-2G, and 1099-R on the front.

| | | | | | |
|---|---|---|---|---|---|
| 52 | Federal income tax withheld from Forms W-2 and 1099 | 52 | *6711* | * | *SEE AFFIDAVIT* |
| 53 | 1996 estimated tax payments and amount applied from 1995 return | 53 | *21471* | | |
| 54 | **Earned income credit.** Attach Schedule EIC if you have a qualifying child. Nontaxable earned income: amount ▶ ______ and type ▶ ______ | 54 | | | |
| 55 | Amount paid with Form 4868 (request for extension) | 55 | | | |
| 56 | Excess social security and RRTA tax withheld (see inst.) | 56 | | | |
| 57 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 57 | | | |
| 58 | Add lines 52 through 57. These are your **total payments** ▶ | | | 58 | *28,182* |

## Refund

Have it sent directly to your bank account! See inst. and fill in 60b, c, and d.

| | | | |
|---|---|---|---|
| 59 | If line 58 is more than line 51, subtract line 51 from line 58. This is the amount you **OVERPAID** | 59 | *28,182* |
| 60a | Amount of line 59 you want **REFUNDED TO YOU** ▶ | 60a | |
| b | Routing number ☐☐☐☐☐☐☐☐☐ c Type: ☐ Checking ☐ Savings | | |
| d | Account number ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ | | |
| 61 | Amount of line 59 you want **APPLIED TO YOUR 1997 ESTIMATED TAX** ▶ 61 *28,182* | | |

## Amount You Owe

| | | | |
|---|---|---|---|
| 62 | If line 51 is more than line 58, subtract line 58 from line 51. This is the **AMOUNT YOU OWE**. For details on how to pay and use **Form 1040-V**, see instructions ▶ | 62 | |
| 63 | Estimated tax penalty. Also include on line 62 ... 63 | | |

## Sign Here

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation |
|---|---|---|
| *Nancy E Lloyd* | *09-28-02* | *RN* |
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation |

## Paid Preparer's Use Only

| | | | |
|---|---|---|---|
| Preparer's signature | Date | Check if self-employed ☐ | Preparer's social security no. |
| Firm's name (or yours if self-employed) and address | | EIN | |
| | | ZIP code | |

Do Not Process - For Information Only

**SCHEDULES A&B (Form 1040)**

Department of the Treasury Internal Revenue Service (98)

# Schedule A—Itemized Deductions

**(Schedule B is on back)**

► Attach to Form 1040. ► See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074

**1996**

Attachment Sequence No. 07

Name(s) shown on Form 1040: NANCY E. LLOYD

Your social security number: 079 : 38 : 6148

| Section | Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | *Caution: Do not include expenses reimbursed or paid by others.* | | | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | | | |
| | 2 | Enter amount from Form 1040, line 32 . [2] | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | |
| **Taxes You Paid** (See page A-1.) | 5 | State and local income taxes | 5 | | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 829 | | |
| | 7 | Personal property taxes | 7 | 90 | | |
| | 8 | Other taxes. List type and amount ► | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 919 |
| **Interest You Paid** (See page A-2.) | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 9657 | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-2 and show that person's name, identifying no., and address ► | 11 | | | |
| **Note:** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | | |
| | 13 | Investment interest. If required, attach Form 4952. (See page A-3.) | 13 | | | |
| | 14 | Add lines 10 through 13 | | | 14 | 9657 |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-3. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-3 | 15 | 95 | | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-3. If over $500, you **MUST** attach Form 8283 | 16 | | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 95 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-4.) | | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page A-4 for expenses to deduct here.) | 20 | Unreimbursed employee expenses—job travel, union dues, job education, etc. If required, you **MUST** attach Form 2106 or 2106-EZ. (See page A-4.) ► | 20 | | | |
| | 21 | Tax preparation fees | 21 | | | |
| | 22 | Other expenses—investment, safe deposit box, etc. List type and amount ► | 22 | | | |
| | 23 | Add lines 20 through 22 | 23 | | | |
| | 24 | Enter amount from Form 1040, line 32 . [24] | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| **Other Miscellaneous Deductions** | 27 | Other—from list on page A-4. List type and amount ► A "CLAIM OF RIGHT" FOR COMPENSATION FOR PERSONAL LABOR FOUNDED ON USC TITLE 26 SECTION 1341 | | | 27 | 36,933 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 32, over $117,950 (over $58,975 if married filing separately)? (NO) Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 34, the **larger** of this amount or your standard deduction. **YES.** Your deduction may be limited. See page A-5 for the amount to enter. ► | | | 28 | 47,604 |

For Paperwork Reduction Act Notice, see Form 1040 instructions. Cat. No. 11330X **Schedule A (Form 1040) 1996**

Not valid without ...

*Do Not Process - For Information Only*

**Schedule C (Form 1040)**
Department of the Treasury Internal Revenue Service

# Profit or Loss From Business

(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065.

▶ Attach to Form 1040 or Form 1041. ▶ See instructions for Schedule C (Form 1040).

OMB No. 1545-0074
**1996**
Attachment Sequence No. 09

Name of proprietor: NANCY E LLOYD
Social security number (SSN): 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

A Principal business or profession, including product or service (see page C-1): COMPUTER HEALTH SCH : HEALTH SCREENING
B Enter principal business code (see page C-6) ▶ 9886

C Business name. If no separate business name, leave blank.: LLOYD AND ASSOCIATES
D Employer ID number (EIN), if any: 56-1698943

E Business address (including suite or room no.) ▶ 3204 HIGH VIEW CIR
City, town or post office, state, and ZIP code: GREENSBORO, NC 27410

F Accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify) ▶

G Did you "materially participate" in the operation of this business during 1996? If "No," see page C-2 for limit on losses ☒ Yes ☐ No

H If you started or acquired this business during 1996, check here ▶ ☐

## Part I Income

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution:** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-2 and check here ▶ ☐ | 1 | 55,406. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 55,406. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | 31,769. |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 23,637. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-2) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 23,637. |

## Part II Expenses. Enter expenses for business use of your home only on line 30.

| Line | Description | Amount | Line | Description | Amount |
|---|---|---|---|---|---|
| 8 | Advertising | 4,416. | 19 | Pension and profit-sharing plans | |
| 9 | Bad debts from sales or services (see page C-3) | | 20 | Rent or lease (see page C-4): | |
| 10 | Car and truck expenses (see page C-3) | 937. | 20a | Vehicles, machinery, and equipment | |
| 11 | Commissions and fees | | 20b | Other business property | 1,650. |
| 12 | Depletion | | 21 | Repairs and maintenance | 1,255. |
| 13 | Depreciation and section 179 expense deduction (not incl. in Part III) (see page C-3) | 2,571. | 22 | Supplies (not included in Part III) | 2,199. |
| 14 | Employee benefit programs (other than on line 19) | | 23 | Taxes and licenses | 1,964. |
| 15 | Insurance (other than health) | 775. | 24 | Travel, meals, and entertainment: | |
| 16 | Interest: | | 24a | Travel | |
| 16a | Mortgage (paid to banks, etc.) | | 24b | Meals and entertainment | 106. |
| 16b | Other | | 24c | Enter 50% of line 24b subject to limitations (see pg. C-4) | 53. |
| 17 | Legal and professional services | 5,046. | 24d | Subtract line 24c from line 24b | 53. |
| 18 | Office expense | 3,183. | 25 | Utilities | 2,119. |
| | | | 26 | Wages (less employment credits) | 2,311. |
| | | | 27 | Other expenses (from line 48 on page 2) | 307. |

| Line | Description | | Amount |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | 28,786. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | (5,149.) |
| 30 | Expenses for business use of your home. Attach **Form 8829** | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on **Form 1040, line 12** and ALSO on **Schedule SE, line 2** (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3. • If a loss, you MUST go on to line 32. | 31 | (5,149.) |

32 If you have a loss, check the box that describes your investment in this activity (see page C-5).
- If you checked 32a, enter the loss on **Form 1040, line 12** and ALSO on **Schedule SE, line 2** (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3.
- If you checked 32b, you MUST attach **Form 6198**.

32a ☒ All investment is at risk.
32b ☐ Some investment is not at risk.

KBA **For Paperwork Reduction Act Notice, see Form 1040 instructions.** Schedule C (Form 1040) 1996

*Not valid without all pages*

*Do Not Process – For Information Only*

Schedule C (Form 1040) 1996 NANCY E LLOYD 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 Page 2

## Part III Cost of Goods Sold (see page C-5)

33 Method(s) used to value closing inventory: (1) [X] Cost (2) [ ] Lower of cost or market (3) [ ] Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . [ ] Yes [X] No

| Line | Description | | Amount |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | 5,889. |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | |
| 37 | Cost of labor. Do not include salary paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | 28,776. |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | 34,665. |
| 41 | Inventory at end of year | 41 | 2,896. |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | 31,769. |

## Part IV Information on Your Vehicle.

Complete this part ONLY if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-3 to find out if you must file.

43 When did you place your vehicle in service for business purposes? (month, day, year) SEE ATTACHMENT

44 Of the total number of miles you drove your vehicle during 1996, enter the number of miles you used your vehicle for:

a Business ______ b Commuting ______ c Other ______

45 Do you (or your spouse) have another vehicle available for personal use? [ ] Yes [ ] No

46 Was your vehicle available for use during off-duty hours? [ ] Yes [ ] No

47a Do you have evidence to support your deduction? [ ] Yes [ ] No

b If "Yes," is the evidence written? [ ] Yes [ ] No

## Part V Other Expenses.

List below business expenses not included on lines 8-26 or line 30.

| Expense | Amount |
|---|---|
| BANK SERV CHARGE | 307. |

48 **Total other expenses.** Enter here and on page 1, line 27 . . . 48 ~~307~~.

KBA Schedule C (Form 1040) 1996

Sch C-1040 (1996) FDC-2V 1.67 *Not valid with* [illegible]

*Do Not Process - For Information Only*

Supporting Schedules 1996

Name: NANCY E LLOYD SSN: 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

Schedule A

Line 15 - Gifts by Cash or Check

| Description | Amount |
|---|---|
| TOTAL | 95 |
| Total | 95 |

Page 2 - Sch C - LLOYD AND ASSOCIATES; COMPUTER HEALTH

Part IV

Information on Your Vehicles

Auto 1

| | |
|---|---|
| Date in service | 7/23/96 |
| Total business miles | 999 |
| Total commuting miles | 0 |
| Total other miles | 12801 |
| Another vehicle available? | No |
| Vehicle available off-duty? | Yes |
| Supporting evidence? | Yes |
| Is evidence written? | Yes |

Auto 2

| | |
|---|---|
| Date in service | 5/1/92 |
| Total business miles | 2022 |
| Total commuting miles | 0 |
| Total other miles | 21020 |
| Another vehicle available? | No |
| Vehicle available off-duty? | Yes |
| Supporting evidence? | Yes |
| Is evidence written? | Yes |

*Not valid without all pages*

*Do Not Process - For Information Only*

# TRANSPORTATION AND TRAVEL FOR SCHEDULES C, E, AND F

Name(s) NANCY E LLOYD SSN [redacted]

| TRAVEL EXPENSES (other than meals) | | | ACTUAL VEHICLE EXP | VEHICLE 1 | VEHICLE 2 |
|---|---|---|---|---|---|
| Plane/rail fares | | | Gas/oil/lube | | |
| Car rentals/taxi/etc. | | | Tires/batteries/repairs/etc | | |
| Lodging/baggage/tips | | | Car rent/auto club/cleaning | | |
| Electronic services, computer rent, etc. | | | Insurance/licenses | | |
| Laundry/cleaning | | | 3. Total | | |
| Total | | | 4. Line 3 x bus % | | |
| | | | 5. Finance chg/interest x bus % | | |
| Report meals, entertainment, tips and Bus. % of leased vehicle payments - inclusion amount directly on Schedule | | | 6. Pers prop tax x bus % | | |
| TRANSPORTATION EXP | | | | | |
| | | | 7. Line 2 or line 4 whichever applicable | 310 | 627 |
| | VEHICLE 1 | VEHICLE 2 | 8. Parking and tolls | | |
| 1. Bus. miles this year/this activity | 999 | 2,022 | 9. Local business transportation | | |
| 2. Line 1 x .31 (cents) | 310 | 627 | Total (add lines 5-9) | 310 | 627 |

| DEPRECIATION AND MILEAGE RECORDS | VEHICLE 1 | | | | VEHICLE 2 | | | |
|---|---|---|---|---|---|---|---|---|
| Complete lines 19 ___ through C for prior years only, and lines D, E, F, and G for the current year. | Bus. % | Business Mileage | Depr. Actually Claimed | Other Basis Adjustment | Bus. % | Business Mileage | Depr. Actually Claimed | Other Basis Adjustment |
| 19 ___ | | | | | | | | |
| 19 ___ | | | | | | | | |
| 19 ___ | | | | | | | | |
| 19 ___ | | | | | | | | |
| 19 ___ | | | | | | | | |
| A. Total each column (except %) | | | | | | | | |
| B. Total miles in prior years for months of bus. use | | | | | | | | |
| C. Total business miles included in line B miles | | | | | | | | |
| D. Months of business use this year | | | | | | | | |
| E. Total miles in this year for months of bus. use | | | | | | | | |
| F. Total business miles included in line E miles | | | | | | | | |
| G. Line F / line E x line D / ___ months owned in year | | | | | | | | |

Sch C - LLOYD AND ASSOCIATES; COMPUTER HEALTH

*Not valid without all pages*

*Do Not Process - For Information Only*

DEPRECIATION
1996

Page 1

Name: NANCY E LLOYD SSN: 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
Business or Activity: SCH C LLOYD AND ASSOCIATES COMPUTER HEALTH SCH
Subform: 4562

| # | Desc. | TYP | NUC | Acq. Date | Cost or Basis | DM | CON | Est. Life | Prior Depr. | IC | Sec 179 | 1996 Depr | AMT Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | COMPUTER | P | N | 9/1/95 | 10500 | M | HY | 7.0 | 1500* | N | 0 | 2571 | 1340 |
| | Page Totals | | | | 10500 | | | | 1500 | | 0 | 2571 | 1340 |
| | Grand Totals | | | | 10500 | | | | 1500 | | 0 | 2571 | 1340 |

* System calculated prior depreciation

*Not valid without all pages*

Do Not Process - For Information Only

Wages, tips, other comp. 36933.30
2 Federal income tax withheld 3885.17
Social security wages 36933.30
4 Social security tax withheld 2289.86
Medicare wages and tips 36933.30
6 Medicare tax withheld 535.53

| Control Number | Dept. | Corp. | Employer use only |
| --- | --- | --- | --- |
| 02042 MJM | 407374 | | A 512 |

Employer's name, address, and ZIP code 002388

AROLINA BLOOD SERVICES
EGION OF THE AMERICAN
125 PARK ROAD
HARLOTTE NC 28203

Batch #00858

Employer's FED ID number 56-1814954
d Employee's SSA number 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
Social security tips
8 Allocated tips
Advance EIC payment
10 Dependent care benefits
Nonqualified plans
12 Benefits included in box 1
See Instrs. for box 13
C 5.15
14 Other

| Stat emp | Deceased | Pension plan | Legal rep. | Hshld. emp. | Deferred comp. |
| --- | --- | --- | --- | --- | --- |
| | | X | | | |

Employee's name, address and ZIP code

NCY E LLOYD
04 HIGH VIEW CIRCL
REENSBORO NC 27410

State | Employer's state ID: IC 060063214
17 State wages, tips, etc. 36933.30
State income tax 1499.82
19 Locality name
Local wages, tips, etc.
21 Local income tax

Employee Reference Copy
W-2 Wage and Tax Statement 1996
OMB No. 1545-0008
y C for Employer's Records.

# 1996 W-2 and EARNINGS SUMMARY

**This blue Earnings Summary section is included with your W-2 to help describe portions in more det**
**The reverse side includes general information that you may also find helpful.**

1. The following information reflects your final 1996 paystub plus any adjustments submitted by your employ

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Gross Pay | 37120.89 | Social Security Tax Withheld Box 4 of W-2 | 2289.86 | NC. State Income Tax Box 18 of W-2 | 1499.82 |
| Fed. Income Tax Withheld Box 2 of W-2 | 3885.17 | Medicare Tax Withheld Box 6 of W-2 | 535.53 | SUI/SDI Box 14 of W-2 | |

2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NC. State Wages, Tips, Etc. Box 17 of W-2 |
| --- | --- | --- | --- | --- |
| Gross Pay | 37,120.89 | 37,120.89 | 37,120.89 | 37,120.89 |
| **Plus** GTL (C-Box 13) | 5.15 | 5.15 | 5.15 | 5.15 |
| **Less** Medical FSA | N/A | N/A | N/A | N/A |
| **Less** DCB/DCC | N/A | N/A | N/A | N/A |
| **Less** Other Cafe 125 | 192.74 | 192.74 | 192.74 | 192.74 |
| **Reported W-2 Wages** | **36,933.30** | **36,933.30** | **36,933.30** | **36,933.30** |

3. Employee W-4 Profile To change your Employee W-4 Profile Information, file a new W-4 with your payroll d

NANCY E LLOYD
3204 HIGH VIEW CIRCL
GREENSBORO NC 27410

Social Security Number 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
Taxable Marital Status SINGLE
Exemptions/Allowances
FEDERAL: 4
STATE: 4

© 1996 AUTOMATIC DATA PROCESSING INC
FOLD AND DETACH HERE

Not valid without all pages

| | | |
|---|---|---|
| Guilford county | ) | |
| | ) | **AFFIDAVIT & STATEMENT** |
| North Carolina state | ) | **IN SUPPORT OF TAX YEAR 1996** |
| | ) | **FORM 1040 FILING** |
| The united States of America | ) | |

I, the undersigned Affiant, do hereby affirm and attest the following facts are true and correct:

1) Affiant's name is Nancy E. Lloyd.
2) Affiant is over 18 years of age, of sound mind, have not been convicted of any crime or offense which would render me incompetent to testify.
3) Affiant has personal knowledge that the following facts are true, correct, complete, certain and not misleading:
4) Affiant makes this Affidavit and Statement in Support for:

   Nancy E. Lloyd
   3204 High View Circle
   Greensboro, North Carolina 27410

   Social Security No: 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
5) Affiant affirms this Affidavit and Statement in Support for Tax Year 1996.
6) Affiant is filing this Affidavit and Statement in Support to supplement an Amended U.S. Individual Income Tax Return Form 1040X and informational 1040 with Schedules A & C.
7) Affiant is affirming that the $36,933.00 deduction claimed on line 27 of the attached U.S. Individual Income Tax Return - Schedule A - Itemized Deductions is a claim of right adjustment founded on USC Title 26 Section 1341.
8) Affiant makes "the claim of right" is as follows:
   (a) The Affiant is claiming a natural right.
   (b) The natural right is a right to make a living.
   (c) The amount being claimed is compensation for personal labor that was received as repayment of a debt that was owed to Affiant.
   (d) The debt owed was for my personal labor furnished.
   (e) No profit was made.
9) The law for this claim is founded in CFR 26 Section 1.861-8(a)(3)(i) and USC Title 26 Section 1341.
   (a) The intent of the Code is:

   *"The rules contained in this section apply to determining taxable income of the taxpayer from specific sources and activities under other sections of the Code..."*

   (b) The Code shows the list of sources within the United States and other sources and activities which are taxed by law.
   (c) The items of gross income are found in CFR 26 Section 1.861-8 (a)(3).
   (d) The item called "a repayment" or an "even exchange" or "compensation for personal labor" is not listed as a taxable item in this section.
   (e) The item taxed by the Code is the <u>profit</u> and not a repayment or an even exchange.
   (f) Affiant is making a "Claim of Right" as defined in USC Title 26 Section 1341.
   (g) The claim of right is a common law immunity that makes an even exchange a simple repayment of a debt and such repayment is immune from taxation.

10) Affiant affirms that the U.S. Individual Income Tax Return Form 1040 Page 2 Line 52 includes Federal Withholding, Social Security and Medicare overpayments not owed.

11) Affiant affirms that the U.S. Individual Income Tax Return Form 1040 Page 2 Line 53 is Estimated tax payment amounts applied from the 1995 return and was calculated as follows:

$ 3,885 was income tax withheld from payments for personal compensation
2,990 Social Security tax deducted and not owed
536 Medicare tax not owed
$6,711 total payroll taxes not owed founded on the claim of right
21,471 is a carry over as estimated tax payments from 1995 to 1996
$28,182 is the total amount to carry forward from a corrected 1040
803 additional payment after submission of the original filing
$28,985 is the total payments on the Amended 1040X line 18
1241 was previously refunded from the 2/11/97 Form 8453
$27,744 remains in the Affiant's account unrefunded to Affiant

12) Under the penalties of perjury, Affiant declares that the truths and facts herein stated are of first-hand personal knowledge, true, correct, complete, certain and not misleading.

Executed on the 28th day of September 2002.

Nancy E. Lloyd

Nancy E. Lloyd

**UNITED STATES COURT OF FEDERAL CLAIMS**

DOCKET #:______________________________

JUDGE __________________________

**JOSEPH O. SALADINO, Petitioner**

vs

**UNITED STATES, Respondent**

---

**PLEADING SPECIAL MATTERS & EXHIBIT #5.**

The authority for this pleading is RCFC 9. (c), (h)(1),(2),(5) and (6). In support the Court is shown that the following conditions precedent exist in this proceeding:

I.

**TAX CREDIT SUIT**

An administrative proceeding exists within the IRS. This is an administrative action for a refund (or credit) The cause and effect are these:

a. The action is for the tax year 1997.

b. The amount to be refunded is $7,661.00

c. The place to be refunded is:

Nancy Ellen Lloyd
3204 High View Circle
Greensboro, NC 27410

d. The tax identification number is 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.

e. The original claim for the refund was filed on August 16, 2002 at Atlanta, Georgia.

f. The determination issued on September 18, 2002

g. The Petitioner/plaintiff is a third party filer who is contracted to make this claim on behalf of the individual above.

II.

**CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED**

The Pleadings in special matters #1 is hereby adopted by reference.

The Pleadings in special matters #2 is hereby adopted by reference.

III.

**OWNERSHIP OF CLAIM**

The Pleadings in special matters #2 is hereby adopted by reference.

I hereby verify under penalties of perjury that the foregoing is true and correct. I further verify under penalty of perjury that the attached copy of the tax return is a correct copy of the original filed.

Joseph O. Saladino
416 Alamosa Ave
Palmdale, California 93551

CERTIFIED MAIL # 7001 1940 0000 6293 8345

Form **1040X** (Rev. November 2001)

Department of the Treasury—Internal Revenue Service

# Amended U.S. Individual Income Tax Return

► See separate instructions.

OMB No. 1545-0091

**This return is for calendar year ► 1999 , or fiscal year ended ►**

Please print or type

| | | |
|---|---|---|
| Your first name and initial: NANCY E. | Last name: LLOYD | Your social security number: 079 38 6148 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 3204 HIGH VIEW CIRCLE | Apt. no. | Phone number ( ) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions.: GREENSBORO, NORTH CAROLINA (27410) | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ► ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☒ Yes ☐ No

C Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.

On original return ► ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ► ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

| Use Part II on the Back to Explain any Changes | | A. Original amount or as previously adjusted (see page 2) | B. Net change—amount of increase or (decrease)—explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see pages 2–6)** | | | | |
| 1 Adjusted gross income (see page 3) | 1 | 0 | 31,987 | 31,987 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 4150 | 40,788 | 40,788 |
| 3 Subtract line 2 from line 1 | 3 | -4150 | -8801 | -8801 |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 2650 | | 2650 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | -6800 | -8801 | -11,451 |
| **Tax Liability** | | | | |
| 6 Tax (see page 4). Method used in col. C | 6 | 0 | | 0 |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 0 | | 0 |
| 9 Other taxes (see page 4) | 9 | | | |
| 10 Total tax. Add lines 8 and 9 | 10 | 0 | | 0 |
| **Payments** | | | | |
| 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 4542 | 3119 | 7661 |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 0 | | |
| 13 Earned income credit (EIC) | 13 | 0 | | |
| 14 Additional child tax credit from Form 8812 | 14 | 0 | | |
| 15 Credits from Form 2439 or Form 4136 | 15 | 0 | | |
| 16 Amount paid with request for extension of time to file (see page 4) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 7661 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | * INCORRECT BEFORE |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | | | N/A |
| 21 **Amount you owe.** If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | | | 0 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | – |
| 23 Amount of line 22 you want **refunded to you** | 23 | | | 7661 |
| 24 Amount of line 22 you want **applied to your** estimated tax | 24 | | | |

**Sign Here**

Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Your signature: Nancy E. Lloyd Date: 08-08-02

Spouse's signature. If a joint return, both must sign. Date

**Paid Preparer's Use Only**

Preparer's signature ► Date Check if self-employed ☐ Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ► EIN Phone no. ( )

Cat. No. 11360L Form **1040X** (Rev. 11-2001)

NOT VALID WITHOUT ALL PAGES

Form 1040X (Rev. 11-2001) Page 2

**Part I** **Exemptions.** See Form 1040 or 1040A instructions.

If you are **not changing your exemptions,** do not complete this part.
If claiming **more exemptions,** complete lines 25–31.
If claiming **fewer exemptions,** complete lines 25–30.

| | | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse . . . . . . . . . . . . . . . . . . . . Caution. If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | 25 | | | |
| 26 | Your dependent children who lived with you . . . . . . . . | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation . . . . . . . . . . . . . . . . . . | 27 | | | |
| 28 | Other dependents . . . . . . . . . . . . . . . . . . | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 . . . . . . | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2001 | $2,900 | $99,725 |
| 2000 | 2,800 | 96,700 |
| 1999 | 2,750 | 94,975 |
| 1998 | 2,700 | 93,400 |

31 Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name | Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 5) |
|---|---|---|---|---|
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

No. of your children on line 31 who:
- lived with you . . ▶ ☐
- did not live with you due to divorce or separation (see page 5) . . ▶ ☐

Dependents on line 31 not entered above ▶ ☐

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here . . . . . . ▶ ☐

(1) A PREVIOUS RETURN WAS ERRONEOUSLY FILED. (A 1040A WITH "0" ENTERED ON LINES 7 THRU 17.) I AM NOW FILING A CORRECTED 1040X WITH AN ATTACHED 1040 FOR INFORMATI[ON] PURPOSES ONLY, WHICH SHOULD NOT BE PROCESSED APART FROM THE 1040X. I HAVE MADE A "CLAIM OF RIGHT" FOR COMPENSATION FOR PERSONAL LABOR AS DEFINED BELOW: SCHEDULE A, LINE 27 DEDUCTIONS REPRESENT COMPENSATION FOR PERSONAL LABOR. THIS IS NOT AN ITEM TAXED BY TITLE 26. THE CLAIM IS A "CLAIM OF RIGHT" MADE UNDER USC TITLE 26 SECTION 1341. (2) LINE 11B IS FOR SS & MEDICARE WITHHELD BASED ON WAGES.

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here . . . . . . . . ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here . . ▶ ☐

Form **1040X** (Rev. 11-2001)

(3) LINE 19 WAS INCORRECT AND NO REFUND WAS PREVIOUSLY ISSUED
(4) LINE 27 SCHEDULE A "CLAIM OF RIGHT" SEE #(1).

NOT VALID WITHOUT ALL PAGES

Form **1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **1997** (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 1997, or other tax year beginning , 1997, ending , 19 OMB No. 1545-0074

**Label** (See instructions on page 10.) **Use the IRS label.** Otherwise, please print or type.

LABEL HERE

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| NANCY E. | LLOYD | 079 38 6148 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| | | |
| Home address (number and street). If you have a P.O. box, see page 10. | Apt. no. | |
| 3204 HIGH VIEW CIR | | |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 10. | | |
| GREENSBORO, NORTH CAROLINA (27410) | | |

FOR INFORMATIONAL PURPOSE ONLY.

**For help in finding line instructions, see pages 2 and 3 in the booklet.**

**Presidential Election Campaign** (See page 10.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | | X |
| If a joint return, does your spouse want $3 to go to this fund? | | |

Note: Checking "Yes" will not change your tax or reduce your refund.

## Filing Status

Check only one box.

1 [X] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 [ ] Head of household (with qualifying person). (See page 10.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 10.)

## Exemptions

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a.
b [ ] **Spouse**
c **Dependents:**

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) No. of months lived in your home in 1997 |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see page 10.

d Total number of exemptions claimed

No. of boxes checked on 6a and 6b: 1
No. of your children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 11)
Dependents on 6c not entered above
Add numbers entered on lines above ▶ 1

## Income

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see page 12.

Enclose but do not attach any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 40,788 |
| 8a | **Taxable** interest. Attach Schedule B if required | 8a | |
| b | **Tax-exempt** interest. DO NOT include on line 8a — 8b | | |
| 9 | Dividends. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 12) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | <8801> |
| 13 | Capital gain or (loss). Attach Schedule D | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions 15a — b Taxable amount (see page 13) | 15b | |
| 16a | Total pensions and annuities 16a — b Taxable amount (see page 13) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a — b Taxable amount (see page 14) | 20b | |
| 21 | Other income. List type and amount—see page 15 | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 31,987 |

## Adjusted Gross Income

If line 32 is under $29,290 (under $9,770 if a child did not live with you), see EIC inst. on page 21.

| Line | Description | | Amount |
|---|---|---|---|
| 23 | IRA deduction (see page 16) | 23 | |
| 24 | Medical savings account deduction. Attach Form 8853 | 24 | |
| 25 | Moving expenses. Attach Form 3903 or 3903-F | 25 | |
| 26 | One-half of self-employment tax. Attach Schedule SE | 26 | |
| 27 | Self-employed health insurance deduction (see page 17) | 27 | |
| 28 | Keogh and self-employed SEP and SIMPLE plans | 28 | |
| 29 | Penalty on early withdrawal of savings | 29 | |
| 30a | Alimony paid b Recipient's SSN ▶ | 30a | |
| 31 | Add lines 23 through 30a | 31 | 0 |
| 32 | Subtract line 31 from line 22. This is your **adjusted gross income** ▶ | 32 | 31,987 |

**For Privacy Act and Paperwork Reduction Act Notice, see page 38.** Cat. No. 11320B Form **1040** (1997)

NOT VALID WITHOUT ALL PAGES

Form 1040 (1997) FOR INFORMATIONAL PURPOSES ONLY Page 2

| Section | Line | Description | | Amount |
|---|---|---|---|---|
| **Tax Computation** | 33 | Amount from line 32 (adjusted gross income) | | 33: 31,987 |
| | 34a | Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 34a | | |
| | b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 18 and check here ▶ 34b ☐ | | SEE PART II 1040X |
| | 35 | Enter the **larger** of your: **Itemized deductions** from Schedule A, line 28, **OR** **Standard deduction** shown below for your filing status. **But** see page 18 if you checked any box on line 34a or 34b **or** someone can claim you as a dependent. • Single—$4,150 • Married filing jointly or Qualifying widow(er)—$6,900 • Head of household—$6,050 • Married filing separately—$3,450 | | 35: 40,788 |
| If you want the IRS to figure your tax, see page 18. | 36 | Subtract line 35 from line 33 | | 36: -8801 |
| | 37 | If line 33 is $90,900 or less, multiply $2,650 by the total number of exemptions claimed on line 6d. If line 33 is over $90,900, see the worksheet on page 19 for the amount to enter | | 37: 2650 |
| | 38 | **Taxable income.** Subtract line 37 from line 36. If line 37 is more than line 36, enter -0- | | 38: -11,451 |
| | 39 | **Tax.** See page 19. Check if any tax from a ☐ Form(s) 8814 b ☐ Form 4972 ▶ | | 39 |
| **Credits** | 40 | Credit for child and dependent care expenses. Attach Form 2441 | 40 | |
| | 41 | Credit for the elderly or the disabled. Attach Schedule R | 41 | |
| | 42 | Adoption credit. Attach Form 8839 | 42 | |
| | 43 | Foreign tax credit. Attach Form 1116 | 43 | |
| | 44 | Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 44 | |
| | 45 | Add lines 40 through 44 | | 45 |
| | 46 | Subtract line 45 from line 39. If line 45 is more than line 39, enter -0- ▶ | | 46: 0 |
| **Other Taxes** | 47 | Self-employment tax. Attach Schedule SE | | 47 |
| | 48 | Alternative minimum tax. Attach Form 6251 | | 48 |
| | 49 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 49 |
| | 50 | Tax on qualified retirement plans (including IRAs) and MSAs. Attach Form 5329 if required | | 50 |
| | 51 | Advance earned income credit payments from Form(s) W-2 | | 51 |
| | 52 | Household employment taxes. Attach Schedule H | | 52 |
| | 53 | Add lines 46 through 52. This is your **total tax** ▶ | | 53: 0 |
| **Payments** | 54 | Federal income tax withheld from Forms W-2 and 1099 | 54: 4542 | 5544 |
| | 55 | 1997 estimated tax payments and amount applied from 1996 return | 55 | |
| Attach Forms W-2, W-2G, and 1099-R on the front. | 56a | **Earned income credit.** Attach Schedule EIC if you have a qualifying child b Nontaxable earned income: amount ▶ and type ▶ | 56a | |
| | 57 | Amount paid with Form 4868 (request for extension) | 57 | |
| | 58 | Excess social security and RRTA tax withheld (see page 27) | 58: 3119 | |
| | 59 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 59 | |
| | 60 | Add lines 54, 55, 56a, 57, 58, and 59. These are your **total payments** ▶ | | 60: 7661 |
| **Refund** | 61 | If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you **OVERPAID** | | 61: 7661 |
| Have it directly deposited! See page 27 and fill in 62b, 62c, and 62d. | 62a | Amount of line 61 you want **REFUNDED TO YOU** ▶ | | 62a: 7661 |
| | ▶ b | Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d | Account number | | |
| | 63 | Amount of line 61 you want **APPLIED TO YOUR 1998 ESTIMATED TAX** ▶ | 63 | |
| **Amount You Owe** | 64 | If line 53 is more than line 60, subtract line 60 from line 53. This is the **AMOUNT YOU OWE**. For details on how to pay, see page 27 ▶ | | 64 |
| | 65 | Estimated tax penalty. Also include on line 64 | 65 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Keep a copy of this return for your records.

| Your signature | Date | Your occupation |
|---|---|---|
| Barry E. Lloyd | 08-18-02 | |
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation |

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's social security no. |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address ▶ | | | EIN |
| | | | ZIP code |

NOT VALID WITHOUT ALL PAGES

FOR INFORMATIONAL PURPOSES ONLY

**SCHEDULES A&B (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Schedule A—Itemized Deductions

(Schedule B is on back)

▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074

1997

Attachment Sequence No. 07

Name(s) shown on Form 1040: NANCY E. LLOYD

Your social security number: 079 38 6148

| Section | Line | Description | | Amount |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: *Do not include expenses reimbursed or paid by others.* | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | |
| | 2 | Enter amount from Form 1040, line 33 . 2 | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 |
| **Taxes You Paid** (See page A-2.) | 5 | State and local income taxes | 5 | |
| | 6 | Real estate taxes (see page A-2) | 6 | |
| | 7 | Personal property taxes | 7 | |
| | 8 | Other taxes. List type and amount ▶ | 8 | |
| | 9 | Add lines 5 through 8 | | 9 |
| **Interest You Paid** (See page A-2.) | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | |
| **Note:** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | |
| | 14 | Add lines 10 through 13 | | 14 |
| **Gifts to Charity** | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-3 | 15 | |
| If you made a gift and got a benefit for it, see page A-3. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-3. You **MUST** attach Form 8283 if over $500 | 16 | |
| | 17 | Carryover from prior year | 17 | |
| | 18 | Add lines 15 through 17 | | 18 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-4.) | | 19 |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses—job travel, union dues, job education, etc. You **MUST** attach Form 2106 or 2106-EZ if required. (See page A-4.) ▶ | 20 | |
| | 21 | Tax preparation fees | 21 | |
| (See page A-5 for expenses to deduct here.) | 22 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ | 22 | |
| | 23 | Add lines 20 through 22 | 23 | |
| | 24 | Enter amount from Form 1040, line 33 . 24 | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | 26 |
| **Other Miscellaneous Deductions** | 27 (4) | Other—from list on page A-5. List type and amount ▶ CLAIM OF RIGHT FOUNDED ON USC TITLE 26, SECTION 1341 | | 27 40,788 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 33, over $121,200 (over $60,600 if married filing separately)? **NO.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 35, the **larger** of this amount or your standard deduction. ▶ **YES.** Your deduction may be limited. See page A-5 for the amount to enter. | | 28 40,788 |

**For Paperwork Reduction Act Notice, see Form 1040 instructions.** Cat. No. 11330X **Schedule A (Form 1040) 1997**

NOT VALID WITHOUT ALL PAGES

FOR INFORMATIONAL PURPOSES ONLY

Schedules A&B (Form 1040) 1997 OMB No. 1545-0074 Page 2

Name(s) shown on Form 1040. Do not enter name and social security number if shown on other side. | **Your social security number**

# Schedule B—Interest and Dividend Income

Attachment Sequence No. **08**

**Part I Interest Income**

(See pages 12 and B-1.)

**Note:** *If you had over $400 in taxable interest income, you must also complete Part III.*

| | | | Amount |
|---|---|---|---|
| 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶ | 1 | |
| 2 | Add the amounts on line 1 | 2 | |
| 3 | Excludable interest on series EE U.S. savings bonds issued after 1989 from Form 8815, line 14. You MUST attach Form 8815 to Form 1040 | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 4 | |

**Note:** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

**Part II Dividend Income**

(See pages 12 and B-1.)

**Note:** *If you had over $400 in gross dividends and/or other distributions on stock, you must also complete Part III.*

| | | | Amount |
|---|---|---|---|
| 5 | List name of payer. Include gross dividends and/or other distributions on stock here. Any capital gain distributions and nontaxable distributions will be deducted on lines 7 and 8 ▶ | 5 | |
| 6 | Add the amounts on line 5 | 6 | |
| 7 | Capital gain distributions. Enter here and on Schedule D — 7 | | |
| 8 | Nontaxable distributions. (See the inst. for Form 1040, line 9.) — 8 | | |
| 9 | Add lines 7 and 8 | 9 | |
| 10 | Subtract line 9 from line 6. Enter the result here and on Form 1040, line 9 ▶ | 10 | |

**Note:** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total dividends shown on that form.

**Part III Foreign Accounts and Trusts**

(See page B-2.)

| | You must complete this part if you **(a)** had over $400 of interest or dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | Yes | No |
|---|---|---|---|
| 11a | At any time during 1997, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See page B-2 for exceptions and filing requirements for Form TD F 90-22.1 | | |
| b | If "Yes," enter the name of the foreign country ▶ | | |
| 12 | During 1997, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520 or 926. See page B-2 | | |



NOT VALID WITHOUT ALL PAGES

FOR INFORMATIONAL PURPOSES ONLY

SCHEDULE C (Form 1040)

Department of the Treasury Internal Revenue Service

# Profit or Loss From Business
## (Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065.
▶ Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074 | 1997 | Attachment Sequence No. 09

Name of proprietor: NANCY E LLOYD — Social security number (SSN): 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

A Principal business or profession, including product or service (see page C-1): COMPUTER HEALTH — B Enter principal business code (from page C-6) ▶ 9886

C Business name. If no separate business name, leave blank.: LLOYD AND ASSOCIATES — D Employer ID number (EIN), if any: 56-1698943

E Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code

F Accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify) ▶

G Did you "materially participate" in the operation of this business during 1997? If "No," see page C-2 for limit on losses. ☒ Yes ☐ No

H If you started or acquired this business during 1997, check here ▶ ☐

**Part I Income**

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution: If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-2 and check here ▶ ☐ | 1 | 45,440 |
| 2 | Returns and allowances | 2 | 173 |
| 3 | Subtract line 2 from line 1 | 3 | 45,267 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | 19,474 |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 25,793 |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-2) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 25,793 |

**Part II Expenses.** Enter expenses for business use of your home only on line 30.

| Line | Description | Amount | Line | Description | Amount |
|---|---|---|---|---|---|
| 8 | Advertising | 4,430 | 19 | Pension and profit-sharing plans | |
| 9 | Bad debts from sales or services (see page C-3) | | 20 | Rent or lease (see page C-4): | |
| 10 | Car and truck expenses (see page C-3) | | 20a | Vehicles, machinery & equipment | |
| 11 | Commissions and fees | | 20b | Other business property | 11,400 |
| 12 | Depletion | | 21 | Repairs and maintenance | 361 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-3) | 2,016 | 22 | Supplies (not included in Part III) | 372 |
| 14 | Employee benefit programs (other than on line 19) | | 23 | Taxes and licenses | 1,369 |
| 15 | Insurance (other than health) | 682 | 24 | Travel, meals, and entertainment: | |
| 16 | Interest: | | 24a | Travel | 393 |
| 16a | Mortgage (paid to banks, etc.) | | 24b | Meals and entertainment | |
| 16b | Other | 4,010 | 24c | Enter 50% of line 24b subject to limitations (see page C-4) | |
| 17 | Legal and professional services | 310 | 24d | Subtract line 24c from line 24b | |
| 18 | Office expense | 2,055 | 25 | Utilities | 1,017 |
| | | | 26 | Wages (less employment credits) | |
| | | | 27 | Other expenses (from line 48 on page 2) | 6,179 |

| Line | Description | | Amount |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | 34,594 |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | -8,801 |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. • If a profit, enter on Form 1040, line 12, and ALSO on Schedule SE, line 2 (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3. • If a loss, you MUST go on to line 32. | 31 | -8,801 |

32 If you have a loss, check the box that describes your investment in this activity (see page C-5).
- If you checked 32a, enter the loss on Form 1040, line 12, and ALSO on Schedule SE, line 2 (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3.
- If you checked 32b, you MUST attach Form 6198.

32a ☒ All investment is at risk.
32b ☐ Some investment is not at risk.

For Paperwork Reduction Act Notice, see Form 1040 instructions.



NOT VALID WITHOUT ALL PAGES

KFA

FOR INFORMATION

Schedule C (Form 1040) 1997 NANCY E LLOYD 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 Page 2

## Part III Cost of Goods Sold (see page C-5)

33 Method(s) used to value closing inventory: a ☒ Cost b ☐ Lower of cost or market c ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☒ No

| | | |
|---|---|---|
| 35 Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | 2,896 |
| 36 Purchases less cost of items withdrawn for personal use | 36 | 19,152 |
| 37 Cost of labor. Do not include salary paid to yourself | 37 | |
| 38 Materials and supplies | 38 | |
| 39 Other costs | 39 | |
| 40 Add lines 35 through 39 | 40 | 22,048 |
| 41 Inventory at end of year | 41 | 2,574 |
| 42 Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | 19,474 |

## Part IV Information on Your Vehicle.

Complete this part ONLY if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-3 to find out if you must file.

43 When did you place your vehicle in service for business purposes? (month, day, year) ▶ ____________

44 Of the total number of miles you drove your vehicle during 1997, enter the number of miles you used your vehicle for:

a Business ____________ b Commuting ____________ c Other ____________

45 Do you (or your spouse) have another vehicle available for personal use? ☐ Yes ☐ No

46 Was your vehicle available for use during off-duty hours? ☐ Yes ☐ No

47a Do you have evidence to support your deduction? ☐ Yes ☐ No

b If "Yes," is the evidence written? ☐ Yes ☐ No

## Part V Other Expenses.

List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---|
| Accounting | 382 |
| Bank Charges | 486 |
| Contract Labor | 170 |
| Dues & Subscriptions | 825 |
| Professional Development | 929 |
| Shipping & Postage | 871 |
| Telephone | 2,516 |
| | |
| | |
| | |
| 48 Total other expenses. Enter here and on page 1, line 27 — 48 | 6,179 |

NOT VALID WITHOUT ALL PAGES

FOR INFORMATIONAL PURPOSES ONLY

| | |
|---|---|
| 40787.68 | 4541.72 |
| 3 Social security wages 40787.68 | 4 Social security tax withheld 2528.84 |
| 5 Medicare wages and tips 40787.68 | 6 Medicare tax withheld 591.42 |
| a Control Number 002042 MJM / Dept. 407375 / Corp. | Employer use only A 556 |
| c Employer's name, address, and ZIP code 002388<br>CAROLINA BLOOD SERVICES<br>REGION OF THE AMERICAN<br>2425 PARK ROAD<br>CHARLOTTE NC 28203 | |
| b Employer's FED ID number 56-1814954 | d Employee's SSA number 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 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12 Benefits included in box 1 |
| 13 C 11.44 | 14 Other |
| 15 Stat emp. / Deceased / Pension plan X / Legal rep. / Hshld. emp. / Deferred comp. | |
| e/f Employee's name, address and ZIP code<br>NANCY E LLOYD<br>3204 HIGH VIEW CIRCL<br>GREENSBORO NC 27410 | |
| 16 State NC / Employer's state ID 060063214 | 17 State wages, tips, etc. 40787.68 |
| 18 State income tax 1729.69 | 19 Locality name |
| 20 Local wages, tips, etc. | 21 Local income tax |

NC.State Reference Copy

**W-2** Wage and Tax Statement **1997**

OMB No. 1545-0008

Copy 2 to be filed with employee's STATE income Tax Return.

NOT VALID WITHOUT ALL PAGES

**UNITED STATES COURT OF FEDERAL CLAIMS**

DOCKET #:______________________________

JUDGE ___________________________

**JOSEPH O. SALADINO, Petitioner**

vs

**UNITED STATES, Respondent**

---

**PLEADING SPECIAL MATTERS & EXHIBIT #6.**

The authority for this pleading is RCFC 9. (c), (h)(1),(2),(5) and (6). In support the Court is shown that the following conditions precedent exist in this proceeding:

I.

**TAX CREDIT SUIT**

An administrative proceeding exists within the IRS. This is an administrative action for a refund (or credit) The cause and effect are these:

a. The action is for the tax year 1998.

b. The amount to be refunded is $40,919.00

c. The place to be refunded is:

Nancy Ellen Lloyd
3204 High View Circle
Greensboro, NC 27410

d. The tax identification number is 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.

e. The original claim for the refund was filed on October 20th, 2002 at Atlanta, Georgia.

f. The determination issued on September 18, 2002

g. The Petitioner/plaintiff is a third party filer who is contracted to make this claim on behalf of the individual above.

II

**CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED**

The Pleadings in special matters #1 is hereby adopted by reference.

The Pleadings in special matters #2 is hereby adopted by reference.

III.

**OWNERSHIP OF CLAIM**

The Pleadings in special matters #2 is hereby adopted by reference.

I hereby verify under penalties of perjury that the foregoing is true and correct. I further verify under penalty of perjury that the attached copy of the tax return is a correct copy of the original filed.

Joseph O. Saladino
416 Alamosa Ave
Palmdale, California 93551

CERTIFIED MAIL # 7002 0510 0000 1155 8407

Form **1040X** (Rev. November 2001)

Department of the Treasury—Internal Revenue Service

# Amended U.S. Individual Income Tax Return

► See separate instructions.

OMB No. 1545-0091

This return is for calendar year ► 1998, or fiscal year ended ►

Please print or type

| | | |
|---|---|---|
| Your first name and initial: NANCY E. | Last name: LLOYD | Your social security number: 079 38 6148 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 3204 HIGH VIEW CIRCLE | Apt. no. | Phone number ( ) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions.: GREENSBORO, NORTH CAROLINA 27410 | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ► ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☐ Yes ☒ No

C Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.

On original return ► ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ► ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

| Use Part II on the Back to Explain any Changes | | A. Original amount or as previously adjusted (see page 2) | B. Net change—amount of increase or (decrease)—explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see pages 2–6)** | | | | |
| 1 Adjusted gross income (see page 3) | 1 | 44,083 | 0 | 44,083 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 43,200 | 0 | 43,200 |
| 3 Subtract line 2 from line 1 | 3 | 883 | 0 | 883 |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 2750 | 0 | 2750 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | <1867> | 0 | <1867> |
| **Tax Liability** | | | | |
| 6 Tax (see page 4). Method used in col. C | 6 | 0 | 0 | 0 |
| 7 Credits (see page 4) | 7 | 0 | 0 | 0 |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 0 | 0 | 0 |
| 9 Other taxes (see page 4) | 9 | 30 | 0 | 30 |
| 10 Total tax. Add lines 8 and 9 | 10 | 30 | 0 | 30 |
| **Payments** | | | | |
| 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 5543 | 0 | 5543 |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 0 | 35,406 | 35,406 |
| 13 Earned income credit (EIC) | 13 | 0 | 0 | 0 |
| 14 Additional child tax credit from Form 8812 | 14 | 0 | 0 | 0 |
| 15 Credits from Form 2439 or Form 4136 | 15 | 0 | 0 | 0 |
| 16 Amount paid with request for extension of time to file (see page 4) | 16 | | | 0 |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 40,949 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | 0 |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | | | 40,949 |
| 21 **Amount you owe.** If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | | | 0 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | 40,919 |
| 23 Amount of line 22 you want **refunded to you** | 23 | | | |
| 24 Amount of line 22 you want **applied to your** 1999 **estimated tax** | 24 | 40,919 | | |

**Sign Here**
Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

► Nancy E. Lloyd — Your signature; 10-03-02 — Date ► Spouse's signature. If a joint return, both must sign — Date

**Paid Preparer's Use Only**

Preparer's signature ► | Date | Check if self-employed ☐ | Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ► | EIN | Phone no. ( )

Cat. No. 11360L



NOT VALID WITHOUT ALL PAGES

Form 1040X (Rev. 11-2001) NANCY E. LLOYD 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 Page 2

## Part I Exemptions. See Form 1040 or 1040A instructions.

If you are **not changing your exemptions,** do not complete this part.
If claiming **more exemptions,** complete lines 25–31.
If claiming **fewer exemptions,** complete lines 25–30.

| | | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse . . . . . . . . . . . . . . . . . . . . . . | 25 | | | |
| | **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | | | | |
| 26 | Your dependent children who lived with you . . . . . . . . . | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation . . . . . . . . . . . . . . . . . . . . . . . . | 27 | | | |
| 28 | Other dependents . . . . . . . . . . . . . . . . . . . . . . . | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 . . . . . | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2001 | $2,900 | $99,725 |
| 2000 | 2,800 | 96,700 |
| 1999 | 2,750 | 94,975 |
| 1998 | 2,700 | 93,400 |

31 Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 5) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

No. of your children on line 31 who:
- lived with you . . ▶ ☐
- **did not** live with you due to divorce or separation (see page 5) . . ▶ ☐

Dependents on line 31 not entered above ▶ ☐

## Part II Explanation of Changes to Income, Deductions, and Credits

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here . . . . ▶ ☐

Line 2b - increase caused by an unrestricted claim of right founded on USC Title 26 Section 1341; see attached affidavit & informational schedule A line 27 for details.
Line 11b - increase caused by an unrestricted claim of right founded on USC Title 26 Section 1341 for social security & medicare which was not owed; see attached affidavit & informational 1040 line 57 for details.
Note: This 1040X is to amend a previously filed [1040] 1040X that did not include amount applied from 1997.

## Part III Presidential Election Campaign Fund. Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here . . . . . . . . . . . . . ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here . . . ▶ ☐



NOT VALID WITHOUT ALL PAGES

FOR INFORMATION ONLY

# Form 1040 — Department of the Treasury—Internal Revenue Service — U.S. Individual Income Tax Return 1998

(99) IRS Use Only—Do not write or staple in this space

For the year Jan. 1–Dec. 31, 1998, or other tax year beginning , 1998, ending , 19 | OMB No. 1545-0074

## Label

(See instructions on page 18.) Use the IRS label. Otherwise, please print or type.

LABEL HERE

| | | |
|---|---|---|
| Your first name and initial: NANCY E. | Last name: LLOYD | Your social security number: 079:38:6148 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (number and street). If you have a P.O. box, see page 18.: 3204 HIGH VIEW CIRCLE | Apt. no. | ▲ IMPORTANT! ▲ You must enter your SSN(s) above. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 18.: GREENSBORO, NORTH CAROLINA 27410 | | |

**Presidential Election Campaign** (See page 18.)

| | Yes | No | |
|---|---|---|---|
| Do you want $3 to go to this fund? | | X | Note: Checking "Yes" will not change your tax or reduce your refund. |
| If a joint return, does your spouse want $3 to go to this fund? | | | |

## Filing Status

Check only one box.

1 [X] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 [ ] Head of household (with qualifying person). (See page 18.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 18.)

## Exemptions

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a. — No. of boxes checked on 6a and 6b: 1

b [ ] **Spouse**

c **Dependents:**

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than six dependents, see page 19.

No. of your children on 6c who:
- lived with you
- did not live with you due to divorce or separation (see page 19)

Dependents on 6c not entered above

Add numbers entered on lines above ▶ 1

d Total number of exemptions claimed

## Income

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see page 20.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 43,200 |
| 8a | **Taxable** interest. Attach Schedule B if required | 8a | |
| b | **Tax-exempt** interest. DO NOT include on line 8a — 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 21) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D SEE SCHED. B PART II | 13 | 883 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions 15a — b Taxable amount (see page 22) | 15b | |
| 16a | Total pensions and annuities 16a — b Taxable amount (see page 22) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a — b Taxable amount (see page 24) | 20b | |
| 21 | Other income. List type and amount—see page 24 | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 44,083 |

## Adjusted Gross Income

If line 33 is under $30,095 (under $10,030 if a child did not live with you), see EIC inst. on page 36.

| Line | Description | | Amount | | Amount |
|---|---|---|---|---|---|
| 23 | IRA deduction (see page 25) | 23 | | | |
| 24 | Student loan interest deduction (see page 27) | 24 | | | |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 | | | |
| 26 | Moving expenses. Attach Form 3903 | 26 | | | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | | | |
| 28 | Self-employed health insurance deduction (see page 28) | 28 | | | |
| 29 | Keogh and self-employed SEP and SIMPLE plans | 29 | | | |
| 30 | Penalty on early withdrawal of savings | 30 | | | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | | | |
| 32 | Add lines 23 through 31a | | | 32 | 0 |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | | | 33 | 44,083 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 51.** Cat. No. 11320B Form **1040** (1998)

NOT VALID WITHOUT ALL PAGES

FOR INFORMATION ONLY

Form 1040 (1998) NANCY E. LLOYD 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 Page 2

## Tax and Credits

| Line | Description | | Amount |
|---|---|---|---|
| 34 | Amount from line 33 (adjusted gross income) | | 34 44,083 |
| 35a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | | |
| b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 29 and check here ▶ 35b ☐ | | |
| 36 | Enter the **larger** of your **itemized deductions** from Schedule A, line 28, **OR standard deduction** shown on the left. **But** see page 30 to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | | 36 43,200 |
| 37 | Subtract line 36 from line 34 | | 37 883 |
| 38 | If line 34 is $93,400 or less, multiply $2,700 by the total number of exemptions claimed on line 6d. If line 34 is over $93,400, see the worksheet on page 30 for the amount to enter | | 38 2700 |
| 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | | 39 <1817> |
| 40 | **Tax.** See page 30. Check if any tax from **a** ☐ Form(s) 8814 **b** ☐ Form 4972 ▶ | | 40 0 |
| 41 | Credit for child and dependent care expenses. Attach Form 2441 | 41 | |
| 42 | Credit for the elderly or the disabled. Attach Schedule R | 42 | |
| 43 | Child tax credit (see page 31) | 43 | |
| 44 | Education credits. Attach Form 8863 | 44 | |
| 45 | Adoption credit. Attach Form 8839 | 45 | |
| 46 | Foreign tax credit. Attach Form 1116 if required | 46 | |
| 47 | Other. Check if from **a** ☐ Form 3800 **b** ☐ Form 8396 **c** ☐ Form 8801 **d** ☐ Form (specify) ______ | 47 | |
| 48 | Add lines 41 through 47. These are your **total credits** | | 48 0 |
| 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ▶ | | 49 0 |

**Standard Deduction for Most People**
Single: $4,250
Head of household: $6,250
Married filing jointly or Qualifying widow(er): $7,100
Married filing separately: $3,550

## Other Taxes

| Line | Description | Amount |
|---|---|---|
| 50 | Self-employment tax. Attach Schedule SE | 50 |
| 51 | Alternative minimum tax. Attach Form 6251 | 51 |
| 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 52 |
| 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 53 30 |
| 54 | Advance earned income credit payments from Form(s) W-2 | 54 |
| 55 | Household employment taxes. Attach Schedule H | 55 |
| 56 | Add lines 49 through 55. This is your **total tax** ▶ | 56 30 |

## Payments

Attach Forms W-2 and W-2G on the front. Also attach Form 1099-R if tax was withheld.

| Line | Description | | Amount |
|---|---|---|---|
| 57 | Federal income tax withheld from Forms W-2 and 1099 | 57 5543 | * SEE AFFIDAVIT |
| 58 | 1998 estimated tax payments and amount applied from 1997 return | 58 35406 | |
| 59a | **Earned income credit.** Attach Schedule EIC if you have a qualifying child **b** Nontaxable earned income: amount ▶ ______ and type ▶ ______ | 59a | |
| 60 | Additional child tax credit. Attach Form 8812 | 60 | |
| 61 | Amount paid with Form 4868 (request for extension) | 61 | |
| 62 | Excess social security and RRTA tax withheld (see page 43) | 62 | |
| 63 | Other payments. Check if from **a** ☐ Form 2439 **b** ☐ Form 4136 | 63 | |
| 64 | Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ▶ | | 64 40,949 |

## Refund

| Line | Description | Amount |
|---|---|---|
| 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **OVERPAID** | 65 40,919 |
| 66a | Amount of line 65 you want **REFUNDED TO YOU** ▶ | 66a |
| b | Routing number ______ ▶ **c** Type: ☐ Checking ☐ Savings | |
| d | Account number ______ | |
| 67 | Amount of line 65 you want **APPLIED TO YOUR 1999 ESTIMATED TAX** ▶ 67 40,919 | |

Have it directly deposited! See page 44 and fill in 66b, 66c, and 66d.

## Amount You Owe

| Line | Description | Amount |
|---|---|---|
| 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the **AMOUNT YOU OWE.** For details on how to pay, see page 44 ▶ | 68 |
| 69 | Estimated tax penalty. Also include on line 68 | 69 |

## Sign Here

Joint return? See page 18. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature: Nancy E Lloyd — Date: 10-03-02 — Your occupation: — Daytime telephone number (optional): ( )

Spouse's signature. If a joint return, BOTH must sign. — Date: — Spouse's occupation:

## Paid Preparer's Use Only

Preparer's signature ▶ — Date — Check if self-employed ☐ — Preparer's social security no.

Firm's name (or yours if self-employed) and address ▶ — EIN — ZIP code

NOT VALID WITHOUT ALL PAGES

FOR INFORMATION ONLY

**SCHEDULES A&B (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Schedule A—Itemized Deductions

(Schedule B is on back)

▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074

1998

Attachment Sequence No. 07

Name(s) shown on Form 1040: NANCY E. LLOYD

Your social security number: 079 38 6148

| Section | Line | Description | | Amount |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: *Do not include expenses reimbursed or paid by others.* | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | |
| | 2 | Enter amount from Form 1040, line 34 | 2 | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | 4 | |
| **Taxes You Paid** (See page A-2.) | 5 | State and local income taxes | 5 | |
| | 6 | Real estate taxes (see page A-2) | 6 | |
| | 7 | Personal property taxes | 7 | |
| | 8 | Other taxes. List type and amount ▶ | 8 | |
| | 9 | Add lines 5 through 8 | 9 | |
| **Interest You Paid** (See page A-3.) | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | |
| Note: Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | |
| | 14 | Add lines 10 through 13 | 14 | |
| **Gifts to Charity** | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 15 | |
| If you made a gift and got a benefit for it, see page A-4. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You **MUST** attach Form 8283 if over $500 | 16 | |
| | 17 | Carryover from prior year | 17 | |
| | 18 | Add lines 15 through 17 | 18 | |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses—job travel, union dues, job education, etc. You **MUST** attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ | 20 | |
| | 21 | Tax preparation fees | 21 | |
| (See page A-6 for expenses to deduct here.) | 22 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ | 22 | |
| | 23 | Add lines 20 through 22 | 23 | |
| | 24 | Enter amount from Form 1040, line 34 | 24 | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | 26 | |
| **Other Miscellaneous Deductions** | 27 | Other—from list on page A-6. List type and amount ▶ UNRESTRICTED CLAIM OF RIGHT FOR COMPENSATION FOR PERSONAL LABOR FOUNDED ON USC TITLE 26 SECTION 1341 | 27 | 43,200 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $124,500 (over $62,250 if married filing separately)? (NO) Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 36, the **larger** of this amount or your standard deduction. **YES.** Your deduction may be limited. See page A-6 for the amount to enter. ▶ | 28 | 43,200 |

For Paperwork Reduction Act Notice, see Form 1040 instructions. Cat. No. 11330X Schedule A (Form 1040) 1998

NOT VALID WITHOUT ALL PAGES

FOR INFORMATIONAL PURPOSES ONLY

Schedules A&B (Form 1040) 1998 — OMB No. 1545-0074 — Page 2

Name(s) shown on Form 1040. Do not enter name and social security number if shown on other side.
NANCY E. LLOYD

Your social security number: 079 : 38 : 6148

# Schedule B—Interest and Ordinary Dividends

Attachment Sequence No. 08

## Part I Interest

(See pages 20 and B-1.)

**Note:** *If you had over $400 in taxable interest income, you must also complete Part III.*

**Note:** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | | Amount |
|---|---|---|
| 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶ | |
| 2 | Add the amounts on line 1 | |
| 3 | Excludable interest on series EE U.S. savings bonds issued after 1989 from Form 8815, line 14. You MUST attach Form 8815 to Form 1040 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | |

## Part II Ordinary Dividends

(See pages 21 and B-1.)

**Note:** *If you had over $400 in ordinary dividends, you must also complete Part III.*

**Note:** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| | | Amount |
|---|---|---|
| 5 | List name of payer. Include only ordinary dividends. Report any capital gain distributions on Schedule D, line 13 ▶ | |
| | PER IRS FORM 1902B 11/27/2000 TAXIBLE DISTRIBUTION | 298 00 |
| | PER IRS FORM 1902B 11/27/2000 STOCKS & BONDS | 585 00 |
| | I DO NOT HAVE ANY 1099's SHOWING THESE PAYMENTS TO ME & AM RELYING ON THE IRS 1902B FOR THIS INFORMATION. I CANNOT FILL OUT A SCHEDULE D. | |
| 6 | Add the amounts on line 5. Enter the total here and on Form 1040, line 9 ▶ | 883 00 |

## Part III Foreign Accounts and Trusts

(See page B-2.)

| | You must complete this part if you (a) had over $400 of interest or ordinary dividends; (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | Yes | No |
|---|---|---|---|
| 7a | At any time during 1998, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See page B-2 for exceptions and filing requirements for Form TD F 90-22.1 | | |
| b | If "Yes," enter the name of the foreign country ▶ | | |
| 8 | During 1998, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.



NOT VALID WITHOUT ALL PAGES

| | |
|---|---|
| ...ips, other comp. 43200.07 | 2 Federal income tax withheld 2239.29 |
| ...ocial security wages 43200.07 | 4 Social security tax withheld 2678.40 |
| Medicare wages and tips 43200.07 | 6 Medicare tax withheld 626.40 |

| | | | |
|---|---|---|---|
| Control number 2042 MJM | Dept. 407375 | Corp. | Employer use only A 585 |

...mployer's name, address, and ZIP code 002388

...ROLINA BLOOD SERVICES
...GION OF THE AMERICAN
...5 PARK ROAD
...ARLOTTE NC 28203

Batch #00854

| | |
|---|---|
| ...mployer's FED ID number 56 1814954 | d Employee's SSA number 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 |
| ...ocial security tips | 8 Allocated tips |
| ...dvance EIC payment | 10 Dependent care benefits |
| ...onqualified plans | 12 Benefits included in box 1 |
| ...ee instrs. for box 13 C 20.48 | 14 Other |

| ...at emp. | Deceased | Pension plan | Legal rep. | Deferred comp. |
|---|---|---|---|---|
| | | X | | |

...mployee's name, address and ZIP code

...NCY E LLOYD
...4 HIGH VIEW CIRCL
...EENSBORO NC 27410

| | |
|---|---|
| ...ate \| Employer's state ID no. 060063214 | 17 State wages, tips, etc. 43200.07 |
| ...ate income tax 914.42 | 19 Locality name |
| ...cal wages, tips, etc. | 21 Local income tax |

Employee Reference Copy
W-2 Wage and Tax Statement 1998
OMB No. 1545-0008
...for employee's records.

# 1998 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more deta...
The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 1998 paystub plus any adjustments submitted by your employe...

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 43780.12 | Social Security Tax Withheld Box 4 of W-2 | 2678.40 | NC. State Income Tax Box 18 of W-2 | 914.42 |
| Fed. Income Tax Withheld Box 2 of W-2 | 2239.29 | Medicare Tax Withheld Box 6 of W-2 | 626.40 | SUI/SDI Box 14 of W-2 | |

2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NC State Wages, Tips, Etc. Box 17 of W-2 |
|---|---|---|---|---|
| Gross Pay | 43,780.12 | 43,780.12 | 43,780.12 | 43,780.12 |
| **Plus** GTL (C-Box 13) | 20.48 | 20.48 | 20.48 | 20.48 |
| **Less** Other Cafe 125 | 600.53 | 600.53 | 600.53 | 600.53 |
| **Reported W-2 Wages** | **43,200.07** | **43,200.07** | **43,200.07** | **43,200.07** |

3. Employee W-4 Profile To change your Employee W-4 Profile Information, file a new W-4 with your payroll de...

**NANCY E LLOYD**
**3204 HIGH VIEW CIRCL**
**GREENSBORO NC 27410**

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances
FEDERAL: 4 Tax Blocked
STATE: 4 Tax Blocked

© 1998 AUTOMATIC DATA PROCESSING INC

FOLD AND DETACH HERE

FOR INFORMATIONAL PURPOSES ONLY

NOT VALID WITHOUT ALL PAGES

| | | |
|---|---|---|
| Guilford county | ) | |
| | ) | **AFFIDAVIT & STATEMENT** |
| North Carolina state | ) | **IN SUPPORT OF TAX YEAR 1998** |
| | ) | **FORM 1040 FILING** |
| The united States of America | ) | |

I, the undersigned Affiant, do hereby affirm and attest the following facts are true and correct:

1) Affiant's name is Nancy E. Lloyd.
2) Affiant is over 18 years of age, of sound mind, have not been convicted of any crime or offense which would render me incompetent to testify.
3) Affiant has personal knowledge that the following facts are true, correct, complete, certain and not misleading:
4) Affiant makes this Affidavit and Statement in Support for:

   Nancy E. Lloyd
   3204 High View Circle
   Greensboro, North Carolina 27410

   Social Security No: 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
5) Affiant affirms this Affidavit and Statement in Support for Tax Year 1998.
6) Affiant is filing this Affidavit and Statement in Support to supplement an Amended U.S. Individual Income Tax Return Form 1040X and informational 1040 with Schedules A & B.
7) Affiant is affirming that the $43,200.00 deduction claimed on line 27 of the attached U.S. Individual Income Tax Return - Schedule A - Itemized Deductions is a claim of right adjustment founded on USC Title 26 Section 1341.
8) Affiant makes "the claim of right" is as follows:
   (a) The Affiant is claiming a natural right.
   (b) The natural right is a right to make a living.
   (c) The amount being claimed is compensation for personal labor that was received as repayment of a debt that was owed to Affiant.
   (d) The debt owed was for my personal labor furnished.
   (e) No profit was made.
9) The law for this claim is founded in CFR 26 Section 1.861-8(a)(3)(i) and USC Title 26 Section 1341.
   (a) The intent of the Code is:

   *"The rules contained in this section apply to determining taxable income of the taxpayer from specific sources and activities under other sections of the Code..."*

   (b) The Code shows the list of sources within the United States and other sources and activities which are taxed by law.
   (c) The items of gross income are found in CFR 26 Section 1.861-8 (a)(3).
   (d) The item called "a repayment" or an "even exchange" or "compensation for personal labor" is not listed as a taxable item in this section.
   (e) The item taxed by the Code is the <u>profit</u> and not a repayment or an even exchange.
   (f) Affiant is making a "Claim of Right" as defined in USC Title 26 Section 1341.
   (g) The claim of right is a common law immunity that makes an even exchange a simple repayment of a debt and such repayment is immune from taxation.



NOT VALID WITHOUT ALL PAGES

10) Affiant affirms that the U.S. Individual Income Tax Return Form 1040 Page 2 Line 57 includes Federal Withholding, Social Security and Medicare overpayments not owed.

11) Affiant affirms that the U.S. Individual Income Tax Return Form 1040 Page 2 Line 58 is Estimated tax payment amounts applied from the 1997 return and was calculated as follows:

$ 2239 was income tax withheld from payments for personal compensation
2678 Social Security tax deducted and not owed
626 Medicare tax not owed
$5543 total payroll taxes not owed founded on the claim of right
35,406 is a carry over as estimated tax payments from 1997 to 1998
$40,919 is the total amount to carry forward from a corrected 1040
and remains in the Affiant's account unrefunded to Affiant

12) Under the penalties of perjury, Affiant declares that the truths and facts herein stated are of first-hand personal knowledge, true, correct, complete, certain and not misleading.

Executed on the 3rd day of October 2002.

Nancy E. Lloyd

Nancy E. Lloyd



NOT VALID WITHOUT ALL PAGES

**UNITED STATES COURT OF FEDERAL CLAIMS**

DOCKET #: ______________________________

JUDGE ______________________________

**JOSEPH O. SALADINO, Petitioner**

vs

**UNITED STATES, Respondent**

---

**PLEADING SPECIAL MATTERS & EXHIBIT #7.**

The authority for this pleading is RCFC 9. (c), (h)(1),(2),(5) and (6). In support the Court is shown that the following conditions precedent exist in this proceeding:

I.

**TAX CREDIT SUIT**

An administrative proceeding exists within the IRS. This is an administrative action for a refund (or credit) The cause and effect are these:

a. The action is for the tax year 1999.

b. The amount to be refunded is $3,342.00

c. The place to be refunded is:

Nancy Ellen Lloyd
3204 High View Circle
Greensboro, NC 27410

d. The tax identification number is 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.

e. The original claim for the refund was filed on September 1, 2002 at Atlanta, Georgia.

f. The determination issued on September 30, 2002

g. The Petitioner/plaintiff is a third party filer who is contracted to make this claim on behalf of the individual above.

II.

**CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED**

The Pleadings in special matters #1 is hereby adopted by reference.

The Pleadings in special matters #2 is hereby adopted by reference.

III.

**OWNERSHIP OF CLAIM**

The Pleadings in special matters #2 is hereby adopted by reference.

I hereby verify under penalties of perjury that the foregoing is true and correct. I further verify under penalty of perjury that the attached copy of the tax return is a correct copy of the original filed.

Joseph O. Saladino
416 Alamosa Ave
Palmdale, California 93551

Cert. # 7002 0510 0000 1157 2731

# Form 1040 Department of the Treasury—Internal Revenue Service U.S. Individual Income Tax Return 1999

(99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 1999, or other tax year beginning , 1999, ending , OMB No. 1545-0074

**Label** (See instructions on page 18.) Use the IRS label. Otherwise, please print or type. LABEL HERE

Your first name and initial: NANCY E. Last name: LLOYD Your social security number: 079 38 6148

If a joint return, spouse's first name and initial | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see page 18. 3204 HIGH VIEW CIRCLE Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 18. GREENSBORO, NORTH CAROLINA (27410)

▲ IMPORTANT! ▲ You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 18.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | | X |
| If a joint return, does your spouse want $3 to go to this fund? | | |

Note. Checking "Yes" will not change your tax or reduce your refund.

## Filing Status

Check only one box.

1 [X] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 [ ] Head of household (with qualifying person). (See page 18.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 18.)

## Exemptions

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a

No. of boxes checked on 6a and 6b: 1

b [ ] Spouse

c Dependents:

| (1) First name / Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |

If more than six dependents, see page 19.

No. of your children on 6c who:
- lived with you
- did not live with you due to divorce or separation (see page 19)

Dependents on 6c not entered above

Add numbers entered on lines above ▶ 1

d Total number of exemptions claimed

## Income

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 20.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 43,688 |
| 8a | **Taxable** interest. Attach Schedule B if required | 8a | |
| b | **Tax-exempt** interest. DO NOT include on line 8a — 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 21) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions 15a — b Taxable amount (see page 22) | 15b | |
| 16a | Total pensions and annuities 16a — b Taxable amount (see page 22) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a — b Taxable amount (see page 24) | 20b | |
| 21 | Other income. List type and amount (see page 24) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 43,688 |

## Adjusted Gross Income

| Line | Description | | Amount |
|---|---|---|---|
| 23 | IRA deduction (see page 26) | 23 | |
| 24 | Student loan interest deduction (see page 26) | 24 | |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed health insurance deduction (see page 28) | 28 | |
| 29 | Keogh and self-employed SEP and SIMPLE plans | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | Add lines 23 through 31a | 32 | |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | 33 | 43,688 |

Form 1040 (1999) Page 2

## Tax and Credits

| | | | | |
|---|---|---|---|---|
| 34 | Amount from line 33 (adjusted gross income) | | 34 | 43,688 |
| 35a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | | | |
| b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 30 and check here ▶ 35b ☐ | | | |
| 36 | Enter your **itemized deductions** from Schedule A, line 28, **OR standard deduction** shown on the left. **But** see page 30 to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | | 36 | 43,688 |
| 37 | Subtract line 36 from line 34 | | 37 | 0 |
| 38 | If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet on page 31 for the amount to enter | | 38 | 2750 |
| 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | | 39 | -2750 |
| 40 | **Tax** (see page 31). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 ▶ | | 40 | |
| 41 | Credit for child and dependent care expenses. Attach Form 2441 | 41 | | |
| 42 | Credit for the elderly or the disabled. Attach Schedule R | 42 | | |
| 43 | Child tax credit (see page 33) | 43 | | |
| 44 | Education credits. Attach Form 8863 | 44 | | |
| 45 | Adoption credit. Attach Form 8839 | 45 | | |
| 46 | Foreign tax credit. Attach Form 1116 if required | 46 | | |
| 47 | Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 47 | | |
| 48 | Add lines 41 through 47. These are your **total credits** | | 48 | |
| 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ▶ | | 49 | |

**Standard Deduction for Most People**
Single: $4,300
Head of household: $6,350
Married filing jointly or Qualifying widow(er): $7,200
Married filing separately: $3,600

## Other Taxes

| | | | |
|---|---|---|---|
| 50 | Self-employment tax. Attach Schedule SE | 50 | |
| 51 | Alternative minimum tax. Attach Form 6251 | 51 | |
| 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 52 | |
| 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 53 | |
| 54 | Advance earned income credit payments from Form(s) W-2 | 54 | |
| 55 | Household employment taxes. Attach Schedule H | 55 | |
| 56 | Add lines 49 through 55. This is your **total tax** ▶ | 56 | |

## Payments

* SOCIAL SECURITY & MEDICARE WITHHELD BASED ON "WAGES".

| | | | | | |
|---|---|---|---|---|---|
| 57 | Federal income tax withheld from Forms W-2 and 1099 | 57 | * 3342 | | |
| 58 | 1999 estimated tax payments and amount applied from 1998 return | 58 | | | |
| 59a | **Earned income credit.** Attach Sch. EIC if you have a qualifying child | | | | |
| b | Nontaxable earned income: amount ▶ and type ▶ | 59a | | | |
| 60 | Additional child tax credit. Attach Form 8812 | 60 | | | |
| 61 | Amount paid with request for extension to file (see page 48) | 61 | | | |
| 62 | Excess social security and RRTA tax withheld (see page 48) | 62 | | | |
| 63 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 63 | | | |
| 64 | Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ▶ | | | 64 | 3342 |

## Refund

| | | | |
|---|---|---|---|
| 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **OVERPAID** | 65 | 3342 |
| 66a | Amount of line 65 you want **REFUNDED TO YOU** ▶ | 66a | 3342 |
| b | Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| d | Account number | | |
| 67 | Amount of line 65 you want **APPLIED TO YOUR 2000 ESTIMATED TAX** ▶ 67 | | |

Have it directly deposited! See page 48 and fill in 66b, 66c, and 66d.

## Amount You Owe

| | | | |
|---|---|---|---|
| 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the **AMOUNT YOU OWE**. For details on how to pay, see page 49 ▶ | 68 | |
| 69 | Estimated tax penalty. Also include on line 68 — 69 | | |

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 18. Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime telephone number (optional) |
|---|---|---|---|
| Nancy E. Lloyd | 08-22-02 | RN | ( ) |
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation | |

## Paid Preparer's Use Only

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
| Firm's name (or yours if self-employed) and address ▶ | | | EIN |
| | | | ZIP code |

SCHEDULES A&B (Form 1040)

Department of the Treasury Internal Revenue Service (99)

# Schedule A—Itemized Deductions

(Schedule B is on back)

▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074

1999

Attachment Sequence No. 07

Name(s) shown on Form 1040: NANCY E. LLOYD

Your social security number: 079 38 6148

| Section | Line | Description | | Amount |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution.** Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | |
| | 2 | Enter amount from Form 1040, line 34 . 2 | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 |
| **Taxes You Paid** (See page A-2.) | 5 | State and local income taxes | 5 | |
| | 6 | Real estate taxes (see page A-2) | 6 | |
| | 7 | Personal property taxes | 7 | |
| | 8 | Other taxes. List type and amount ▶ | 8 | |
| | 9 | Add lines 5 through 8 | | 9 |
| **Interest You Paid** (See page A-3.) | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | |
| **Note.** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | |
| | 14 | Add lines 10 through 13 | | 14 |
| **Gifts to Charity** | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 15 | |
| If you made a gift and got a benefit for it, see page A-4. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You **MUST** attach Form 8283 if over $500 | 16 | |
| | 17 | Carryover from prior year | 17 | |
| | 18 | Add lines 15 through 17 | | 18 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | 19 |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses—job travel, union dues, job education, etc. You **MUST** attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ | 20 | |
| | 21 | Tax preparation fees | 21 | |
| (See page A-5 for expenses to deduct here.) | 22 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ | 22 | |
| | 23 | Add lines 20 through 22 | 23 | |
| | 24 | Enter amount from Form 1040, line 34 . 24 | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | 26 |
| **Other Miscellaneous Deductions** | 27 | Other—from list on page A-6. List type and amount ▶ "CLAIM OF RIGHT" FOR COMPENSATION FOR PERSONAL LABOR MADE UNDER USC TITLE 26 SECTION 1341 | | 27 43,688 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $126,600 (over $63,300 if married filing separately)? ☒ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. ☐ **Yes.** Your deduction may be limited. See page A-6 for the amount to enter. | ▶ | 28 43,688 |

| | |
|---|---|
| 1 Wages, tips, other comp. 43688.49 | 2 Federal income tax withheld |
| 3 Social security wages 43688.49 | 4 Social security tax withheld 2708.69 |
| 5 Medicare wages and tips 43688.49 | 6 Medicare tax withheld 633.48 |
| a Control Number 002042 MJM / Dept. 407375 / Corp. | Employer use only A 575 |
| c Employer's name, address, and ZIP code 002388<br>CAROLINA BLOOD SERVICES<br>REGION OF THE AMERICAN<br>2425 PARK ROAD<br>CHARLOTTE NC 28203 | |
| b Employer's FED ID number 56-1814954 | d Employee's SSA number 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 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12 Benefits included in box 1 |
| 13 See instrs. for box 13<br>C 29.08 | 14 Other |
| 15 Stat emp. / Deceased / Pension plan X / Legal rep. / Deferred comp. | |
| e/f Employee's name, address and ZIP code<br>NANCY E LLOYD<br>3204 HIGH VIEW CIRCL<br>GREENSBORO NC 27410 | |
| 16 State NC / Employer's state ID no. 060063214 | 17 State wages, tips, etc. 43688.49 |
| 18 State income tax | 19 Locality name |
| 20 Local wages, tips, etc. | 21 Local income tax |

Federal Filing Copy
**W-2** Wage and Tax Statement **1999** OMB No. 1545-0008
Copy B to be filed with employee's Federal income Tax Return.

| | |
|---|---|
| 1 Wages, tips, other comp. 43688.49 | 2 Federal income tax withheld |
| 3 Social security wages 43688.49 | 4 Social security tax withheld 2708.69 |
| 5 Medicare wages and tips 43688.49 | 6 Medicare tax withheld 633.48 |
| a Control Number 002042 MJM / Dept. 407375 / Corp. | Employer use only A 575 |
| c Employer's name, address, and ZIP code 002388<br>CAROLINA BLOOD SERVICES<br>REGION OF THE AMERICAN<br>2425 PARK ROAD<br>CHARLOTTE NC 28203 | |
| b Employer's FED ID number 56-1814954 | d Employee's SSA number 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 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12 Benefits included in box 1 |
| 13<br>C 29.08 | 14 Other |
| 15 Stat emp. / Deceased / Pension plan X / Legal rep. / Deferred comp. | |
| e/f Employee's name, address and ZIP code<br>NANCY E LLOYD<br>3204 HIGH VIEW CIRCL<br>GREENSBORO NC 27410 | |
| 16 State NC / Employer's state ID no. 060063214 | 17 State wages, tips, etc. 43688.49 |
| 18 State income tax | 19 Locality name |
| 20 Local wages, tips, etc. | 21 Local income tax |

NC.State Reference Copy
**W-2** Wage and Tax Statement **1999** OMB No. 1545-0008
Copy 2 to be filed with employee's State income Tax Return.

| | |
|---|---|
| 1 Wages, tips, other comp. 43688.49 | 2 Federal income tax withheld |
| 3 Social security wages 43688.49 | 4 Social security tax withheld 2708.69 |
| 5 Medicare wages and tips 43688.49 | 6 Medicare tax withheld 633.48 |
| a Control Number 002042 MJM / Dept. 407375 / Corp. | Employer use only A 575 |
| c Employer's name, address, and ZIP code 002388<br>CAROLINA BLOOD SERVICES<br>REGION OF THE AMERICAN<br>2425 PARK ROAD<br>CHARLOTTE NC 28203 | |
| b Employer's FED ID number 56-1814954 | d Employee's SSA number 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 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12 Benefits included in box 1 |
| 13<br>C 29.08 | 14 Other |
| 15 Stat emp. / Deceased / Pension plan X / Legal rep. / Deferred comp. | |
| e/f Employee's name, address and ZIP code<br>NANCY E LLOYD<br>3204 HIGH VIEW CIRCL<br>GREENSBORO NC 27410 | |
| 16 State NC / Employer's state ID no. 060063214 | 17 State wages, tips, etc. 43688.49 |
| 18 State income tax | 19 Locality name |
| 20 Local wages, tips, etc. | 21 Local income tax |

NC.State Filing Copy
**W-2** Wage and Tax Statement **1999** OMB No. 1545-0008
Copy 2 to be filed with employee's State income Tax Return.

116877

07221-245-90706-2 200238 CP: 49
WI 1

Department of the Treasury
Internal Revenue Service
ATLANTA, GA 39901-0025

Date of this notice: SEP. 30, 2002
Taxpayer Identifying Number 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
Form: 1040 Tax Period: DEC. 31, 1999

For assistance you may call us at:

1-800-829-8815

CALLER ID: 552703

NANCY E LLOYD
3204 HIGH VIEW CIR
GREENSBORO NC 27410-8308043

OVERPAID TAX APPLIED TO OTHER TAXES YOU OWE

WE APPLIED $3,342.00 OF THE OVERPAID TAX ON YOUR 1999 TAX RETURN TO THE UNPAID BALANCE OF OTHER FEDERAL TAXES WHICH OUR RECORDS SHOW YOU OWE.

YOU MAY STILL BE DUE A REFUND IF WE APPLIED ONLY PART OF YOUR OVERPAYMENT TO OTHER TAXES. YOU ALSO MAY BE DUE A REFUND IF YOU RECENTLY MADE A PAYMENT AGAINST THE OTHER TAXES THAT WE HAD NOT CREDITED WHEN WE APPLIED YOUR OVERPAYMENT. IN EITHER CASE, YOU WILL RECEIVE A CHECK FOR ANY REFUND DUE YOU AS LONG AS THE AMOUNT IS GREATER THAN ONE DOLLAR. YOU MUST REQUEST A REFUND OF LESS THAN ONE DOLLAR. IF YOU HAVE ANY QUESTIONS, PLEASE CALL US AT THE NUMBER LISTED ABOVE.

THE FIGURES BELOW SHOW OUR CALCULATION:

HOW WE APPLIED YOUR OVERPAYMENT

| | |
|---|---|
| AMOUNT OF OVERPAID TAX ON YOUR RETURN............ | $3,342.00 |
| AMOUNT OF INTEREST YOU EARNED ON OVERPAYMENT..... | $.00 |
| TOTAL AMOUNT DUE YOU............................ | $3,342.00 |
| TOTAL AMOUNT APPLIED............................ | $3,342.00 |
| AMOUNT YOU WILL RECEIVE AS A REFUND............. | $.00 |
| (ANY INTEREST DUE YOU WILL BE ADDED) | |

WHERE WE APPLIED YOUR OVERPAYMENT

| FORM(S) | TAX PERIOD(S) | AMOUNT(S) APPLIED |
|---|---|---|
| 1040 | DEC. 31, 1998 | $2,024.33 |
| CVL PEN | DEC. 31, 1994 | $140.10 |
| CVL PEN | DEC. 31, 1995 | $560.40 |
| CVL PEN | DEC. 31, 1996 | $560.40 |
| CVL PEN | DEC. 31, 1997 | $56.77 |

HELPFUL HINT: FOR FASTER SERVICE, TRY CALLING US ANY DAY EXCEPT MONDAY WHEN OUR CALL VOLUMES ARE HIGHEST.

**UNITED STATES COURT OF FEDERAL CLAIMS**

DOCKET #:________________________________

JUDGE ____________________________

**JOSEPH O. SALADINO, Petitioner**

vs

**UNITED STATES, Respondent**

---

**PLEADING SPECIAL MATTERS & EXHIBIT #8.**

The authority for this pleading is RCFC 9. (c), (h)(1),(2),(5) and (6). In support the Court is shown that the following conditions precedent exist in this proceeding:

I.

**TAX CREDIT SUIT**

An administrative proceeding exists within the IRS. This is an administrative action for a refund (or credit) The cause and effect are these:

a. The action is for the tax year 2000.

b. The amount to be refunded is $3,760.00

c. The place to be refunded is:

Nancy Ellen Lloyd
3204 High View Circle
Greensboro, NC 27410

d. The tax identification number is 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.

e. The original claim for the refund was filed on September 1, 2002 at Atlanta, Georgia.

f. No determination has issued.

g. The Petitioner/plaintiff is a third party filer who is contracted to make this claim on behalf of the individual above.

II.

**CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED**

The Pleadings in special matters #1 is hereby adopted by reference.

The Pleadings in special matters #2 is hereby adopted by reference.

III.

**OWNERSHIP OF CLAIM**

The Pleadings in special matters #2 is hereby adopted by reference.

I hereby verify under penalties of perjury that the foregoing is true and correct. I further verify under penalty of perjury that the attached copy of the tax return is a correct copy of the original filed.

Joseph O. Saladino
416 Alamosa Ave
Palmdale, California 93551

Cert. # 7002 0510 0000 1157 2717

Form **1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2000** (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2000, or other tax year beginning , 2000, ending , 20 OMB No. 1545-0074

**Label** (See instructions on page 19.) Use the IRS label. Otherwise, please print or type. LABEL HERE

| | | |
|---|---|---|
| Your first name and initial: NANCY E. | Last name: LLOYD | Your social security number: 079 38 6148 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (number and street). If you have a P.O. box, see page 19. 3204 HIGH VIEW CIRCLE | Apt. no. | ▲ Important! ▲ You must enter your SSN(s) above. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 19. GREENSBORO, NORTH CAROLINA (27410) | | |

**Presidential Election Campaign** (See page 19.)
**Note.** Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶ You ☐ Yes ☒ No Spouse ☐ Yes ☐ No

**Filing Status**

Check only one box.

1 ☒ Single
2 ☐ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ ). (See page 19.)

**Exemptions**

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a
b ☐ Spouse
c Dependents:

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 20) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than six dependents, see page 20.

d Total number of exemptions claimed

No. of boxes checked on 6a and 6b: 1
No. of your children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 20)
Dependents on 6c not entered above
Add numbers entered on lines above ▶ 1

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 49,153 |
| 8a | **Taxable** interest. Attach Schedule B if required | 8a | |
| b | **Tax-exempt** interest. **Do not** include on line 8a | 8b | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 22) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions 15a / b Taxable amount (see page 23) | 15b | |
| 16a | Total pensions and annuities 16a / b Taxable amount (see page 23) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a / b Taxable amount (see page 25) | 20b | |
| 21 | Other income. List type and amount (see page 25) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 49153 |

**Adjusted Gross Income**

| Line | Description | | Amount |
|---|---|---|---|
| 23 | IRA deduction (see page 27) | 23 | |
| 24 | Student loan interest deduction (see page 27) | 24 | |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed health insurance deduction (see page 29) | 28 | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | Add lines 23 through 31a | 32 | |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | 33 | 49,153 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 56.** Cat. No. 11320B Form **1040** (2000)

Form 1040 (2000) Page 2

## Tax and Credits

| | | | |
|---|---|---|---|
| 34 | Amount from line 33 (adjusted gross income) | 34 | 49,153 |
| 35a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | | |
| b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 31 and check here ▶ 35b ☐ | | |
| 36 | Enter your **itemized deductions** from Schedule A, line 28, **or standard deduction** shown on the left. **But** see page 31 to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | 36 | 49,153 |
| 37 | Subtract line 36 from line 34 | 37 | 0 |
| 38 | If line 34 is $96,700 or less, multiply $2,800 by the total number of exemptions claimed on line 6d. If line 34 is over $96,700, see the worksheet on page 32 for the amount to enter | 38 | 2800 |
| 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | -2800 |
| 40 | Tax (see page 32). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 | 40 | |
| 41 | Alternative minimum tax. Attach Form 6251 | 41 | |
| 42 | Add lines 40 and 41 ▶ | 42 | |
| 43 | Foreign tax credit. Attach Form 1116 if required — 43 | | |
| 44 | Credit for child and dependent care expenses. Attach Form 2441 — 44 | | |
| 45 | Credit for the elderly or the disabled. Attach Schedule R — 45 | | |
| 46 | Education credits. Attach Form 8863 — 46 | | |
| 47 | Child tax credit (see page 36) — 47 | | |
| 48 | Adoption credit. Attach Form 8839 — 48 | | |
| 49 | Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) ______ — 49 | | |
| 50 | Add lines 43 through 49. These are your **total credits** | 50 | |
| 51 | Subtract line 50 from line 42. If line 50 is more than line 42, enter -0- ▶ | 51 | |

**Standard Deduction for Most People**
Single: $4,400
Head of household: $6,450
Married filing jointly or Qualifying widow(er): $7,350
Married filing separately: $3,675

## Other Taxes

| | | | |
|---|---|---|---|
| 52 | Self-employment tax. Attach Schedule SE | 52 | |
| 53 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 53 | |
| 54 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 54 | |
| 55 | Advance earned income credit payments from Form(s) W-2 | 55 | |
| 56 | Household employment taxes. Attach Schedule H | 56 | |
| 57 | Add lines 51 through 56. This is your **total tax** ▶ | 57 | |

## Payments

| | | | |
|---|---|---|---|
| 58 | Federal income tax withheld from Forms W-2 and 1099 — 58: * 3760 | | *SOCIAL SECURITY & MEDICARE WITHHELD BASED ON "WAGES". |
| 59 | 2000 estimated tax payments and amount applied from 1999 return — 59 | | |
| 60a | **Earned income credit (EIC)** — 60a | | |
| b | Nontaxable earned income: amount ▶ ______ and type ▶ ______ | | |
| 61 | Excess social security and RRTA tax withheld (see page 50) — 61 | | |
| 62 | Additional child tax credit. Attach Form 8812 — 62 | | |
| 63 | Amount paid with request for extension to file (see page 50) — 63 | | |
| 64 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 — 64 | | |
| 65 | Add lines 58, 59, 60a, and 61 through 64. These are your **total payments** ▶ | 65 | 3760 |

If you have a qualifying child, attach Schedule EIC.

## Refund

| | | | |
|---|---|---|---|
| 66 | If line 65 is more than line 57, subtract line 57 from line 65. This is the amount you **overpaid** | 66 | 3760 |
| 67a | Amount of line 66 you want **refunded to you** ▶ | 67a | 3760 |
| ▶ b | Routing number ______ ▶ c Type: ☐ Checking ☐ Savings | | |
| ▶ d | Account number ______ | | |
| 68 | Amount of line 66 you want **applied to your 2001 estimated tax** ▶ 68 | | |

Have it directly deposited! See page 50 and fill in 67b, 67c, and 67d.

## Amount You Owe

| | | | |
|---|---|---|---|
| 69 | If line 57 is more than line 65, subtract line 65 from line 57. This is the **amount you owe.** For details on how to pay, see page 51 ▶ | 69 | |
| 70 | Estimated tax penalty. Also include on line 69 — 70 | | |

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 19. Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| Nancy E. Floyd | 08-22-02 | RN | ( ) |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | May the IRS discuss this return with the preparer shown below (see page 52)? ☐ Yes ☐ No |

## Paid Preparer's Use Only

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN | |
| | | Phone no. ( ) | |

Form **1040** (2000)

**SCHEDULES A&B (Form 1040)**
Department of the Treasury Internal Revenue Service (99)

# Schedule A—Itemized Deductions

**(Schedule B is on back)**

▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074
**2000**
Attachment Sequence No. 07

Name(s) shown on Form 1040: NANCY E. LLOYD
Your social security number: 079 : 38 : 6148

| Section | Line | Description | | Amount |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution.** Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see page A-2) | 1 | |
| | 2 | Enter amount from Form 1040, line 34 . 2 | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | 4 | |
| **Taxes You Paid** (See page A-2.) | 5 | State and local income taxes | 5 | |
| | 6 | Real estate taxes (see page A-2) | 6 | |
| | 7 | Personal property taxes | 7 | |
| | 8 | Other taxes. List type and amount ▶ | 8 | |
| | 9 | Add lines 5 through 8 | 9 | |
| **Interest You Paid** (See page A-3.) | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | |
| **Note.** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | |
| | 14 | Add lines 10 through 13 | 14 | |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-4. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 15 | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You **must** attach Form 8283 if over $500 | 16 | |
| | 17 | Carryover from prior year | 17 | |
| | 18 | Add lines 15 through 17 | 18 | |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses—job travel, union dues, job education, etc. You **must** attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ | 20 | |
| | 21 | Tax preparation fees | 21 | |
| (See page A-5 for expenses to deduct here.) | 22 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ | 22 | |
| | 23 | Add lines 20 through 22 | 23 | |
| | 24 | Enter amount from Form 1040, line 34 . 24 | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | 26 | |
| **Other Miscellaneous Deductions** | 27 | Other—from list on page A-6. List type and amount ▶ "CLAIM OF RIGHT" FOR COMPENSATION FOR PERSONAL LABOR MADE UNDER USC TITLE 26 SECTION 1341 | 27 | 49,153 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $128,950 (over $64,475 if married filing separately)? ☐ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. ☐ **Yes.** Your deduction may be limited. See page A-6 for the amount to enter. ▶ | 28 | 49,153 |

80D CD-WI

Department of the Treasury
Internal Revenue Service

NUMBER OF THIS NOTICE: CP-515
DATE OF THIS NOTICE: 08-05-2002
TAXPAYER IDENT. NUM: 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
TAX FORM: 1040 200235
TAX PERIOD: 12-31-2000

NANCY E LLOYD
3204 HIGH VIEW CIR
GREENSBORO NC 27410-8308043

"Information About Your Return"
PLEASE COMPLETE AS NECESSARY AND RETURN THIS ENTIRE PAGE

A. If you are not required to file, please complete this section:
My filing status was:
[ ] Single [ ] Head of Household
[ ] Married Filing Jointly [ ] Married Filing Separately
[ ] Qualified Widow(er) With Dependent Child
Check the item(s) that apply to your situation:
[ ] I was 65 or older [ ] Blind
[ ] My spouse was 65 or older [ ] Blind
[ ] I could be claimed as a dependent on another's return

My total income for the tax period shown above was $__________
Tell us why you are not required to file the tax return listed above:

______________________________________________

______________________________________________

B. If you have already filed a return, please fill out this section:
Names shown on my tax return (if different than above) are:

______________________________________________

My Social Security Number(SSN) shown on the return ____________
My spouse's SSN (if you filed a joint return ____________
Form __________ Tax Years ______________ Date filed ____________

C. If your spouse is deceased, complete this section:
Name of deceased spouse ______________________________
SSN of this spouse ________________ Date of death ____________

D. If you have a credit on this letter, complete this section:
[X] Refund the credit balance. You must file a return to get a refund of your credit.
[ ] Apply the credit to the tax return, tax year and SSN on this letter. My return is enclosed.
[ ] Apply the credit to another tax return, tax year, and SSN below:
Tax Form:__________ Tax Period:_________ SSN:______________

Please include your telephone number(s), with your area code and the best time to call you.
TELEPHONE NUMBER (____)____________________ HOURS ____________
TELEPHONE NUMBER (____)____________________ HOURS ____________

Under penalties of perjury, I declare that, to the best of my knowledge and belief, the information provided on this form is true, correct, and complete.

Nancy E Lloyd
Signature

08-22-02
Date

| | |
|---|---|
| Wages, tips, other comp. 49152.57 | 2 Federal income tax withheld |
| Social security wages 49152.57 | 4 Social security tax withheld 3047.46 |
| Medicare wages and tips 49152.57 | 6 Medicare tax withheld 712.71 |
| Control Number )2042 MJM / Dept. 543150 | Corp. / Employer use only A 627 |

Employer's name, address, and ZIP code 002388

ROLINA BLOOD SERVICES
GION OF THE AMERICAN
25 PARK ROAD
IARLOTTE NC 28203

Batch #00729

| | |
|---|---|
| Employer's FED ID number 56-1814954 | d Employee's SSA number 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 |
| Social security tips | 8 Allocated tips |
| Advance EIC payment | 10 Dependent care benefits |
| Nonqualified plans | 12 Benefits included in box 1 |
| See instrs. for box 13 C 27.62 | 14 Other |

| Stat emp. | Deceased | Pension plan | Legal rep. | Deferred comp. |
|---|---|---|---|---|
| | | X | | |

Employee's name, address and ZIP code

.NCY E LLOYD
04 HIGH VIEW CIRCL
IEENSBORO NC 27410

| | |
|---|---|
| State C / Employer's state ID no. 060063214 | 17 State wages, tips, etc. 49152.57 |
| State income tax | 19 Locality name |
| Local wages, tips, etc. | 21 Local income tax |

Employee Reference Copy
**W-2** Wage and Tax Statement **2000**
OMB No. 1545-0008
for employee's records

# 2000 W-2 and EARNINGS SUMMARY

**This blue Earnings Summary section is included with your W-2 to help describe portions in more deta**
**The reverse side includes general information that you may also find helpful.**

1. The following information reflects your final 2000 pay stub plus any adjustments submitted by your employe

| | | | | |
|---|---|---|---|---|
| Gross Pay | 50107.27 | Social Security Tax Withheld Box 4 of W-2 | 3047.46 | NC. State Income Tax Box 18 of W-2 |
| | | | | SUI/SDI Box 14 of W-2 |
| Fed. Income Tax Withheld Box 2 of W-2 | | Medicare Tax Withheld Box 6 of W-2 | 712.71 | |

2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NC. State Wages, Tips, Etc. Box 17 of W-2 |
|---|---|---|---|---|
| Gross Pay | 50,107.27 | 50,107.27 | 50,107.27 | 50,107.27 |
| **Plus** GTL (C-Box 13) | 27.62 | 27.62 | 27.62 | 27.62 |
| **Less** Other Cafe 125 | 982.32 | 982.32 | 982.32 | 982.32 |
| **Reported W-2 Wages** | **49,152.57** | **49,152.57** | **49,152.57** | **49,152.57** |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll d

NANCY E LLOYD
3204 HIGH VIEW CIRCL
GREENSBORO NC 27410

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 4 Tax Blocked
STATE: 4 Tax Blocked

© 2000 AUTOMATIC DATA PROCESSING, INC.

Join the 40 million Americans who will *e-file* their income tax returns this year! Visit www.irs.gov for detail

Fold and Detach Here

**UNITED STATES COURT OF FEDERAL CLAIMS**

DOCKET #: ______________________

JUDGE ______________________

**JOSEPH O. SALADINO, Petitioner**

vs

**UNITED STATES, Respondent**

---

**PLEADING SPECIAL MATTERS & EXHIBIT #9.**

The authority for this pleading is RCFC 9. (c), (h)(1),(2),(5) and (6). In support the Court is shown that the following conditions precedent exist in this proceeding:

I.

**TAX CREDIT SUIT**

An administrative proceeding exists within the IRS. This is an administrative action for a refund (or credit) The cause and effect are these:

a. The action is for the tax year 2001.

b. The amount to be refunded is $2,676.00

c. The place to be refunded is:

Nancy Ellen Lloyd
3204 High View Circle
Greensboro, NC 27410

d. The tax identification number is 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.

e. The original claim for the refund was filed on September 1, 2002 at Atlanta, Georgia.

f. No determination has issued.

g. The Petitioner/plaintiff is a third party filer who is contracted to make this claim on behalf of the individual above.

II.

**CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED**

The Pleadings in special matters #1 is hereby adopted by reference.

The Pleadings in special matters #2 is hereby adopted by reference.

III.

**OWNERSHIP OF CLAIM**

The Pleadings in special matters #2 is hereby adopted by reference.

I hereby verify under penalties of perjury that the foregoing is true and correct. I further verify under penalty of perjury that the attached copy of the tax return is a correct copy of the original filed.

Joseph O. Saladino
416 Alamosa Ave
Palmdale, California 93551

Cert. # 7002 0510 0000 1157 2724

Form **1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2001** (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2001, or other tax year beginning , 2001, ending , 20 OMB No. 1545-0074

## Label

(See instructions on page 19.)
Use the IRS label. Otherwise, please print or type.

LABEL HERE

| | | |
|---|---|---|
| Your first name and initial: NANCY E. | Last name: LLOYD | Your social security number: 079 38 6148 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (number and street). If you have a P.O. box, see page 19. 3204 HIGH VIEW CIRCLE | Apt. no. | **▲ Important! ▲** You must enter your SSN(s) above. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 19. GREENSBORO, NORTH CAROLINA (27410) | | |

**Presidential Election Campaign** (See page 19.)
**Note.** Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶ You ☐ Yes ☒ No Spouse ☐ Yes ☐ No

## Filing Status

Check only one box.

1 ☒ Single
2 ☐ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ ). (See page 19.)

## Exemptions

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a
b ☐ **Spouse**

No. of boxes checked on 6a and 6b: 1

c **Dependents:**

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 20) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than six dependents, see page 20.

No. of your children on 6c who:
- lived with you
- did not live with you due to divorce or separation (see page 20)

Dependents on 6c not entered above

d Total number of exemptions claimed — Add numbers entered on lines above ▶ 1

## Income

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment. Also, please use **Form 1040-V.**

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 7 | 34,980 |
| 8a | **Taxable** interest. Attach Schedule B if required | | 8a | |
| b | **Tax-exempt** interest. **Do not** include on line 8a | 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required | | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 22) | | 10 | |
| 11 | Alimony received | | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | | 14 | |
| 15a | Total IRA distributions 15a | b Taxable amount (see page 23) | 15b | |
| 16a | Total pensions and annuities 16a | b Taxable amount (see page 23) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | | 18 | |
| 19 | Unemployment compensation | | 19 | |
| 20a | Social security benefits 20a | b Taxable amount (see page 25) | 20b | |
| 21 | Other income. List type and amount (see page 27) | | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | | 22 | 34,980 |

## Adjusted Gross Income

| Line | Description | Line | Amount | Line | Amount |
|---|---|---|---|---|---|
| 23 | IRA deduction (see page 27) | 23 | | | |
| 24 | Student loan interest deduction (see page 28) | 24 | | | |
| 25 | Archer MSA deduction. Attach Form 8853 | 25 | | | |
| 26 | Moving expenses. Attach Form 3903 | 26 | | | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | | | |
| 28 | Self-employed health insurance deduction (see page 30) | 28 | | | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans | 29 | | | |
| 30 | Penalty on early withdrawal of savings | 30 | | | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | | | |
| 32 | Add lines 23 through 31a | | | 32 | |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | | | 33 | 34,980 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 72.** Cat. No. 11320B Form **1040** (2001)

Form 1040 (2001) Page 2

## Tax and Credits

**Standard Deduction for—**
- People who checked any box on line 35a or 35b or who can be claimed as a dependent, see page 31.
- All others: Single, $4,550; Head of household, $6,650; Married filing jointly or Qualifying widow(er), $7,600; Married filing separately, $3,800

| Line | Description | | Amount |
|---|---|---|---|
| 34 | Amount from line 33 (adjusted gross income) | 34 | 34,980 |
| 35a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | | |
| b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 31 and check here ▶ 35b ☐ | | |
| 36 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) | 36 | 34,980 |
| 37 | Subtract line 36 from line 34 | 37 | 0 |
| 38 | If line 34 is $99,725 or less, multiply $2,900 by the total number of exemptions claimed on line 6d. If line 34 is over $99,725, see the worksheet on page 32 | 38 | 2900 |
| 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | -2900 |
| 40 | Tax (see page 33). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 | 40 | |
| 41 | **Alternative minimum tax** (see page 34). Attach Form 6251 | 41 | |
| 42 | Add lines 40 and 41 ▶ | 42 | |
| 43 | Foreign tax credit. Attach Form 1116 if required | 43 | |
| 44 | Credit for child and dependent care expenses. Attach Form 2441 | 44 | |
| 45 | Credit for the elderly or the disabled. Attach Schedule R | 45 | |
| 46 | Education credits. Attach Form 8863 | 46 | |
| 47 | Rate reduction credit. See the worksheet on page 36 | 47 | |
| 48 | Child tax credit (see page 37) | 48 | |
| 49 | Adoption credit. Attach Form 8839 | 49 | |
| 50 | Other credits from: a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) ____ | 50 | |
| 51 | Add lines 43 through 50. These are your **total credits** | 51 | |
| 52 | Subtract line 51 from line 42. If line 51 is more than line 42, enter -0- ▶ | 52 | |

## Other Taxes

| Line | Description | | Amount |
|---|---|---|---|
| 53 | Self-employment tax. Attach Schedule SE | 53 | |
| 54 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 54 | |
| 55 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 55 | |
| 56 | Advance earned income credit payments from Form(s) W-2 | 56 | |
| 57 | Household employment taxes. Attach Schedule H | 57 | |
| 58 | Add lines 52 through 57. This is your **total tax** ▶ | 58 | |

## Payments

If you have a qualifying child, attach Schedule EIC.

| Line | Description | | Amount |
|---|---|---|---|
| 59 | Federal income tax withheld from Forms W-2 and 1099 | 59 | * 2676 |
| 60 | 2001 estimated tax payments and amount applied from 2000 return | 60 | |
| 61a | **Earned income credit (EIC)** | 61a | |
| b | Nontaxable earned income 61b | | |
| 62 | Excess social security and RRTA tax withheld (see page 51) | 62 | |
| 63 | Additional child tax credit. Attach Form 8812 | 63 | |
| 64 | Amount paid with request for extension to file (see page 51) | 64 | |
| 65 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 65 | |
| 66 | Add lines 59, 60, 61a, and 62 through 65. These are your **total payments** ▶ | 66 | 2676 |

* SOCIAL SECURITY & MEDICARE WITHHELD BASED ON "WAGES".

## Refund

Direct deposit? See page 51 and fill in 68b, 68c, and 68d.

| Line | Description | | Amount |
|---|---|---|---|
| 67 | If line 66 is more than line 58, subtract line 58 from line 66. This is the amount you **overpaid** | 67 | 2676 |
| 68a | Amount of line 67 you want **refunded to you** ▶ | 68a | 2676 |
| ▶ b | Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| ▶ d | Account number | | |
| 69 | Amount of line 67 you want **applied to your 2002 estimated tax** ▶ 69 | | |

## Amount You Owe

| Line | Description | | Amount |
|---|---|---|---|
| 70 | **Amount you owe.** Subtract line 66 from line 58. For details on how to pay, see page 52 ▶ | 70 | |
| 71 | Estimated tax penalty. Also include on line 70 — 71 | | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see page 53)? ☐ **Yes.** Complete the following. ☐ **No**

Designee's name ▶ Phone no. ▶ ( ) Personal identification number (PIN) ▶

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 19. Keep a copy for your records.

Your signature: Nancy E. Floyd | Date: 08-22-02 | Your occupation: RN | Daytime phone number ( )

Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation

## Paid Preparer's Use Only

Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ▶ | EIN | Phone no. ( )

**SCHEDULES A&B (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Schedule A—Itemized Deductions

**(Schedule B is on back)**

► Attach to Form 1040. ► See instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074

**2001**

Attachment Sequence No. **07**

Name(s) shown on Form 1040: NANCY E. LLOYD

Your social security number: 079 38 6148

| Section | Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution.** Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-2) | 1 | | | |
| | 2 | Enter amount from Form 1040, line 34 . [2] | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | |
| **Taxes You Paid** (See page A-2.) | 5 | State and local income taxes | 5 | | | |
| | 6 | Real estate taxes (see page A-2) | 6 | | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ► | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | |
| **Interest You Paid** (See page A-3.) | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ► | 11 | | | |
| **Note.** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | | | |
| | 14 | Add lines 10 through 13 | | | 14 | |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-4. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 15 | | | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You **must** attach Form 8283 if over $500 | 16 | | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses—job travel, union dues, job education, etc. You **must** attach Form 2106 or 2106-EZ if required. (See page A-5.) ► | 20 | | | |
| | 21 | Tax preparation fees | 21 | | | |
| (See page A-5 for expenses to deduct here.) | 22 | Other expenses—investment, safe deposit box, etc. List type and amount ► | 22 | | | |
| | 23 | Add lines 20 through 22 | 23 | | | |
| | 24 | Enter amount from Form 1040, line 34 . [24] | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | |
| **Other Miscellaneous Deductions** | 27 | Other—from list on page A-6. List type and amount ► "CLAIM OF RIGHT" FOR COMPENSATION FOR PERSONAL LABOR MADE UNDER USC TITLE 26 SECTION 1341 | | | 27 | 34,980 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $132,950 (over $66,475 if married filing separately)? ☐ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. ☐ **Yes.** Your deduction may be limited. See page A-6 for the amount to enter. ► | | | 28 | 34,980 |

For Paperwork Reduction Act Notice, see Form 1040 instructions. Cat. No. 11330X **Schedule A (Form 1040) 2001**

| | |
|---|---|
| Wages, tips, other comp. 34979.87 | 2 Federal income tax withheld |
| Social security wages 34979.87 | 4 Social security tax withheld 2168.75 |
| Medicare wages and tips 34979.87 | 5 Medicare tax withheld 507.21 |
| Control Number 02042 MJM / Dept. 543150 | Corp. / Employer use only A 645 |

Employer's name, address, and ZIP code 002388

ROLINA BLOOD SERVICES
GION OF THE AMERICAN
25 PARK ROAD
IARLOTTE NC 28203

Batch #01190

| | |
|---|---|
| Employer's FED ID number 56-1814954 | d Employee's SSA number 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 |
| Social security tips | 8 Allocated tips |
| Advance EIC payment | 10 Dependent care benefits |
| Nonqualified plans | 12a See instructions for box 12 C 41.22 |
| Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |

Employee's name, address and ZIP code

NCY E LLOYD
04 HIGH VIEW CIRCL
EENSBORO NC 27410

| | |
|---|---|
| State C / Employer's state ID no. 060063214 | 16 State wages, tips, etc. 34979.87 |
| State income tax | 18 Local wages, tips, etc. |
| Local income tax | 20 Locality name |

, accurate, ... Use e-file Visit the IRS Web Site at www.irs.gov.

Employee Reference Copy

W-2 Wage and Tax Statement 2001 OMB No. 1545-0008

C for employee's records.

# 2001 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more deta
The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2001 pay stub plus any adjustments submitted by your employe

| | | | | |
|---|---|---|---|---|
| Gross Pay | 35792.25 | Social Security Tax Withheld Box 4 of W-2 | 2168.75 | NC. State Income Tax Box 17 of W-2 |
| | | | | SUI/SDI Box 14 of W-2 |
| Fed. Income Tax Withheld Box 2 of W-2 | | Medicare Tax Withheld Box 6 of W-2 | 507.21 | |

2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NC. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 35,792.25 | 35,792.25 | 35,792.25 | 35,792.25 |
| Plus GTL (C-Box 12) | 41.22 | 41.22 | 41.22 | 41.22 |
| Less Other Cafe 125 | 853.60 | 853.60 | 853.60 | 853.60 |
| **Reported W-2 Wages** | **34,979.87** | **34,979.87** | **34,979.87** | **34,979.87** |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll de

NANCY E LLOYD
3204 HIGH VIEW CIRCL
GREENSBORO NC 27410

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 4 Tax Blocked
STATE: 4 Tax Blocked

*If you are claiming exempt from Federal Withholding, you are required to file a new W-4 form by February 15, 2002.

© 2001 AUTOMATIC DATA PROCESSING, INC.

Guilford County )
)
North Carolina state )
)
The united States of America )

**AFFIDAVIT & STATEMENT IN SUPPORT OF TAX YEAR 2001 FORM 1040 FILING**

I, the undersigned Affiant, do hereby affirm and attest the following facts are true and correct:

1) Affiant's name is Nancy Ellen Lloyd; Affiant is over 18 years of age, of sound mind, have not been convicted of any crime or offense which would render me incompetent to testify.

2) Affiant has personal knowledge that the following facts are true, correct, complete, certain and not misleading:

3) Affiant makes this Affidavit and Statement in Support for:
Nancy Ellen Lloyd
3204 High View Circle
Greensboro, North Carolina 27410
Social Security No: 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

4) Affiant affirms this Affidavit and Statement in Support for Tax Year 2001

5) Affiant is filing this Affidavit and Statement in Support to a U.S. Individual Income Tax Return Form 1040 and Form Schedule A.

6) Affiant is affirming that the $34,980 deduction claimed on line 27 of the attached U.S. Individual Income Tax Return - Schedule A - Itemized Deductions is a claim of right adjustment founded on USC Title 26 Section 1341.

7) Affiant makes "the claim of right" is as follows:
   (a) The Affiant is claiming a natural right.
   (b) The natural right is a right to make a living.
   (c) The amount being claimed is compensation for personal labor that was received as repayment of a debt that was owed to Affiant.
   (d) The debt owed was for my personal labor furnished.
   (e) No profit was made.

8) The law for this claim is founded in CFR 26 Section 1.861-8(a)(5)(i) and USC Title 26 Section 1341.
   (a) The intent of the Code is:

   *"The rules contained in this section apply to determining taxable income of the taxpayer from specific sources and activities under other sections of the Code..."*

   (b) The Code shows the list of sources within the United States and other sources and activities which are taxed by law.
   (c) The items of gross income are found in CFR 26 Section 1.861-8 (a)(3).
   (d) The item called "a repayment" or an "even exchange" or "compensation for personal labor" is not listed as a taxable item in this section.
   (e) The item taxed by the Code is the profit and not a repayment or an even exchange.
   (f) Affiant is making a "Claim of Right" as defined in USC Title 26 Section 1341.
   (g) The claim of right is a common law immunity that makes an even exchange a simple repayment of a debt and such repayment is immune from taxation.

9) U.S. Individual Income Tax Return Form 1040 Page 2, under the Payments section, includes Federal Withholding, Social Security and Medicare overpayments not owed.

10) Under the penalties of perjury, Affiant declares that the truths and facts herein stated are of first-hand personal knowledge, true, correct, complete, certain and not misleading.

Executed on the 8th day of November 2002.

Nancy Ellen Lloyd

Nancy Ellen Lloyd

105511 07221-243-60603-2 200237 CP: 49
WI 1

Department of the Treasury
Internal Revenue Service
ATLANTA, GA 39901-0025

Date of this notice: SEP. 23, 2002
Taxpayer Identifying Number 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
Form: 1040 Tax Period: DEC. 31, 2001

For assistance you may call us at:
1-800-829-8815

CALLER ID: 552703

NANCY E LLOYD
3204 HIGH VIEW CIR
GREENSBORO NC 27410-8308043

## OVERPAID TAX APPLIED TO OTHER TAXES YOU OWE

WE APPLIED $2,676.00 OF THE OVERPAID TAX ON YOUR 2001 TAX RETURN TO THE UNPAID BALANCE OF OTHER FEDERAL TAXES WHICH OUR RECORDS SHOW YOU OWE.

YOU MAY STILL BE DUE A REFUND IF WE APPLIED ONLY PART OF YOUR OVERPAYMENT TO OTHER TAXES. YOU ALSO MAY BE DUE A REFUND IF YOU RECENTLY MADE A PAYMENT AGAINST THE OTHER TAXES THAT WE HAD NOT CREDITED WHEN WE APPLIED YOUR OVERPAYMENT. IN EITHER CASE, YOU WILL RECEIVE A CHECK FOR ANY REFUND DUE YOU AS LONG AS THE AMOUNT IS GREATER THAN ONE DOLLAR. YOU MUST REQUEST A REFUND OF LESS THAN ONE DOLLAR. IF YOU HAVE ANY QUESTIONS, PLEASE CALL US AT THE NUMBER LISTED ABOVE.

THE FIGURES BELOW SHOW OUR CALCULATION:

### HOW WE APPLIED YOUR OVERPAYMENT

| | |
|---|---|
| AMOUNT OF OVERPAID TAX ON YOUR RETURN............ | $2,676.00 |
| AMOUNT OF INTEREST YOU EARNED ON OVERPAYMENT..... | $.00 |
| TOTAL AMOUNT DUE YOU............................ | $2,676.00 |
| TOTAL AMOUNT APPLIED............................ | $2,676.00 |
| AMOUNT YOU WILL RECEIVE AS A REFUND............. | $.00 |
| (ANY INTEREST DUE YOU WILL BE ADDED) | |

### WHERE WE APPLIED YOUR OVERPAYMENT

| FORM(S) | TAX PERIOD(S) | AMOUNT(S) APPLIED | BALANCE REMAINING |
|---|---|---|---|
| 1040 | DEC. 31, 1998 | $2,676.00 | $2,521.21 |

HELPFUL HINT: FOR FASTER SERVICE, TRY CALLING US ANY DAY EXCEPT MONDAY WHEN OUR CALL VOLUMES ARE HIGHEST.

ETURN THIS PART TO US WITH YOUR CHECK OR INQUIRY
OUR TELEPHONE NUMBER BEST TIME TO CALL
) -

200237 07221-243-60603-2

INTERNAL REVENUE SERVICE
ATLANTA, GA 39901-0025

NANCY E LLOYD
3204 HIGH VIEW CIR
GREENSBORO NC 27410-8308043

EXHIBIT 22

079381148 EO LLOY 30 0 199812

**UNITED STATES COURT OF FEDERAL CLAIMS**

DOCKET #: ______________________

JUDGE ______________________

**JOSEPH O. SALADINO, Petitioner**

vs

**UNITED STATES, Respondent**

---

**PLEADING SPECIAL MATTERS #10**

The authority for this pleading is RCFC 9(c),(h)(1),(2), and (5). In support the Court is shown that the following conditions precedent exist in this proceeding:

I.

**ACTION BY OTHER BODY**

A collateral proceeding exists within a State of the United States. The following conditions precedent exist:

a. The petitioner has filed a tax refund claim with the State of North Carolina as a third party.

b. The State of North Carolina is a State of the United States.

c. The State of North Carolina is taxing under the authority of the Internal Revenue laws.

d. The refund proceeding is for the tax year 1994.

e. The amount to be refunded is $2,595.00

f. The place the refund is to be paid is:

Nancy Ellen Lloyd
3204 High View Circle
Greensboro, NC 27410

g. The tax identification number of the individual is 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.

h. The original claim was filed at North Carolina Department of Revenue.

i. The determination issued on January 15, 2003.

j. The effect of the administrative review is the state had denied the petitioner sufficiency of process mandated by Title 26.

II.

**CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED**

a. The federal deduction is founded on Pleading Special Matters #2 hereby adopted herein by reference.

b. The authority in State law for full faith and credit of United States law on any internal revenue tax is founded on Pleading special matters #2 hereby adopted herein by reference.

c. The authority for the suit against the agency called the State of North Carolina is Title 5, U.S.C., §702:

> "A person suffering a legal wrong because of agency action within the meaning of a relevant statute is entitled to judicial review thereof"

d. The relevant statue, is a claim of insufficiency of process founded upon Title 25 CFR §1.211 which mandates the State of North Carolina to follow this procedure;

> *In computing taxable income under section 63(a), the deduction provided by section 212…shall be allowed…*

III.

## OWNERSHIP OF CLAIM

The Pleadings in special matters #2 is hereby adopted by reference.

I hereby verify under penalties of perjury that the foregoing is true and correct. I further verify under penalty of perjury that the attached copy of the tax return is a correct copy of the original filed.

Joseph O. Saladino
416 Alamosa Ave
Palmdale, California 93551

Cert. Mail # 7002 2410 0003 0270 0855

D-400X
12-99

# Amended North Carolina Individual Income Tax Return

(For Tax Years Beginning Before January 1, 1999)

This return is for taxable year 1994

Please Print or Type

Your first name and middle initial: NANCY E.
Your last name: LLOYD
Your Social Security No.: 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
If a joint return, spouse's first name and middle initial:
Spouse's last name:
Spouse's Social Security No.:
Address: 3204 HIGH VIEW CIRCLE
Daytime Telephone Number: ( )
City, town or post office, state and zip code: GREENSBORO, NORTH CAROLINA 27410
County: GUILFORD
Office Use Only

Enter below name and address shown on original return if different from name and address shown above

Has your original return for this taxable year been changed or audited? ☐ Yes ☑ No

If "No," have you been notified that it will be? ☐ Yes ☑ No

Filing status claimed. **Note:** *You cannot change from joint to separate returns after the due date of the original return has passed.*

On original return ▶ ☑ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☑ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

## Correction of Taxable Income and Tax Payments

| (See instructions on page 2) | | A. As originally reported or as previously adjusted (see instructions) | B. Net change - Increase or (Decrease) - explain on page 2 | C. Correct Amount |
|---|---|---|---|---|
| 1. Taxable income from your federal income tax return | 1. | 39,874 | <39,874> | 0 |
| 2. Additions to federal taxable income | 2. | 0 | 0 | 0 |
| 3. Add lines 1 and 2 | 3. | 39,874 | <39,874> | 0 |
| 4. Deductions from federal taxable income | 4. | 472 | 0 | 472 |
| 5. Line 3 minus line 4 | 5. | 39,402 | <38,930> | <472> |
| 6. North Carolina taxable income 6a. | 6. | 42,946 | <42,496> | 450 |
| 7. North Carolina income tax | 7. | 2835 | <2808> | 27 |
| 8. North Carolina income tax withheld — a. Your tax withheld | 8a. | 3094 | 0 | 3094 |
| b. Spouse's tax withheld | 8b. | 0 | 0 | 0 |
| 9. Other tax payments | 9. | 0 | 0 | 0 |
| 10. Tax Credits | 10. | 0 | 0 | 0 |
| 11. Amount paid with original return plus additional tax paid after it was filed | 11. | | | |
| 12. Total payments. Add lines 8a through 11 in column C | 12. | | | 3094 |
| 13. Total of all previous refunds received for this taxable year | 13. | | | 472 |
| 14. Line 12 minus line 13 | 14. | | | 2622 |
| 15. If line 7, column C is more than line 14, enter the difference here | 15. | | | |
| 16. Interest due (See instructions) | 16. | | | |
| 17. Add lines 15 and 16 and enter the total - **Pay This Amount** | 17. | | | |
| 18. If line 7, column C is less than line 14, enter the difference as **Amount To Be Refunded** | 18. | | | 2595 |

I certify that, to the best of my knowledge, this return is accurate and complete.

If prepared by a person other than taxpayer, this certification is based on all information of which the preparer has any knowledge.

Sign Here

Your Signature: Nancy Ellen Lloyd Date: 02-06-03

Paid Preparer's Signature Date

Spouse's Signature (If filing joint return, both must sign) Date

Paid Preparer's FEIN, SSN, or PTIN Preparer's Telephone Number

***Mail to:*** **N.C. DEPT. OF REVENUE, P.O. BOX 25000, RALEIGH, NC 27640-0640**

NOT VALID WITHOUT ALL PAGES

Form D-400X, Reverse Harry E. Floyd 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

**Explanation of changes** - Enter the line number from page 1 for each item you are changing and give the reason for each change. Attach all supporting forms and schedules for items changed. Be sure to include your name and social security number on any attachments. If the changes to this return are also applicable to your federal return, include a copy of Federal Form 1040X. **Refunds will not be processed without a complete explanation of the changes.**

See attached affidavit

## INSTRUCTIONS

**Purpose of Form**
Use Form D-400X to correct Form D-400 or Form 400EZ. File a separate Form D-400X for each year you are amending.

**When to File**
File Form D-400X only after you have filed your original return. Generally, Form D-400X must be filed within 3 years after the date the original return was due to be filed or within six months of the date the tax was paid, whichever is later. A return filed early is considered filed on the date it was due. Note: Amended returns are not processed until all current year original returns are processed, which generally occurs by September 1. Please wait until after that date to contact us about your refund.

**Where to File**
Mail your return to the North Carolina Department of Revenue, PO Box 25000, Raleigh, NC 27640-0640.

**Specific Instructions**
Above your name, enter the calendar year or fiscal year of the return you are amending.

**Columns A-C**
In column A, enter the amounts from your return as originally filed or as you later amended it. If your return was changed or audited by the Department of Revenue, enter the adjusted amounts.

In column B, enter the net increase or net decrease for each line you are changing. Show all decreases in parentheses. Explain each change in the space above. If you need additional space, show the required information on an attached statement. If you are claiming a refund as a result of a carryback of a net operating loss, please attach a copy of Federal Form 1045 to this form.

For column C, add the increase in column B to the amount in column A, or subtract the decrease in column B from column A. For any item you do not change, enter the amount from column A in column C.

**Line Instructions**
**If you are only changing withholding, other tax payments, or tax credits, skip lines 1-5 and start with line 6.**

**Line 1** — Enter the amount from line 6, Form D-400 or line 6, Form D-400EZ. If you are correcting your wages or other employee compensation, attach a copy of all additional or corrected Forms W-2 or NC-2 you received after you filed your original return.

**Line 2** — Enter the amount from line 7, Form D-400 or line 7, Form D-400EZ in column A. If you are amending a return for a year prior to tax year 1995, enter the total of lines 7 and 11 of Form D-400.

**Line 4** — Enter the amount from line 9, Form D-400. If you filed Form D-400EZ, enter zero in column A.

**Line 6 and 6a** — For full-year North Carolina residents, the amount on line 5 is the North Carolina taxable income. Full-year residents should enter on line 6 the amount on line 5. Nonresidents and part-year residents report only the portion of federal taxable income that is from North Carolina sources. The percentage of a nonresident's or part-year resident's federal taxable income from North Carolina sources is reflected as a decimal amount on line 11a (line 13a for tax years prior to 1995) of Form D-400. If the percentage of federal taxable income from North Carolina sources has changed, show your calculation of the new percentage in the Explanation of Changes section above. Enter the new percentage as a decimal amount on line 6a. Determine the corrected North Carolina taxable income by multiplying the amount on line 5, column C by the decimal amount on line 6a. Enter the result on line 6, column C.

**Line 7** — Figure the tax on the taxable income you reported on line 6, column C. Use the Tax Tables in the instructions for Form D-400 if taxable income is less than $50,000. If $50,000 or more, use the Tax Rates below.

**Lines 8 - 9** — Enter on the applicable lines your income tax withholding and other tax payments. **Attach copies of corrected Forms W-2 or NC-2 if you change your withholding.** Other tax payments include payments of estimated income tax, payment made with an extension request, and payments made by partnerships and/or S corporations on behalf of nonresident partners and/or shareholders. Include supporting documentation if you change the amount of any tax payments you claim.

**Line 10** — Enter your total tax credits, such as credit for child and dependent care expenses, credit for children, and credit for income tax paid to another state or country. On Form D-400, use line 15 (line 17 for tax years prior to 1995). If you filed Form D-400EZ, use line 11.

**Line 11** — Enter any amount you paid with your original return. Also include additional tax paid after you filed your return. Do not include any payments of interest or penalties.

**Line 13** — Enter the amount of overpayment shown on your original return. That amount must be considered in preparing Form D-400X because any refund you have not yet received from your original return will be sent to you separately from any additional refund you claimed on Form D-400X. If your original return was changed or audited by the Department of Revenue and as a result there was a change in the overpayment of tax, include the corrected overpayment on line 13. Do not include any interest you received on any refund.

**Line 14** — If line 14 is a negative amount, treat it as a positive amount and add it to the amount on line 7, column C. Enter the result on line 15. This is the additional tax due.

**Line 16** — If a balance is due, interest is due on that amount from the due date of the original return to the date of payment. The applicable interest rate may be obtained from your local Revenue Office. Include the accrued interest in your payment.

**Line 17**— Send Form D-400X with a check or money order for the amount shown on line 17 payable to the North Carolina Department of Revenue, P.O. Box 25000, Raleigh, N.C. 27640-0640. Do not send cash. Write your name, address, and SSN on your payment.

## Tax Rate Schedule

| If your filing status is | And the amount on line 6, column C is more than | But not over | The Tax is |
|---|---|---|---|
| Single | $ 0 | $ 12,750 | 6% of the amount on line 6, column C |
| | $ 12,750 | $ 60,000 | $765 + 7% of the amount over $12,750 |
| | $ 60,000 | -------- | $4,072.50 + 7.75% of the amount over $60,000 |
| Head of Household | $ 0 | $ 17,000 | 6% of the amount on line 6, column C |
| | $ 17,000 | $ 80,000 | $1,020 + 7% of the amount over $17,000 |
| | $ 80,000 | -------- | $5,430 + 7.75% of the amount over $80,000 |
| Married Filing Jointly or Qualifying Widow(er) | $ 0 | $ 21,250 | 6% of the amount on line 6, column C |
| | $ 21,250 | $100,000 | $1,275 + 7% of the amount over $21,250 |
| | $100,000 | -------- | $6,787.50 + 7.75% of the amount over $100,000 |
| Married Filing Separately | $ 0 | $ 10,625 | 6% of the amount on line 6, column C |
| | $ 10,625 | $ 50,000 | $637.50 + 7% of the amount over $10,625 |
| | $ 50,000 | -------- | $3,393.75 + 7.75% of the amount over $50,000 |

NOT VALID WITHOUT ALL PAGES

INFORMATIONAL ONLY

FORM **D-400** NORTH CAROLINA INDIVIDUAL INCOME TAX RETURN (resident or nonresident) **1994**

For the year January 1-December 31, 1994, or other tax year beginning / / 94, ending / / 95

USE THE PRE-ADDRESSED LABEL. OTHERWISE PLEASE PRINT OR TYPE.

Your first name and initial: NANCY E. | Last name: LLOYD | Your Social Security Number: 079 38 6148

If a joint return, spouse's first name and initial | Last name | Spouse's Social Security Number

Present home address (number and street, including apartment number, or rural route): 3204 HIGH VIEW CIRCLE | Office use

City, town or post office, state and zip code: GREENSBORO, NORTH CAROLINA 27410 | County of residence: GUILFORD

N.C. POLITICAL PARTIES FINANCING FUND ▶ Do you want $1 to go to this fund? YES [ ] NO [X]
If a joint return, does your spouse want $1 to go to this fund? YES [ ] NO [X]
NOTE: Checking "YES" will not increase your tax or reduce your refund.

Were you a resident of N.C. for the entire year 1994? Husb., Sep., or Sing. Yes [X] No [ ] Wife Yes [ ] No [ ] If not, complete lines 45 through 49.

CHECK THE SAME FILING STATUS YOU CHECKED ON YOUR FEDERAL RETURN. IF YOUR SPOUSE WAS A NONRESIDENT AND HAD NO NORTH CAROLINA TAXABLE INCOME IN 1994, SEE THE LINE-BY-LINE INSTRUCTIONS FOR LINES 1 THROUGH 5. (IF YOU DO NOT INDICATE YOUR FILING STATUS BY CHECKING ONE OF THE BOXES, PROCESSING OF YOUR RETURN MAY BE DELAYED.)

FILING STATUS:

1 [X] SINGLE
2 [ ] MARRIED FILING JOINTLY (Enter both names and social security numbers in the name and address block above.)
3 [ ] MARRIED FILING SEPARATELY (Enter spouse's full name and social security no.) Name: ______ SS#: ______
4 [ ] HEAD OF HOUSEHOLD
5 [ ] QUALIFYING WIDOW(ER) WITH DEPENDENT CHILD (Year spouse died: ______ )

Enter the NUMBER OF EXEMPTIONS claimed on your federal tax return (from line 6e, Form 1040 or Form 1040A) ▶ 1 | OFFICE USE

ATTACH PAYMENT HERE

ATTACH WAGE AND TAX STATEMENT HERE

| Line | Description | Amount |
|---|---|---|
| 6 | TAXABLE INCOME FROM YOUR FEDERAL INCOME TAX RETURN--line 37 of Form 1040; line 22 of Form 1040A; or line 5 of Form 1040EZ (If zero, see line by line instructions) | 0 |
| 7 | ADDITIONS TO TAXABLE INCOME--Complete lines 27 through 30 on page 2 of this form and enter the amount from line 30 (See instructions on page 7) | 0 |
| 8 | ADD lines 6 and 7 and enter the total here | 0 |
| 9 | DEDUCTIONS FROM TAXABLE INCOME--Complete lines 31 through 37 on page 2 of this form and enter the amount from line 37 (See instructions on page 8) | 0 |
| 10 | SUBTRACT line 9 from line 8 and enter the result here | 0 |
| 11 | STATE INCOME TAX AND STANDARD DEDUCTION/PERSONAL EXEMPTION ADJUSTMENTS--Complete lines 38 through 44 on page 2 of this form and enter the amount from line 44 | 450 |
| 12 | ADD lines 10 and 11 and enter the total here | 450 |
| 13 | NORTH CAROLINA TAXABLE INCOME-- (Full-year residents--enter the amount from line 12 on line 13b. Part-year residents and nonresidents--complete lines 45 through 49 on page 2 of this form. Enter the decimal amount from line 49 on line 13a ... 13a [ . ] Multiply the amount on line 12 by the decimal amount on line 13a and enter the result here) 13b | 450 |
| 14 | NORTH CAROLINA INCOME TAX--If the amount on line 13b is less than $50,000, use the Tax Table beginning on page 13 of the instructions to determine your tax. If the amount on line 13b is $50,000 or more, use the Tax Rate Schedule on page 19 to figure your tax | 27 |
| 15 | NORTH CAROLINA INCOME TAX WITHHELD: (Attach State copy of each wage and tax statement) a Husband, separate, single 15a: 3094; b Wife 15b: | |
| 16 | OTHER TAX PAYMENTS: (Enter applicable amounts and enter total on line 16e) a 1994 Estimated tax ___ b Paid with extension ___ c Partnership ___ d S corporation ___ 16e: 0 | |
| 17 | TAX CREDITS--Enter the amount from Part IV, line 8 of Form D-400TC and attach the form to this return 17: 0 | |
| 18 | ADD lines 15a, 15b, 16e and 17 and enter the total here | 3094 |
| 19 | If line 14 is more than line 18, subtract and enter the result -- PAY THIS AMOUNT, including any penalty and interest | |
| 20 | If line 14 is less than line 18, subtract and enter the OVERPAYMENT | 3067 |
| 21 | Amount of line 20 to be applied to 1995 ESTIMATED INCOME TAX 21: | |
| 22 | Contribution to the NC NONGAME AND ENDANGERED WILDLIFE FUND (See page 6) 22: | |
| 23 | Contribution to the NORTH CAROLINA CANDIDATES FINANCING FUND (See page 6) 23: | |
| 24 | ADD lines 21, 22 and 23 and enter the total here | 0 |
| 25 | SUBTRACT line 24 from line 20 and enter the AMOUNT TO BE REFUNDED | 3067 |
| 26 | Underpayment of estimated income tax penalty (see instructions on page 7) 26: | |

NOT VALID WITHOUT ALL PAGES

INFORMATIONAL ONLY

LLOYD NANCY E 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 Page 2, Form D-400

**ADDITIONS TO FEDERAL TAXABLE INCOME FOR AMOUNTS NOT INCLUDED IN FEDERAL TAXABLE INCOME**
(See the line by line instructions beginning on page 7 of the Instructions for Filing)

| | | | |
|---|---|---|---|
| 27 Interest income from obligations of states other than North Carolina | 27 | 0 | |
| 28 Lump-sum distributions from a pension or profit-sharing plan | 28 | 0 | |
| 29 Other additions to federal taxable income (attach explanation and/or schedule) | 29 | 0 | |
| 30 Total additions - add lines 27 through 29. Enter the total here and on line 7, page 1 of this form | 30 | | 0 |

**DEDUCTIONS FROM FEDERAL TAXABLE INCOME FOR AMOUNTS INCLUDED IN FEDERAL TAXABLE INCOME**
(See the line by line instructions beginning on page 8 of the Instructions for Filing)

| | | | |
|---|---|---|---|
| 31 State or local income tax refund if included on line 10 of Federal Form 1040 | 31 | 0 | |
| 32 Interest income from U.S. obligations or its possessions and from obligations of the State of North Carolina | 32 | 0 | |
| 33 Social Security and Railroad Retirement Benefits | 33 | 0 | |
| 34 Other retirement benefits (Enter the amount on line 4 from the Retirement Benefits Deduction Worksheet on page 8 of the instructions.) | 34 | 0 | |
| 35 Federal mortgage interest tax credit and other federal tax credits for which deductions were reduced | 35 | 0 | |
| 36 Other deductions from federal taxable income (attach explanation and/or schedule) | 36 | 0 | |
| 37 Total deductions - add lines 31 through 36. Enter the total here and on line 9, page 1 of this form | 37 | | 0 |

**STATE INCOME TAX AND STANDARD DEDUCTION/PERSONAL EXEMPTION ADJUSTMENTS**
(See the line by line instructions beginning on page 9 of the Instructions for Filing)

| | | | |
|---|---|---|---|
| 38 Enter the itemized deductions or the standard deduction from your federal return, line 34 of Form 1040; line 19 of Form 1040A; **(1040EZ SINGLE** filers, enter $3800 or the amount from line 4 of Form 1040EZ, **whichever is less. 1040EZ MARRIED FILING JOINTLY** filers, enter $6350 or the amount from line 4 of Form 1040EZ, **whichever is less.)** | 38 | 56,973 | See affidavit |
| 39 Enter your standard deduction from the applicable chart or worksheet beginning on page 9 of the instructions. | 39 | 4400 | |
| 40 **Subtract** line 39 from line 38 and enter the result here (but not less than zero.) **IMPORTANT: If you claimed the standard deduction on your federal return, skip line 41 and enter on line 42 the amount entered on line 40.** | 40 | 52,573 | |
| 41 If you itemized your deductions on your federal return, Form 1040, enter the state and local income taxes from line 5 and any foreign income taxes included on line 8 of Federal Schedule A. **IMPORTANT:** If you were required to complete the **Itemized Deductions Worksheet** on page A-5 of the instructions for Federal Form 1040, see the instructions on page 10 | 41 | 0 | |
| 42 **Compare** the amount on line 40 with the amount on line 41. Enter whichever is less here | 42 | 0 | |
| 43 **Multiply** the number of exemptions claimed on line 6a of your federal return, Form 1040 or Form 1040A, by $450 and enter the result here. **(1040EZ SINGLE** filers enter zero if you checked "Yes" on line 4 of 1040EZ; enter $450 if you checked "No". **1040EZ MARRIED FILING JOINTLY** filers who checked "Yes", enter zero if both spouses can be claimed as dependents; enter $450 if only one spouse can be claimed as a dependent. **1040EZ MARRIED FILING JOINTLY** filers who checked "No", enter $900.) **IMPORTANT:** If you were required to complete the **Deduction For Exemptions Worksheet** on page 24 of the instructions for Federal Form 1040, see the instructions on page 10 | 43 | 450 | |
| 44 **Add** lines 42 and 43. Enter here and on line 11, page 1, of this form | 44 | | 450 |

**COMPUTATION OF NORTH CAROLINA TAXABLE INCOME FOR PART-YEAR RESIDENTS AND NONRESIDENTS**
(See the line by line instructions beginning on page 10 of the Instructions for Filing)

| | | | |
|---|---|---|---|
| 45 Total income while a **RESIDENT** of North Carolina | 45 | | |
| 46 Total income **from North Carolina sources** while you were a **NONRESIDENT** of North Carolina | 46 | | |
| 47 **Add** lines 45 and 46 and enter the total | 47 | | |
| 48 Total income from all sources--from Form 1040, line 22; 1040A, line 14; 1040EZ, line 3 (If you entered additions or deductions on lines 7 or 9 of page 1 of this form, see the instructions on page 10) | 48 | | |
| 49 Divide line 47 by line 48. Enter the result as a decimal amount here and on line 13a, page 1 of this form **(Round to two decimal places — Example: .636 rounds to .64)** | 49 | | . |

Under penalties prescribed by law, I hereby affirm that to the best of my knowledge and belief, this return, including any accompanying schedules and statements is true and complete.

If prepared by a person other than taxpayer, this affirmation is based on all information of which preparer has any knowledge.

Sign here ▶ Nancy Ellen Floyd 02-06-03
Your signature Date

▶ Paid preparer's signature Date

▶ Spouse's signature (If filing joint return, both must sign) Date

Paid preparer's social security or I.D. number

If REFUND mail to: N.C. DEPT. OF REVENUE, P.O. BOX R, RALEIGH, N.C. 27634-0001 If YOU OWE TAX mail with payment to: N.C. DEPT. OF REVENUE, P.O. BOX 25000, RALEIGH, N.C. 27640-0640

NOT VALID WITHOUT ALL PAGES

**UNITED STATES COURT OF FEDERAL CLAIMS**

DOCKET #:________________________

JUDGE ____________________

**JOSEPH O. SALADINO, Petitioner**

vs

**UNITED STATES, Respondent**

---

**PLEADING SPECIAL MATTERS #11**

The authority for this pleading is RCFC 9(c),(h)(1),(2), and (5). In support the Court is shown that the following conditions precedent exist in this proceeding:

I.

**ACTION BY OTHER BODY**

A collateral proceeding exists within a State of the United States. The following conditions precedent exist:

a. The petitioner has filed a tax refund claim with the State of North Carolina as a third party.

b. The State of North Carolina is a State of the United States.

c. The State of North Carolina is taxing under the authority of the Internal Revenue laws.

d. The refund proceeding is for the tax year 1995.

e. The amount to be refunded is $2,461.00

f. The place the refund is to be paid is:

Nancy Ellen Lloyd
3204 High View Circle
Greensboro, NC 27410

g. The tax identification number of the individual is 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.

h. The original claim was filed at North Carolina Department of Revenue.

i. The determination issued on January 15, 2003.

j. The effect of the administrative review is the state had denied the petitioner sufficiency of process mandated by Title 26.

II.

**CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED**

The Pleadings in special matters #7 is hereby adopted by reference.

III.

**OWNERSHIP OF CLAIM**

The Pleadings in special matters #2 is hereby adopted by reference.

I hereby verify under penalties of perjury that the foregoing is true and correct. I further verify under penalty of perjury that the attached copy of the tax return is a correct copy of the original filed.

Joseph O. Saladino
416 Alamosa Ave
Palmdale, California 93551

CERT. MAIL # 7002 2410 0003 0271 3343

D-400X
12-99

# Amended North Carolina Individual Income Tax Return

**(For Tax Years Beginning Before January 1, 1999)**

**This return is for taxable year** 1995

Please Print or Type

| Your first name and middle initial | Your last name | Your Social Security No. |
|---|---|---|
| NANCY E. | LLOYD | 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 |
| If a joint return, spouse's first name and middle initial | Spouse's last name | Spouse's Social Security No. |
| | | |
| Address: 3204 HIGH VIEW CIRCLE | | Daytime Telephone Number ( ) |
| City, town or post office, state and zip code: GREENSBORO, NORTH CAROLINA 27410 | County: GUILFORD | Office Use Only |

Enter below name and address shown on original return if different from name and address shown above

Has your original return for this taxable year been changed or audited? ☐ Yes ☒ No

If "No," have you been notified that it will be? ☐ Yes ☒ No

Filing status claimed. Note: *You cannot change from joint to separate returns after the due date of the original return has passed.*

On original return ▶ ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

**Correction of Taxable Income and Tax Payments**

| (See instructions on page 2) | | A. As originally reported or as previously adjusted (see instructions) | B. Net change - Increase or (Decrease) - explain on page 2 | C. Correct Amount |
|---|---|---|---|---|
| 1. Taxable income from your federal income tax return | 1. | 29,418 | <29,418> | 0 |
| 2. Additions to federal taxable income | 2. | 2711 | <2461> | 250 |
| 3. Add lines 1 and 2 | 3. | 32,129 | <31,879> | 250 |
| 4. Deductions from federal taxable income | 4. | 259 | 0 | 259 |
| 5. Line 3 minus line 4 | 5. | 31,870 | <31,879> | <9> |
| 6. North Carolina taxable income 6a. | 6. | 31,870 | <31,870> | 0 |
| 7. North Carolina income tax | 7. | 2061 | <2061> | 0 |
| 8. North Carolina income tax withheld a. Your tax withheld | 8a. | 2461 | 0 | 2461 |
| b. Spouse's tax withheld | 8b. | 0 | 0 | 0 |
| 9. Other tax payments | 9. | 0 | 0 | 0 |
| 10. Tax Credits | 10. | 0 | 0 | 0 |

| | | |
|---|---|---|
| 11. Amount paid with original return plus additional tax paid after it was filed | 11. | |
| 12. Total payments. Add lines 8a through 11 in column C | 12. | 2461 |
| 13. Total of all previous refunds received for this taxable year | 13. | 400 |
| 14. Line 12 minus line 13 | 14. | 2061 |
| 15. If line 7, column C is more than line 14, enter the difference here | 15. | |
| 16. Interest due (See instructions) | 16. | |
| 17. Add lines 15 and 16 and enter the total - **Pay This Amount** | 17. | |
| 18. If line 7, column C is less than line 14, enter the difference as **Amount To Be Refunded** | 18. | 2061 |

I certify that, to the best of my knowledge, this return is accurate and complete.

If prepared by a person other than taxpayer, this certification is based on all information of which the preparer has any knowledge.

**Sign Here** Nancy Ellen Lloyd 02-06-03
Your Signature Date

Paid Preparer's Signature Date

Spouse's Signature (If filing joint return, both must sign) Date

Paid Preparer's FEIN, SSN, or PTIN Preparer's Telephone Number

***Mail to:*** **N.C. DEPT. OF REVENUE, P.O. BOX 25000, RALEIGH, NC 27640-0640**

NOT VALID WITHOUT ALL PAGES

Form D-400X, Reverse NANCY E. LLOYD 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

**Explanation of changes** - Enter the line number from page 1 for each item you are changing and give the reason for each change. Attach all supporting forms and schedules for items changed. Be sure to include your name and social security number on any attachments. If the changes to this return are also applicable to your federal return, include a copy of Federal Form 1040X. **Refunds will not be processed without a complete explanation of the changes.**

See attached

## INSTRUCTIONS

**Purpose of Form**
Use Form D-400X to correct Form D-400 or Form 400EZ. File a separate Form D-400X for each year you are amending.

**When to File**
File Form D-400X only after you have filed your original return. Generally, Form D-400X must be filed within 3 years after the date the original return was due to be filed or within six months of the date the tax was paid, whichever is later. A return filed early is considered filed on the date it was due. Note: Amended returns are not processed until all current year original returns are processed, which generally occurs by September 1. Please wait until after that date to contact us about your refund.

**Where to File**
Mail your return to the North Carolina Department of Revenue, PO Box 25000, Raleigh, NC 27640-0640.

**Specific Instructions**
Above your name, enter the calendar year or fiscal year of the return you are amending.

**Columns A-C**
In column A, enter the amounts from your return as originally filed or as you later amended it. If your return was changed or audited by the Department of Revenue, enter the adjusted amounts.

In column B, enter the net increase or net decrease for each line you are changing. Show all decreases in parentheses. Explain each change in the space above. If you need additional space, show the required information on an attached statement. If you are claiming a refund as a result of a carryback of a net operating loss, please attach a copy of Federal Form 1045 to this form.

For column C, add the increase in column B to the amount in column A, or subtract the decrease in column B from column A. For any item you do not change, enter the amount from column A in column C.

**Line Instructions**
**If you are only changing withholding, other tax payments, or tax credits, skip lines 1-5 and start with line 6.**

**Line 1** — Enter the amount from line 6, Form D-400 or line 6, Form D-400EZ. If you are correcting your wages or other employee compensation, attach a copy of all additional or corrected Forms W-2 or NC-2 you received after you filed your original return.

**Line 2** — Enter the amount from line 7, Form D-400 or line 7, Form D-400EZ in column A. If you are amending a return for a year prior to tax year 1995, enter the total of lines 7 and 11 of Form D-400.

**Line 4** — Enter the amount from line 9, Form D-400. If you filed Form D-400EZ, enter zero in column A.

**Line 6 and 6a** — For full-year North Carolina residents, the amount on line 5 is the North Carolina taxable income. Full-year residents should enter on line 6 the amount on line 5. Nonresidents and part-year residents report only the portion of federal taxable income that is from North Carolina sources. The percentage of a nonresident's or part-year resident's federal taxable income from North Carolina sources is reflected as a decimal amount on line 11a (line 13a for tax years prior to 1995) of Form D-400. If the percentage of federal taxable income from North Carolina sources has changed, show your calculation of the new percentage in the Explanation of Changes section above. Enter the new percentage as a decimal amount on line 6a. Determine the corrected North Carolina taxable income by multiplying the amount on line 5, column C by the decimal amount on line 6a. Enter the result on line 6, column C.

**Line 7** — Figure the tax on the taxable income you reported on line 6, column C. Use the Tax Tables in the instructions for Form D-400 if taxable income is less than $50,000. If $50,000 or more, use the Tax Rates below.

**Lines 8 - 9** — Enter on the applicable lines your income tax withholding and other tax payments. **Attach copies of corrected Forms W-2 or NC-2 if you change your withholding.** Other tax payments include payments of estimated income tax, payment made with an extension request, and payments made by partnerships and/or S corporations on behalf of nonresident partners and/or shareholders. Include supporting documentation if you change the amount of any tax payments you claim.

**Line 10** — Enter your total tax credits, such as credit for child and dependent care expenses, credit for children, and credit for income tax paid to another state or country. On Form D-400, use line 15 (line 17 for tax years prior to 1995). If you filed Form D-400EZ, use line 11.

**Line 11** — Enter any amount you paid with your original return. Also include additional tax paid after you filed your return. Do not include any payments of interest or penalties.

**Line 13** — Enter the amount of overpayment shown on your original return. That amount must be considered in preparing Form D-400X because any refund you have not yet received from your original return will be sent to you separately from any additional refund you claimed on Form D-400X. If your original return was changed or audited by the Department of Revenue and as a result there was a change in the overpayment of tax, include the corrected overpayment on line 13. Do not include any interest you received on any refund.

**Line 14** — If line 14 is a negative amount, treat it as a positive amount and add it to the amount on line 7, column C. Enter the result on line 15. This is the additional tax due.

**Line 16** — If a balance is due, interest is due on that amount from the due date of the original return to the date of payment. The applicable interest rate may be obtained from your local Revenue Office. Include the accrued interest in your payment.

**Line 17**— Send Form D-400X with a check or money order for the amount shown on line 17 payable to the North Carolina Department of Revenue, P.O. Box 25000, Raleigh, N.C. 27640-0640. Do not send cash. Write your name, address, and SSN on your payment.

## Tax Rate Schedule

| If your filing status is | And the amount on line 6, column C is more than | But not over | The Tax is |
|---|---|---|---|
| Single | $ 0 | $ 12,750 | 6% of the amount on line 6, column C |
| | $ 12,750 | $ 60,000 | $765 + 7% of the amount over $12,750 |
| | $ 60,000 | ---------- | $4,072.50 + 7.75% of the amount over $60,000 |
| Head of Household | $ 0 | $ 17,000 | 6% of the amount on line 6, column C |
| | $ 17,000 | $ 80,000 | $1,020 + 7% of the amount over $17,000 |
| | $ 80,000 | ---------- | $5,430 + 7.75% of the amount over $80,000 |
| Married Filing Jointly or Qualifying Widow(er) | $ 0 | $ 21,250 | 6% of the amount on line 6, column C |
| | $ 21,250 | $100,000 | $1,275 + 7% of the amount over $21,250 |
| | $100,000 | ---------- | $6,787.50 + 7.75% of the amount over $100,000 |
| Married Filing Separately | $ 0 | $ 10,625 | 6% of the amount on line 6, column C |
| | $ 10,625 | $ 50,000 | $637.50 + 7% of the amount over $10,625 |
| | $ 50,000 | ---------- | $3,393.75 + 7.75% of the amount over $50,000 |

NOT VALID WITHOUT ALL PAGES

Cert. Mail # 7002 2410 0003 0271 3343

FORM
**D-400**

# 1995
# NORTH CAROLINA
## INDIVIDUAL INCOME TAX RETURN
(resident or nonresident)

For the year January 1-December 31, 1995, or other tax year beginning / / 95, ending / / 96

USE THE PRE-ADDRESSED LABEL. OTHERWISE PLEASE PRINT OR TYPE.

| First name and initial (Husband, Separate, Single) | Last name (Jr., Sr., III, etc.) | Social Security Number (Husb., Sep., Sin.) |
|---|---|---|
| NANCY E. | LLOYD | 079 38 6148 |
| If a joint return, wife's first name and initial | Last name | Social Security Number (Wife) |
| Present home address (number and street, including apartment number, or rural route) | | |
| 3204 HIGH VIEW CIRCLE | | |
| City, town or post office, state and zip code | County | |
| GREENSBORO, NORTH CAROLINA 27410 | GUILFORD | |

☑ Check this box if the address on this return is the same as the address on last year's return.

N.C. POLITICAL PARTIES FINANCING FUND ▶ Do you want $1 to go to this fund? YES ☐ NO ☑
If a joint return, does your spouse want $1 to go to this fund? YES ☐ NO ☑
NOTE: Checking "YES" will not increase your tax or reduce your refund.

Were you a resident of N.C. for the entire year 1995? Husb., Sep., or Sing. Yes ☑ No ☐ Wife Yes ☐ No ☐ If not, complete lines 42 through 46.

CHECK THE SAME FILING STATUS YOU CHECKED ON YOUR FEDERAL RETURN. IF YOUR SPOUSE WAS A NONRESIDENT AND HAD NO NORTH CAROLINA TAXABLE INCOME IN 1995, SEE THE LINE INSTRUCTIONS FOR LINES 1 THROUGH 5. IF YOU DO NOT INDICATE YOUR FILING STATUS BY CHECKING ONE OF THE BOXES, PROCESSING OF YOUR RETURN MAY BE DELAYED.)

**FILING STATUS:**

1 ☑ SINGLE
2 ☐ MARRIED FILING JOINTLY (Enter both names and social security numbers in the name and address block above.)
3 ☐ MARRIED FILING SEPARATELY (Enter spouse's full name and social security no.) Name: ______
4 ☐ HEAD OF HOUSEHOLD SS#: ______
5 ☐ QUALIFYING WIDOW(ER) WITH DEPENDENT CHILD (Year spouse died: ______ )

Enter the NUMBER OF EXEMPTIONS claimed on your federal tax return (from line 6e, Form 1040 or Form 1040A) ▶ 1

OFFICE USE

ATTACH PAYMENT HERE

ATTACH WAGE AND TAX STATEMENT HERE

| Line | Description | | Amount |
|---|---|---|---|
| 6 | TAXABLE INCOME FROM YOUR FEDERAL INCOME TAX RETURN--Form 1040, line 37; Form 1040A, line 22; or Form 1040EZ, line 6 (If zero, see line instructions) | 6 | 0 |
| 7 | ADDITIONS TO FEDERAL TAXABLE INCOME--Complete lines 25 through 34 on page 2 of this form and enter the amount from line 34 (See instructions on page 7) | 7 | 250 |
| 8 | ADD lines 6 and 7 and enter the total here | 8 | 250 |
| 9 | DEDUCTIONS FROM FEDERAL TAXABLE INCOME--Complete lines 35 through 41 on page 2 of this form and enter the amount from line 41 (See instructions on page 9) | 9 | 259 |
| 10 | SUBTRACT line 9 from line 8 and enter the result here | 10 | <9> |
| 11 | NORTH CAROLINA TAXABLE INCOME-- (Full-year residents--enter the amount from line 10 on line 11b. Part-year residents and nonresidents--complete lines 42 through 46 on page 2 of this form. Enter the decimal amount from line 46 on line 11a ● 11a ____ . Multiply the amount on line 10 by the decimal amount on line 11a and enter the result here) | 11b | <9> |
| 12 | NORTH CAROLINA INCOME TAX--If the amount on line 11b is less than $50,000, use the Tax Table beginning on page 13 of the instructions to determine your tax. If the amount on line 11b is $50,000 or more, use the Tax Rate Schedule on page 19 to figure your tax. | 12 | 0 |
| 13 | NORTH CAROLINA INCOME TAX WITHHELD: (Attach State copy of each wage and tax statement) a Husband, separate, single ● 13a 2461; b Wife ● 13b | | |
| 14 | OTHER TAX PAYMENTS: (Enter applicable amounts and enter total on line 14e) a 1995 Estimated tax ● ____ b Paid with extension ● ____ c Partnership ● ____ d S corporation ● ____ | 14e | |
| 15 | TAX CREDITS--Enter the amount from Part V, line 29 of Form D-400TC and attach the form to this return ● | 15 | |
| 16 | ADD lines 13a, 13b, 14e and 15 and enter the total here | 16 | 2461 |
| 17 | If line 12 is more than line 16, subtract and enter the result - PAY THIS AMOUNT, including any penalty and interest ● | 17 | |
| 18 | If line 12 is less than line 16, subtract and enter the OVERPAYMENT | 18 | 2461 |
| 19 | Amount of line 18 to be applied to 1996 ESTIMATED INCOME TAX ● | 19 | |
| 20 | Contribution to the NC NONGAME AND ENDANGERED WILDLIFE FUND (See page 6) ● | 20 | |
| 21 | Contribution to the NORTH CAROLINA CANDIDATES FINANCING FUND (See page 6) ● | 21 | |
| 22 | ADD lines 19, 20 and 21 and enter the total here | 22 | |
| 23 | SUBTRACT line 22 from line 18 and enter the AMOUNT TO BE REFUNDED ● | 23 | 2461 |
| 24 | Underpayment of estimated income tax penalty (see instructions on page 6) ● | 24 | |

☐ (Exceptions to the penalty)

NOT VALID WITHOUT ALL PAGES

NANCY E. LLOYD 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 Page 2, Form D-400

**ADDITIONS TO FEDERAL TAXABLE INCOME** (See the line instructions beginning on page 7)

| Line | Description | Amount | Total |
|---|---|---|---|
| 25 | Enter the itemized deductions or the standard deduction from your federal return • Form 1040, line 34 • Form 1040A, line 19 • Form 1040EZ SINGLE filers—enter $3,900 OR the amount from line 5 of Form 1040EZ, **whichever is less** • Form 1040EZ MARRIED FILING JOINTLY filers—enter $6,550 OR the amount from line 5 of Form 1040EZ, **whichever is less** ● 25 | 50,452 | |
| 26 | Enter your standard deduction from the applicable chart or worksheet on page 7 ● 26 | 4400 | |
| 27 | **Subtract** line 26 from line 25 and enter the result here (but not less than zero.) 27 **IMPORTANT: If you claimed the standard deduction on your federal return, skip line 28 and enter on line 29 the amount entered on line 27.** | 46,052 | |
| 28 | If you itemized your deductions on your federal return, Form 1040, enter the state and local income taxes from line 5 and any foreign income taxes included on line 8 of Federal Schedule A. **IMPORTANT:** If you were required to complete the **Itemized Deductions Worksheet** on page A-5 of the instructions for Federal Form 1040, see page 8 ● 28 | 0 | |
| 29 | **Compare line 27 with line 28. Enter whichever is less** 29 | | 0 |
| 30 | Personal exemption adjustment (complete the **Personal Exemption Adjustment Worksheet** on page 8 and enter the result) ● 30 | | 250 |
| 31 | Interest income from obligations of states other than North Carolina ● 31 | | |
| 32 | Lump-sum distributions from a pension or profit-sharing plan ● 32 | | |
| 33 | Other additions to federal taxable income (attach explanation or schedule) ● 33 | | |
| 34 | **Total additions**—add lines 29 through 33. Enter the total here and on line 7, page 1 of this form 34 | | 250 |

**DEDUCTIONS FROM FEDERAL TAXABLE INCOME** (See the line instructions beginning on page 9)

| Line | Description | Amount |
|---|---|---|
| 35 | State or local income tax refund if included on line 10 of Federal Form 1040 ● 35 | 259 |
| 36 | Interest income from U.S. obligations or its possessions and from obligations of the State of North Carolina ● 36 | |
| 37 | Taxable portion of Social Security and Railroad Retirement Benefits included on your federal return--Form 1040, line 20b or Form 1040A, line 13b ● 37 | |
| 38 | Other retirement benefits (Enter the amount on line 4 from the Retirement Benefits Deduction Worksheet on page 9 of the instructions.) ● 38 | |
| 39 | Federal mortgage interest tax credit and other federal tax credits for which deductions were reduced ● 39 | |
| 40 | Other deductions from federal taxable income (attach explanation and/or schedule) ● 40 | |
| 41 | **Total deductions** - add lines 35 through 40. Enter the total here and on line 9, page 1 of this form 41 | 259 |

**COMPUTATION OF NORTH CAROLINA TAXABLE INCOME FOR PART-YEAR RESIDENTS AND NONRESIDENTS**
(See the line instructions beginning on page 10)

| Line | Description | Amount |
|---|---|---|
| 42 | Total income while a **RESIDENT** of North Carolina ● 42 | |
| 43 | Total income **from North Carolina sources** while you were a **NONRESIDENT** of North Carolina ● 43 | |
| 44 | **Add** lines 42 and 43 and enter the total 44 | |
| 45 | Total income from all sources--from Form 1040, line 22; 1040A, line 14; 1040EZ, line 4 (If you entered additions or deductions on lines 7 or 9 of page 1 of this form, see the instructions on page 10) ● 45 | |
| 46 | Divide line 44 by line 45. Enter the result as a decimal amount here and on line 11a, page 1 of this form (**Round to two decimal places — Example: .638 rounds to .64**) 46 | . |

Under penalties prescribed by law, I hereby affirm that to the best of my knowledge and belief, this return, including any accompanying schedules and statements, is true and complete.

If prepared by a person other than taxpayer, this affirmation is based on all information of which preparer has any knowledge.

Sign here ▶ Nancy Ellen Lloyd 02-06-03 ▶

Your signature Date Paid preparer's signature Date

▶ Spouse's signature (if filing joint return, both must sign) Date Paid preparer's social security or I.D. number

If REFUND mail to: N.C. DEPT. OF REVENUE, P.O. BOX R, RALEIGH, N.C. 27634-0001 If YOU OWE TAX mail with payment to: N.C. DEPT. OF REVENUE, P.O. BOX 25000, RALEIGH, N.C. 27640-0640

NOT VALID WITHOUT ALL PAGES

**UNITED STATES COURT OF FEDERAL CLAIMS**

DOCKET #: ______________________

JUDGE ______________________

**JOSEPH O. SALADINO, Petitioner**

vs

**UNITED STATES, Respondent**

---

**PLEADING SPECIAL MATTERS #12**

The authority for this pleading is RCFC 9(c),(h)(1),(2), and (5). In support the Court is shown that the following conditions precedent exist in this proceeding:

I.

**ACTION BY OTHER BODY**

A collateral proceeding exists within a State of the United States. The following conditions precedent exist:

a. The petitioner has filed a tax refund claim with the State of North Carolina as a third party.

b. The State of North Carolina is a State of the United States.

c. The State of North Carolina is taxing under the authority of the Internal Revenue laws.

d. The refund proceeding is for the tax year 1996.

e. The amount to be refunded is $1,144.00

f. The place the refund is to be paid is:

Nancy Ellen Lloyd
3204 High View Circle
Greensboro, NC 27410

g. The tax identification number of the individual is 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.

h. The original claim was filed at North Carolina Department of Revenue.

i. The determination issued on January 15, 2003.

j. The effect of the administrative review is the state had denied the petitioner sufficiency of process mandated by Title 26.

II.

**CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED**

The Pleadings in special matters #7 is hereby adopted by reference.

III.

**OWNERSHIP OF CLAIM**

The Pleadings in special matters #2 is hereby adopted by reference.

I hereby verify under penalties of perjury that the foregoing is true and correct. I further verify under penalty of perjury that the attached copy of the tax return is a correct copy of the original filed.

Joseph O. Saladino
416 Alamosa Ave
Palmdale, California 93551

Cert. Mail # 7002 2410 0003 0271 3350

D-400X
12-99

# Amended North Carolina Individual Income Tax Return

(For Tax Years Beginning Before January 1, 1999)

This return is for taxable year 1996

Please Print or Type

Your first name and middle initial: NANCY E.
Your last name: LLOYD
Your Social Security No.: 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
If a joint return, spouse's first name and middle initial:
Spouse's last name:
Spouse's Social Security No.:
Address: 3204 HIGH VIEW CIRCLE
Daytime Telephone Number: ( )
City, town or post office, state and zip code: GREENSBORO, NORTH CAROLINA 27410
County: GUILFORD
Office Use Only

Enter below name and address shown on original return if different from name and address shown above

Has your original return for this taxable year been changed or audited? ☐ Yes ☑ No

If "No," have you been notified that it will be? ☐ Yes ☑ No

Filing status claimed. Note: *You cannot change from joint to separate returns after the due date of the original return has passed.*

On original return ▶ ☑ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☑ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

## Correction of Taxable Income and Tax Payments

| (See instructions on page 2) | | A. As originally reported or as previously adjusted (see instructions) | B. Net change - Increase or (Decrease) - explain on page 2 | C. Correct Amount |
|---|---|---|---|---|
| 1. Taxable income from your federal income tax return | 1. | 17,621 | <17,621> | 0 |
| 2. Additions to federal taxable income | 2. | 1550 | <1499> | 51 |
| 3. Add lines 1 and 2 | 3. | 19,171 | <19,120> | 51 |
| 4. Deductions from federal taxable income | 4. | 400 | 0 | 400 |
| 5. Line 3 minus line 4 | 5. | 18,771 | <19,120> | <349> |
| 6. North Carolina taxable income 6a. | 6. | 18,771 | <18,771> | 0 |
| 7. North Carolina income tax | 7. | 1144 | <1144> | 0 |
| 8. North Carolina income tax withheld a. Your tax withheld | 8a. | 1500 | 0 | 1500 |
| b. Spouse's tax withheld | 8b. | 0 | 0 | 0 |
| 9. Other tax payments | 9. | 0 | 0 | 0 |
| 10. Tax Credits | 10. | 0 | 0 | 0 |
| 11. Amount paid with original return plus additional tax paid after it was filed | 11. | | | |
| 12. Total payments. Add lines 8a through 11 in column C | 12. | | | 1500 |
| 13. Total of all previous refunds received for this taxable year | 13. | | | 356 |
| 14. Line 12 minus line 13 | 14. | | | 1144 |
| 15. If line 7, column C is more than line 14, enter the difference here | 15. | | | |
| 16. Interest due (See instructions) | 16. | | | |
| 17. Add lines 15 and 16 and enter the total - Pay This Amount | 17. | | | |
| 18. If line 7, column C is less than line 14, enter the difference as Amount To Be Refunded | 18. | | | 1144 |

I certify that, to the best of my knowledge, this return is accurate and complete.

If prepared by a person other than taxpayer, this certification is based on all information of which the preparer has any knowledge.

Sign Here

Your Signature: Nancy Ellen Lloyd Date: 02-06-03

Paid Preparer's Signature Date

Spouse's Signature (If filing joint return, both must sign) Date

Paid Preparer's FEIN, SSN, or PTIN Preparer's Telephone Number

**Mail to:** N.C. DEPT. OF REVENUE, P.O. BOX 25000, RALEIGH, NC 27640-0640

NOT VALID WITHOUT ALL PAGES

**Form D-400X, Reverse** NANCY E. LLOYD 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

**Explanation of changes** - Enter the line number from page 1 for each item you are changing and give the reason for each change. Attach all supporting forms and schedules for items changed. Be sure to include your name and social security number on any attachments. If the changes to this return are also applicable to your federal return, include a copy of Federal Form 1040X. **Refunds will not be processed without a complete explanation of the changes.**

See attached

## INSTRUCTIONS

**Purpose of Form**
Use Form D-400X to correct Form D-400 or Form 400EZ. File a separate Form D-400X for each year you are amending.

**When to File**
File Form D-400X only after you have filed your original return. Generally, Form D-400X must be filed within 3 years after the date the original return was due to be filed or within six months of the date the tax was paid, whichever is later. A return filed early is considered filed on the date it was due. Note: Amended returns are not processed until all current year original returns are processed, which generally occurs by September 1. Please wait until after that date to contact us about your refund.

**Where to File**
Mail your return to the North Carolina Department of Revenue, PO Box 25000, Raleigh, NC 27640-0640.

**Specific Instructions**
Above your name, enter the calendar year or fiscal year of the return you are amending.

**Columns A-C**
In column A, enter the amounts from your return as originally filed or as you later amended it. If your return was changed or audited by the Department of Revenue, enter the adjusted amounts.

In column B, enter the net increase or net decrease for each line you are changing. Show all decreases in parentheses. Explain each change in the space above. If you need additional space, show the required information on an attached statement. If you are claiming a refund as a result of a carryback of a net operating loss, please attach a copy of Federal Form 1045 to this form.

For column C, add the increase in column B to the amount in column A, or subtract the decrease in column B from column A. For any item you do not change, enter the amount from column A in column C.

**Line Instructions**
**If you are only changing withholding, other tax payments, or tax credits, skip lines 1-5 and start with line 6.**

**Line 1** — Enter the amount from line 8, Form D-400 or line 6, Form D-400EZ. If you are correcting your wages or other employee compensation, attach a copy of all additional or corrected Forms W-2 or NC-2 you received after you filed your original return.

**Line 2** — Enter the amount from line 7, Form D-400 or line 7, Form D-400EZ in column A. If you are amending a return for a year prior to tax year 1995, enter the total of lines 7 and 11 of Form D-400.

**Line 4** — Enter the amount from line 9, Form D-400. If you filed Form D-400EZ, enter zero in column A.

**Line 6 and 6a** — For full-year North Carolina residents, the amount on line 5 is the North Carolina taxable income. Full-year residents should enter on line 6 the amount on line 5. Nonresidents and part-year residents report only the portion of federal taxable income that is from North Carolina sources. The percentage of a nonresident's or part-year resident's federal taxable income from North Carolina sources is reflected as a decimal amount on line 11a (line 13a for tax years prior to 1995) of Form D-400. If the percentage of federal taxable income from North Carolina sources has changed, show your calculation of the new percentage in the Explanation of Changes section above. Enter the new percentage as a decimal amount on line 6a. Determine the corrected North Carolina taxable income by multiplying the amount on line 5, column C by the decimal amount on line 6a. Enter the result on line 6, column C.

**Line 7** — Figure the tax on the taxable income you reported on line 6, column C. Use the Tax Tables in the instructions for Form D-400 if taxable income is less than $50,000. If $50,000 or more, use the Tax Rates below.

**Lines 8 - 9** — Enter on the applicable lines your income tax withholding and other tax payments. **Attach copies of corrected Forms W-2 or NC-2 if you change your withholding.** Other tax payments include payments of estimated income tax, payment made with an extension request, and payments made by partnerships and/or S corporations on behalf of nonresident partners and/or shareholders. Include supporting documentation if you change the amount of any tax payments you claim.

**Line 10** — Enter your total tax credits, such as credit for child and dependent care expenses, credit for children, and credit for income tax paid to another state or country. On Form D-400, use line 15 (line 17 for tax years prior to 1995). If you filed Form D-400EZ, use line 11.

**Line 11** — Enter any amount you paid with your original return. Also include additional tax paid after you filed your return. Do not include any payments of interest or penalties.

**Line 13** — Enter the amount of overpayment shown on your original return. That amount must be considered in preparing Form D-400X because any refund you have not yet received from your original return will be sent to you separately from any additional refund you claimed on Form D-400X. If your original return was changed or audited by the Department of Revenue and as a result there was a change in the overpayment of tax, include the corrected overpayment on line 13. Do not include any interest you received on any refund.

**Line 14** — If line 14 is a negative amount, treat it as a positive amount and add it to the amount on line 7, column C. Enter the result on line 15. This is the additional tax due.

**Line 16** — If a balance is due, interest is due on that amount from the due date of the original return to the date of payment. The applicable interest rate may be obtained from your local Revenue Office. Include the accrued interest in your payment.

**Line 17** — Send Form D-400X with a check or money order for the amount shown on line 17 payable to the North Carolina Department of Revenue, P.O. Box 25000, Raleigh, N.C. 27640-0640. Do not send cash. Write your name, address, and SSN on your payment.

## Tax Rate Schedule

| If your filing status is | And the amount on line 6, column C is more than | But not over | The Tax is |
|---|---|---|---|
| Single | $ 0 | $ 12,750 | 6% of the amount on line 6, column C |
| | $ 12,750 | $ 60,000 | $765 + 7% of the amount over $12,750 |
| | $ 60,000 | ---------- | $4,072.50 + 7.75% of the amount over $60,000 |
| Head of Household | $ 0 | $ 17,000 | 6% of the amount on line 6, column C |
| | $ 17,000 | $ 80,000 | $1,020 + 7% of the amount over $17,000 |
| | $ 80,000 | ---------- | $5,430 + 7.75% of the amount over $80,000 |
| Married Filing Jointly or Qualifying Widow(er) | $ 0 | $ 21,250 | 6% of the amount on line 6, column C |
| | $ 21,250 | $100,000 | $1,275 + 7% of the amount over $21,250 |
| | $100,000 | ---------- | $6,787.50 + 7.75% of the amount over $100,000 |
| Married Filing Separately | $ 0 | $ 10,625 | 6% of the amount on line 6, column C |
| | $ 10,625 | $ 50,000 | $637.50 + 7% of the amount over $10,625 |
| | $ 50,000 | ---------- | $3,393.75 + 7.75% of the amount over $50,000 |

NOT VALID WITHOUT ALL PAGES

INFORMATIONAL ONLY

FORM
**D-400**

# 1996
## NORTH CAROLINA
### INDIVIDUAL INCOME TAX RETURN
(resident or nonresident)

For the year January 1 – December 31, 1996, or other tax year beginning / / 96, ending / / 97

PLEASE PRINT OR TYPE

First name and initial (Husband, Separate, Single): NANCY E.
Last name (Jr., Sr., III, etc.): LLOYD
Social Security Number (Husb., Sep., Sing.): 079 : 38 : 6148
If a joint return, wife's first name and initial
Last name
Social Security Number (Wife)
Present home address (number and street, including apartment number, or rural route): 3204 HIGH VIEW CIRCLE
Office Use Only
City, town or post office, state and zip code: GREENSBORO, NORTH CAROLINA 27410
County: GUILFORD

[✓] Check this box if the name(s), address, and filing status on this return are exactly the same as on last year's return.

N.C. POLITICAL PARTIES FINANCING FUND ▶ Do you want $1 to go to this fund? YES [ ] NO [✓]
If a joint return, does your spouse want $1 to go to this fund? YES [ ] NO [✓]
NOTE: Checking "YES" will not increase your tax or reduce your refund.

Were you a resident of N.C. for the entire year 1996? Husb., Sep., or Sing. Yes [✓] No [ ] Wife Yes [ ] No [ ] If not, complete lines 42 through 46.

CHECK THE SAME FILING STATUS YOU CHECKED ON YOUR FEDERAL RETURN. IF YOUR SPOUSE WAS A NONRESIDENT AND HAD NO NORTH CAROLINA TAXABLE INCOME IN 1996, SEE THE LINE INSTRUCTIONS FOR LINES 1 THROUGH 5. (IF YOU DO NOT INDICATE YOUR FILING STATUS BY CHECKING ONE OF THE BOXES, PROCESSING OF YOUR RETURN MAY BE DELAYED.)

**FILING STATUS:**

1 [✓] SINGLE
2 [ ] MARRIED FILING JOINTLY (Enter both names and social security numbers in the name and address block above.)
3 [ ] MARRIED FILING SEPARATELY (Enter spouse's full name and social security no.) Name: ______ SS#: ______
4 [ ] HEAD OF HOUSEHOLD
5 [ ] QUALIFYING WIDOW(ER) WITH DEPENDENT CHILD (Year spouse died: ______)

Enter the NUMBER OF EXEMPTIONS claimed on your federal tax return (from line 6d, Form 1040 or Form 1040A) ▶ 1 OFFICE USE

ATTACH PAYMENT HERE

ATTACH WAGE AND TAX STATEMENT HERE

| | | |
|---|---|---|
| 6 TAXABLE INCOME FROM YOUR FEDERAL INCOME TAX RETURN—Form 1040, line 37; Form 1040A, line 22; or Form 1040EZ, line 8 (If zero, see line instructions) | 6 | 0 |
| 7 ADDITIONS TO FEDERAL TAXABLE INCOME—Complete lines 25 through 34 on page 2 of this form and enter the amount from line 34 (See instructions on page 7) | 7 | 51 |
| 8 ADD lines 6 and 7 and enter the total here | 8 | 51 |
| 9 DEDUCTIONS FROM FEDERAL TAXABLE INCOME—Complete lines 35 through 41 on page 2 of this form and enter the amount from line 41 (See instructions on page 9) | 9 | 400 |
| 10 SUBTRACT line 9 from line 8 and enter the result here | 10 | <349> |
| 11 NORTH CAROLINA TAXABLE INCOME— (Full–year residents—enter the amount from line 10 on line 11b. Part–year residents and nonresidents—complete lines 42 through 46 on page 2 of this form. Enter the decimal amount from line 46 on line 11a ● 11a [ . ] Multiply the amount on line 10 by the decimal amount on line 11a and enter the result here) | 11b | 0 |
| 12 NORTH CAROLINA INCOME TAX—If the amount on line 11b is less than $50,000, use the TAX TABLE beginning on page 13 of the instructions to determine your tax. If the amount on line 11b is $50,000 or more, use the Tax Rate Schedule on page 19 to figure your tax | 12 | 0 |
| 13 NORTH CAROLINA INCOME TAX WITHHELD: (Attach State copy of each wage and tax statement) a Husband, separate, single ● 13a 1500; b Wife ● 13b | | |
| 14 OTHER TAX PAYMENTS: (Enter applicable amounts and enter total on line 14e) a 1996 Estimated tax ● ; b Paid with extension ● ; c Partnership ● ; d S corporation ● ; 14e | | |
| 15 TAX CREDITS—Enter the amount from Part V, line 40 of Form D-400TC and attach the form to this return ● 15 | | |
| 16 ADD lines 13a, 13b, 14e and 15 and enter the total here | 16 | 1500 |
| 17 If line 12 is more than line 16, subtract and enter the result—PAY THIS AMOUNT, including any penalty and interest | 17 | |
| 18 If line 12 is less than line 16, subtract and enter the OVERPAYMENT | 18 | 1500 |
| 19 Amount of line 18 to be applied to 1997 ESTIMATED INCOME TAX ● 19 | | |
| 20 Contribution to the NC NONGAME AND ENDANGERED WILDLIFE FUND (See page 6) ● 20 | | |
| 21 Contribution to the NORTH CAROLINA CANDIDATES FINANCING FUND (See page 6) ● 21 | | |
| 22 ADD lines 19, 20 and 21 and enter the total here | 22 | |
| 23 SUBTRACT line 22 from line 18 and enter the AMOUNT TO BE REFUNDED | 23 | 1500 |
| 24 Underpayment of estimated income tax penalty (see instructions on page 6) ● 24 | | |

[ ] (Exceptions to the penalty)

NOT VALID WITHOUT ALL PAGES

NANCY E. LLOYD 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



**ADDITIONS TO FEDERAL TAXABLE INCOME** (See the line instructions beginning on page 7)

25 Enter the itemized deductions or the standard deduction from your federal return
- Form 1040, line 34
- Form 1040A, line 19
- Form 1040EZ SINGLE filers—enter $4,000 **OR** the amount from line 5 of Form 1040EZ, **whichever is less**
- Form 1040EZ MARRIED FILING JOINTLY filers—enter $6,700 **OR** the amount from line 5 of Form 1040EZ, **whichever is less** .......... ● 25 | 47,604

26 Enter your standard deduction from the applicable chart or worksheet on page 7 .......... ● 26 | 4400

27 **Subtract** line 26 from line 25 and enter the result here (but not less than zero.) .......... 27 | 43,204

**IMPORTANT: If you claimed the standard deduction on your federal return, skip line 28 and enter on line 29 the amount entered on line 27.**

28 If you itemized your deductions on your federal return, Form 1040, enter the state and local income taxes from line 5 and any foreign income taxes included on line 8 of Federal Schedule A. **IMPORTANT:** If you were required to complete the **Itemized Deductions Worksheet** on page A-5 of the instructions for **Federal Form 1040**, see page 8 .......... ● 28 | 0

| Line | Description | Amount |
|---|---|---|
| 29 | **Compare line 27 with line 28. Enter whichever is less** | 0 |
| ● 30 | Personal exemption adjustment (complete the **Personal Exemption Adjustment Worksheet** on page 8 and enter the result) | 50 |
| ● 31 | Interest income from obligations of states other than North Carolina | 1 |
| ● 32 | Lump-sum distributions from a pension or profit sharing plan | |
| ● 33 | Other additions to federal taxable income (attach explanation or schedule) | |
| 34 | **Total additions**—add lines 29 through 33. Enter the total here and on line 7, page 1 of this form | 51 |

**DEDUCTIONS FROM FEDERAL TAXABLE INCOME** (See the line instructions beginning on page 9)

| Line | Description | Amount |
|---|---|---|
| ● 35 | State or local income tax refund if included on line 10 of Federal Form 1040 | 400 |
| ● 36 | Interest income from U.S. obligations or its possessions and from obligations of the State of North Carolina | |
| ● 37 | Taxable portion of Social Security and Railroad Retirement Benefits included on your federal return | |
| ● 38 | Other retirement benefits (Enter the amount on line 4 from the **Retirement Benefits Deduction Worksheet** on page 9 of the instructions) | |
| ● 39 | Federal mortgage interest tax credit and other federal tax credits for which deductions were reduced | |
| ● 40 | Other deductions from federal taxable income (attach explanation and/or schedule) | |
| 41 | **Total deductions** – add lines 35 through 40. Enter the total here and on line 9, page 1 of this form | 400 |

**COMPUTATION OF NORTH CAROLINA TAXABLE INCOME FOR PART-YEAR RESIDENTS AND NONRESIDENTS**
(See the line instructions beginning on page 10)

| Line | Description | Amount |
|---|---|---|
| ● 42 | Total income while a **RESIDENT** of North Carolina | |
| ● 43 | Total income **from North Carolina sources** while you were a **NONRESIDENT** of North Carolina | |
| 44 | Add lines 42 and 43 and enter the total | |
| ● 45 | Total income from all sources—from Form 1040, line 22; 1040A, line 14; 1040EZ, line 4 (If you enter additions or deductions on lines 7 or 9 of page 1 of this form, see the instructions on page 10) | |
| 46 | Divide line 44 by line 45. Enter the result as a decimal amount here and on line 11a, page 1 of this form (**Round to two decimal places — Example: .638 rounds to .64**) | . |

Under penalties prescribed by law, I hereby affirm that to the best of my knowledge and belief, this return, including any accompanying schedules and statements, is true and complete.

If prepared by a person other than taxpayer, this affirmation is based on all information of which preparer has any knowledge.

Sign here ▶ Nancy Ellen Lloyd 02-06-03
Your signature Date

▶ Paid preparer's signature Date

▶ Spouse's signature (If filing joint return, both must sign) Date

Paid preparer's social security or I.D. number

If REFUND mail to: N.C. DEPT. OF REVENUE, P.O. BOX R, RALEIGH, N.C. 27634-0001 IF YOU OWE TAX mail with payment to: N.C. DEPT. OF REVENUE, P.O. BOX 25000, RALEIGH, N.C. 27640-0640

NOT VALID WITHOUT ALL PAGES

**UNITED STATES COURT OF FEDERAL CLAIMS**

DOCKET #: ____________________

JUDGE ____________________

**JOSEPH O. SALADINO, Petitioner**

vs

**UNITED STATES, Respondent**

---

**PLEADING SPECIAL MATTERS #13**

The authority for this pleading is RCFC 9(c),(h)(1),(2), and (5). In support the Court is shown that the following conditions precedent exist in this proceeding:

I.

**ACTION BY OTHER BODY**

A collateral proceeding exists within a State of the United States. The following conditions precedent exist:

a. The petitioner has filed a tax refund claim with the State of North Carolina as a third party.

b. The State of North Carolina is a State of the United States.

c. The State of North Carolina is taxing under the authority of the Internal Revenue laws.

d. The refund proceeding is for the tax year 1997.

e. The amount to be refunded is $74.00

f. The place the refund is to be paid is:

Nancy Ellen Lloyd
3204 High View Circle
Greensboro, NC 27410

g. The tax identification number of the individual is 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.

h. The original claim was filed at North Carolina Department of Revenue.

i. The determination issued on January 15, 2003.

j. The effect of the administrative review is the state had denied the petitioner sufficiency of process mandated by Title 26.

II.

**CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED**

The Pleadings in Special matter #7 is herein adopted by reference.

III.

**OWNERSHIP OF CLAIM**

The Pleadings in special matters #2 is hereby adopted by reference.

I hereby verify under penalties of perjury that the foregoing is true and correct. I further verify under penalty of perjury that the attached copy of the tax return is a correct copy of the original filed.

[signature]

Joseph O. Saladino
416 Alamosa Ave
Palmdale, California 93551

CERTIFIED MAIL # 7001 [illegible] 6293 8376

D-400X
12-99

# Amended North Carolina Individual Income Tax Return

**(For Tax Years Beginning Before January 1, 1999)**

**This return is for taxable year** 1997

Please Print or Type

| Your first name and middle initial | Your last name | Your Social Security No. |
|---|---|---|
| NANCY E. | LLOYD | 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 |
| If a joint return, spouse's first name and middle initial | Spouse's last name | Spouse's Social Security No. |
| Address: 3204 HIGH VIEW CIRCLE | | Daytime Telephone Number ( ) |
| City, town or post office, state and zip code: GREENSBORO, NORTH CAROLINA (27410) | County: GUILFORD | Office Use Only |

Enter below name and address shown on original return if different from name and address shown above

Has your original return for this taxable year been changed or audited? ☒ Yes ☐ No

If "No," have you been notified that it will be? ☐ Yes ☐ No

Filing status claimed. **Note:** *You cannot change from joint to separate returns after the due date of the original return has passed.*

On original return ▶ ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

## Correction of Taxable Income and Tax Payments

| (See instructions on page 2) | | A. As originally reported or as previously adjusted (see instructions) | B. Net change - Increase or (Decrease) - explain on page 2 | C. Correct Amount |
|---|---|---|---|---|
| 1. Taxable income from your federal income tax return | 1. | 0 | 0 | 0 |
| 2. Additions to federal taxable income | 2. | 1300 | 36,638 | 37,938 |
| 3. Add lines 1 and 2 | 3. | 1300 | 36,638 | 37,938 |
| 4. Deductions from federal taxable income | 4. | 0 | 40,788 | 40,788 |
| 5. Line 3 minus line 4 | 5. | 1300 | -4150 | -2850 |
| 6. North Carolina taxable income 6a. | 6. | 1300 | -1300 | 0 |
| 7. North Carolina income tax | 7. | 79 | -79 | 0 |
| 8. North Carolina income tax withheld — a. Your tax withheld | 8a. | 1730 | 0 | 1730 |
| b. Spouse's tax withheld | 8b. | | | |
| 9. Other tax payments | 9. | | | |
| 10. Tax Credits | 10. | | | |

| | | |
|---|---|---|
| 11. Amount paid with original return plus additional tax paid after it was filed | 11 | |
| 12. Total payments. Add lines 8a through 11 in column C | 12. | 1730 |
| 13. Total of all previous refunds received for this taxable year | 13. | 1655 |
| 14. Line 12 minus line 13 | 14 | 74 |
| 15. If line 7, column C is more than line 14, enter the difference here | 15 | |
| 16. Interest due (See instructions) | 16 | |
| 17. Add lines 15 and 16 and enter the total - **Pay This Amount** | 17 | |
| 18. If line 7, column C is less than line 14, enter the difference as **Amount To Be Refunded** | 18 | 74 |

I certify that, to the best of my knowledge, this return is accurate and complete

If prepared by a person other than taxpayer, this certification is based on all information of which the preparer has any knowledge

**Sign Here** Nancy E. Lloyd 08-08-02
Your Signature Date

Paid Preparer's Signature Date

Spouse's Signature (If filing joint return, both must sign) Date

Paid Preparer's FEIN, SSN, or PTIN Preparer's Telephone Number

NOT VALID WITHOUT ALL PAGES

*Mail to:* N.C. DEPT. OF REVENUE, P.O. BOX 25000, RALEIGH, NC 27640-0640

Form D-400X, Reverse NANCY E. LLOYD 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

Explanation of changes - Enter the line number from page 1 for each item you are changing and give the reason for each change. Attach all supporting form schedules for items changed. Be sure to include your name and social security number on any attachments. If the changes to this return are also applicabl to your federal return, include a copy of Federal Form 1040X. **Refunds will not be processed without a complete explanation of the changes.**

(1) A PREVIOUS RETURN WAS FILED WITH ERRONEOUS ENTRIES. I AM NOW FILING A CORRECTED D-400 FOR INFORMATIONAL PURPOSES ONLY, WHICH SHOULD NOT BE PROCESSED APART FROM THE CURRENT D-400X FILING.

(2) ON ATTACHED 1040, SCHEDULE A, LINE 27, I HAVE MADE A "CLAIM OF RIGHT" FOR COMPENSATION ON PERSONAL LABOR. THIS IS A NON TAXABLE ITEM UNDER USC TITLE 26, SECTION 1341.

ATTACHED 1040, SCHED., 1040X 9 PAGES

## INSTRUCTIONS

**Purpose of Form**
Use Form D-400X to correct Form D-400 or Form 400EZ. File a separate Form D-400X for each year you are amending.

**When to File**
File Form D-400X only after you have filed your original return. Generally, Form D-400X must be filed within 3 years after the date the original return was due to be filed or within six months of the date the tax was paid, whichever is later. A return filed early is considered filed on the date it was due. Note: Amended returns are not processed until all current year original returns are processed, which generally occurs by September 1. Please wait until after that date to contact us about your refund.

**Where to File**
Mail your return to the North Carolina Department of Revenue, PO Box 25000, Raleigh, NC 27640-0640.

**Specific Instructions**
Above your name, enter the calendar year or fiscal year of the return you are amending.

**Columns A-C**
In column A, enter the amounts from your return as originally filed or as you later amended it. If your return was changed or audited by the Department of Revenue, enter the adjusted amounts.

In column B, enter the net increase or net decrease for each line you are changing. Show all decreases in parentheses. Explain each change in the space above. If you need additional space, show the required information on an attached statement. If you are claiming a refund as a result of a carryback of a net operating loss, please attach a copy of Federal Form ... for this form.

In column C, add the increase in column B to the amount in column A, or subtract the decrease in column B from column A. For any item you do not change, enter the amount from column A in column C.

**Line Instructions**
**If you are only changing withholding, other tax payments, or tax credits, skip lines 1-5 and start with line 6.**

Line 1 — Enter the amount from line 6, Form D-400 or line 6, Form D-400EZ. If you are correcting your wages or other employee compensation, attach a copy of all additional or corrected Forms W-2 or NC-2 you received after you filed your original return.

Line 2 — Enter the amount from line 7, Form D-400 or line 7, Form D-400EZ in column A. If you are amending a return for a year prior to tax year 1995, enter the total of lines 7 and 11 of Form D-400.

Line 4 — Enter the amount from line 9, Form D-400. If you filed Form D-400EZ, enter zero in column A.

Line 6 and 6a — For full-year North Carolina residents, the amount on line 5 is the North Carolina taxable income. Full-year residents should enter on line 6 the amount on line 5. Nonresidents and part-year residents report only the portion of federal taxable income that is from North Carolina sources. The percentage of a nonresident's or part-year resident's federal taxable income from North Carolina sources is reflected as a decimal amount on line 11a (line 13a for tax years prior to 1995) of Form D-400. If the percentage of federal taxable income from North Carolina sources has changed, show your calculation of the new percentage in the Explanation of Changes section above. Enter the new percentage as a decimal amount on line 6a. Determine the corrected North Carolina taxable income by multiplying the amount on line 5, column C by the decimal amount on line 6a. Enter the result on line 6, column C.

Line 7 — Figure the tax on the taxable income you reported on line 6, column C. Use the Tax Tables in the instructions for Form D-400 if taxable income is less than $50,000. If $50,000 or more, use the Tax Rates below.

Lines 8 - 9 — Enter on the applicable lines your income tax withholding and other tax payments. **Attach copies of corrected Forms W-2 or NC-2 if you change your withholding.** Other tax payments include payments of estimated income ta payment made with an extension request, an payments made by partnerships and/or corporations on behalf of nonresident partners an or shareholders. Include supporting documentation you change the amount of any tax payments yc claim.

Line 10 — Enter your total tax credits, such as cred for child and dependent care expenses, credit f children, and credit for income tax paid to anoth state or country. On Form D-400, use line 15 (line 1 for tax years prior to 1995). If you filed Form D-400E use line 11.

Line 11 — Enter any amount you paid with your origin return. Also include additional tax paid after you fil your return. Do not include any payments of intere or penalties.

Line 13 — Enter the amount of overpayment show on your original return. That amount must b considered in preparing Form D-400X because a refund you have not yet received from your origin return will be sent to you separately from any addition refund you claimed on Form D-400X. If your origin return was changed or audited by the Department Revenue and as a result there was a change in th overpayment of tax, include the corrected overpayme on line 13. Do not include any interest you receive on any refund.

Line 14 — If line 14 is a negative amount, treat it as positive amount and add it to the amount on line column C. Enter the result on line 15. This is th additional tax due.

Line 16 — If a balance is due, interest is due on th amount from the due date of the original return to th date of payment. The applicable interest rate may b obtained from your local Revenue Office. Include th accrued interest in your payment.

Line 17 — Send Form D-400X with a check or mone order for the amount shown on line 17 payable to th North Carolina Department of Revenue, P.O. B 25000, Raleigh, N.C. 27640-0640. Do not send cas Write your name, address, and SSN on your paymen

## Tax Rate Schedule

| If your filing status is | And the amount on line 6, column C is more than | But not over | The Tax is |
|---|---|---|---|
| Single | $ 0 | $ 12,750 | 6% of the amount on line 6, column C |
| | $ 12,750 | $ 60,000 | $765 + 7% of the amount over $12,750 |
| | $ 60,000 | ------------ | $4,072.50 + 7.75% of the amount over $60,000 |
| Head of Household | $ 0 | $ 17,000 | 6% of the amount on line 6, column C |
| | $ 17,000 | $ 80,000 | $1,020 + 7% of the amount over $17,000 |
| | $ 80,000 | ------------ | $5,430 + 7.75% of the amount over $80,000 |
| Married Filing Jointly or Qualifying Widow(er) | $ 0 | $ 21,250 | 6% of the amount on line 6, column C |
| | $ 21,250 | $100,000 | $1,275 + 7% of the amount over $21,250 |
| | $100,000 | ------------ | $6,787.50 + 7.75% of the amount over $100,00 |
| Married Filing Separately | $ 0 | $ 10,625 | 6% of the amount on line 6, column C |
| | $ 10,625 | $ 50,000 | $637.50 + 7% of the amount over $10,625 |
| | $ 50,000 | ------------ | $3,393.75 + 7.75% of the amount over $50,000 |

NOT VALID WITHOUT ALL PAGES

Form D-400

# 1997 NORTH CAROLINA

## INDIVIDUAL INCOME TAX RETURN

(resident or nonresident)

FOR INFORMATIONAL PURPOSES ONLY

For the year January 1 – December 31, 1997, or other tax year beginning / / 97, ending / / 98

| | | |
|---|---|---|
| Your first name and initial: NANCY E. | Last name: LLOYD | Your Social Security Number: 079 38 6148 |
| If a joint return, spouse's first name and initial | Last name | Spouse's Social Security Number |
| Present home address (number and street, including apartment number, or rural route): 3204 HIGH VIEW CIRCLE | | Office Use Only |
| City, town or post office, state and zip code: GREENSBORO, NORTH CAROLINA (27410) | County: GUILFORD | |

☐ **Important: Check this box if the name(s), address, and/or filing status on this return have changed from last year's return.**

N.C. Political Parties Financing Fund ▶ Do you want $1 to go to this fund? YES ☐ NO X
If a joint return, does your spouse want $1 to go to this fund? YES ☐ NO ☐
NOTE: Checking "Yes" will not increase your tax or reduce your refund.

Were you a resident of N.C. for the entire year 1997? Yes ☒ No ☐ Was your spouse a resident for the entire year? Yes ☐ No ☐ If not, complete lines 42 through 46

CHECK THE SAME FILING STATUS YOU CHECKED ON YOUR FEDERAL RETURN. IF YOUR SPOUSE WAS A NONRESIDENT AND HAD NO NORTH CAROLINA TAXABLE INCOME IN 1997, SEE THE LINE INSTRUCTIONS FOR LINES 1 THROUGH 5. (IF YOU DO NOT INDICATE YOUR FILING STATUS BY CHECKING ONE OF THE BOXES, PROCESSING OF YOUR RETURN MAY BE DELAYED.)

**FILING STATUS:**

1 ☒ SINGLE
2 ☐ MARRIED FILING JOINTLY (Enter both names and social security numbers in the name and address block above.)
3 ☐ MARRIED FILING SEPARATELY (Enter spouse's full name and social security no.) Name: ______ SS#: ______
4 ☐ HEAD OF HOUSEHOLD
5 ☐ QUALIFYING WIDOW(ER) WITH DEPENDENT CHILD (Year spouse died: ______ )

Enter the NUMBER OF EXEMPTIONS claimed on your federal tax return ▶ 1    OFFICE USE

| Line | Description | | Amount |
|---|---|---|---|
| 6 | TAXABLE INCOME FROM YOUR FEDERAL INCOME TAX RETURN—Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 6; or TeleFile Tax Record, Line J (If zero, see line instructions) | 6 | 0 .00 |
| 7 | You must complete the ADDITIONS TO FEDERAL TAXABLE INCOME section on lines 25 through 34 on page 2 of this form and enter the amount from line 34 (See instructions on page 7) | 7 | 37,938 .00 |
| 8 | ADD lines 6 and 7 and enter the total here | 8 | 37,938 .00 |
| 9 | DEDUCTIONS FROM FEDERAL TAXABLE INCOME—Complete lines 35 through 41 on page 2 of this form and enter the amount from line 41 (See instructions on page 9) | 9 | 40,788 .00 |
| 10 | SUBTRACT line 9 from line 8 and enter the result here | 10 | -2850 .00 |
| 11 | NORTH CAROLINA TAXABLE INCOME— (Full-year residents—enter the amount from line 10 on line 11b. Part-year residents and nonresidents—complete lines 42 through 46 on page 2 of this form. Enter the decimal amount from line 46 on line 11a [11a: . ] Multiply the amount on line 10 by the decimal amount on line 11a and enter the result here) | 11b | -2850 .00 |
| 12 | NORTH CAROLINA INCOME TAX—If the amount on line 11b is less than $50,000, use the TAX TABLE beginning on page 13 of the instructions to determine your tax. If the amount on line 11b is $50,000 or more, use the Tax Rate Schedule on page 19 to figure your tax | 12 | .00 |
| 13 | NORTH CAROLINA INCOME TAX WITHHELD: (Attach State copy of each wage and tax statement) a Your tax withheld | 13a: 1730 .00 | |
| | b Spouse's tax withheld | 13b: .00 | |
| 14 | OTHER TAX PAYMENTS: (Enter applicable amounts and enter total on line 14e) a 1997 Estimated tax .00; b Paid with extension .00; c Partnership .00; d S corporation .00 | 14e: .00 | |
| 15 | TAX CREDITS—Enter the amount from Part V, line 35 of Form D-400TC and attach the form to this return | 15: .00 | |
| 16 | ADD lines 13a, 13b, 14e and 15 and enter the total here | 16 | 1730 .00 |
| 17 | a If line 12 is more than line 16, subtract and enter the result | 17a: .00 | |
| | b Underpayment of estimated income tax penalty (see instructions) ☐ (Exceptions to the penalty) | 17b: .00 | |
| | c Other penalties and interest (see instructions) | 17c: .00 | |
| 18 | Add lines 17a, 17b, and 17c and enter the total – PAY THIS AMOUNT | 18 | .00 |
| 19 | If line 12 is less than line 16, subtract and enter the OVERPAYMENT | 19 | 1730 .00 |
| 20 | Amount of line 19 to be applied to 1998 ESTIMATED INCOME TAX | 20: .00 | |
| 21 | Contribution to the NC NONGAME AND ENDANGERED WILDLIFE FUND (See page 6) | 21: .00 | |
| 22 | Contribution to the NORTH CAROLINA CANDIDATES FINANCING FUND (See page 6) | 22: .00 | |
| 23 | ADD lines 20, 21 and 22 and enter the total here | 23 | .00 |
| 24 | SUBTRACT line 23 from line 19 and enter the AMOUNT TO BE REFUNDED | 24 | 1730 .00 |

NOT VALID WITHOUT ALL PAGES

FOR INFORMATIONAL PURPOSES ONLY
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

**ADDITIONS TO FEDERAL TAXABLE INCOME** (See the line instructions beginning on page 7)

25 Enter the itemized deductions or the standard deduction from your federal return
- Form 1040, line 35
- Form 1040A, line 19
- Form 1040EZ SINGLE filers – **enter $4,150 OR** the amount from line 5 of Form 1040EZ, **whichever is less**
- Form 1040EZ MARRIED FILING JOINTLY filers – **enter $6,900 OR** the amount from line 5 of Form 1040EZ, **whichever is less**
- TeleFile Tax Record filers – enter standard deduction from line I of TeleFile Tax Record ● 25 — 40,788 | 00

26 Enter your standard deduction from the applicable chart or worksheet on page 7 ● 26 — 3000 | 00

27 Subtract line 26 from line 25 and enter the result here (but not less than zero) 27 — 37,788 | 00

**IMPORTANT: If you claimed the standard deduction on your federal return, skip line 28 and enter on line 29 the amount entered on line 27.**

28 If you itemized your deductions on your federal return, Form 1040, enter the state and local income taxes from line 5 and any foreign income taxes included on line 8 of Federal Schedule A. **IMPORTANT: If you were required to complete the Itemized Deductions Worksheet** on page A–5 of the instructions for **Federal Form 1040**, see page 8 ● 28 — | 00

| Line | Description | Amount | |
|---|---|---|---|
| 29 | **Compare line 27 with line 28. Enter whichever is less** ● 29 | 37,788 | 00 |
| 30 | Personal exemption adjustment (complete the **Personal Exemption Adjustment Worksheet** on page 6 and enter the result) ● 30 | 150 | 00 |
| 31 | Interest income from obligations of states other than North Carolina ● 31 | | 00 |
| 32 | Lump–sum distributions from a pension or profit sharing plan ● 32 | | 00 |
| 33 | Other additions to federal taxable income (attach explanation or schedule) ● 33 | | 00 |
| 34 | **Total additions**—add lines 29 through 33. Enter the total here and on line 7, page 1 of this form 34 | 37,938 | 00 |

**DEDUCTIONS FROM FEDERAL TAXABLE INCOME** (See the line instructions beginning on page 9)

| Line | Description | Amount | |
|---|---|---|---|
| 35 | State or local income tax refund if included on line 10 of Federal Form 1040 ● 35 | | 00 |
| 36 | Interest income from U.S. obligations or its possessions and from obligations of the State of North Carolina ● 36 | | 00 |
| 37 | Taxable portion of Social Security and Railroad Retirement Benefits included on your federal return ● 37 | | 00 |
| 38 | Other retirement benefits (Enter the amount on line 4 from the **Retirement Benefits Deduction Worksheet** on page 9 of the instructions) ● 38 | | 00 |
| 39 | Federal mortgage interest tax credit and other federal tax credits for which deductions were reduced ● 39 | | 00 |
| 40 | Other deductions from federal taxable income (attach explanation and/or schedule) ● 40 | 40,788 | 00 |
| 41 | **Total deductions** – add lines 35 through 40. Enter the total here and on line 9, page 1 of this form 41 | 40,788 | 00 |

**COMPUTATION OF NORTH CAROLINA TAXABLE INCOME FOR PART–YEAR RESIDENTS AND NONRESIDENTS** (See the line instructions beginning on page 10)

| Line | Description | Amount | |
|---|---|---|---|
| 42 | Total income while a **RESIDENT** of North Carolina ● 42 | [illegible] | 00 |
| 43 | Total income **from North Carolina sources** while you were a **NONRESIDENT** of North Carolina ● 43 | [illegible] | 00 |
| 44 | Add lines 42 and 43 and enter the total 44 | [illegible] | 00 |
| 45 | Total income from all sources—from Form 1040, line 22; 1040A, line 14; 1040EZ, line 4; or TeleFile Tax Record, line H (If you enter additions or deductions on lines 7 or 9 of page 1 of this form, see the instructions on page 10) ● 45 | [illegible] | 00 |
| 46 | Divide line 44 by line 45. Enter the result as a decimal amount here and on line 11a, page 1 of this form (**Round to two decimal places — Example: .638 rounds to .64**) 46 | . | |

Under penalties prescribed by law, I hereby affirm that to the best of my knowledge and belief, this return, including any accompanying schedules and statements, is true and complete.

If prepared by a person other than taxpayer, this affirmation is based on all information of which preparer has any knowledge.

Sign here ▶ Nancy E. Floyd 08-08-02
Your signature Date

Paid preparer's signature Date

▶ Spouse's signature (if filing joint return, both must sign) Date

Paid preparer's social security or I.D. number

Daytime Telephone Number (Optional)

Preparer's Telephone Number

IF REFUND mail to: N.C. DEPT. OF REVENUE, P.O. BOX R, RALEIGH, N.C. 27634–0001 IF YOU ARE NOT DUE A REFUND mail with payment to: N.C. DEPT. OF REVENUE, P.O. BOX 25000, RALEIGH, N.C. 27640–0640

NOT VALID WITHOUT ALL PAGES

STATE OF NORTH CAROLINA
DEPARTMENT OF REVENUE
PO BOX 25000
RALEIGH NC 27640-0150

MAY 17 2002

D

# GARNISHMENT FOR TAXES

IN THE MATTER OF
NANCY E LLOYD (hereinafter referred to as the taxpayer)
TO: PIEDMONT CAROLINAS REGIONAL BLOODCENTER

SSN: 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

3440508020420
PIEDMONT CAROLINAS REGIONAL BLOOD
CENTER
PO BOX 36507
CHARLOTTE NC 28236-6507

MAY 17 2002

**TAKE NOTICE:**

The above taxpayer is indebted to the State of North Carolina on account of duly assessed INDIVIDUAL INCOME taxes, penalty and interest, as shown below. The taxpayer has previously been notified of this liability and copies of this notice are being provided to the taxpayer and the garnishee.

| PERIOD | TAX | PENALTY/FEE | INTEREST | TOTAL | LESS PAID | TOTAL DUE |
|---|---|---|---|---|---|---|
| 01/01/97 - 12/31/97 | 1,703.00 | 643.76 | 549.81 | 2,896.57 | 0.00 | 2,896.57 |

**PAY THIS AMOUNT: $2,896.57**

**Plus additional interest on the lesser of tax or total due at 6.00% from the date of this notice until paid.**

INSTRUCTIONS TO GARNISHEE:

This garnishment is being served upon you for taxes owed the North Carolina Department of Revenue by the taxpayer named above, pursuant to the authority granted in G.S. 105-242, which is included with this notice. As garnishee, you are required by law to withhold monies and submit payment to the Department of Revenue until the taxpayer's liability is paid in full. The Department cannot require that you withhold more than 10 percent of the taxpayer's gross salary or wages.

**If you fail to withhold or to state, in writing, any defense or set off you could become liable for the taxes, interest and penalties due by the taxpayer.** Such statement of defense or set off must be mailed to the Secretary of Revenue by registered or certified mail within 10 days after service of this garnishment.

Payments should be sent to the Department of Revenue every 30 days or more often if you choose to do so until the liability is satisfied. **Payments should be submitted with a photocopy of this garnishment to properly credit the taxpayer's account.** If a copy of the garnishment is not submitted, please provide the following information: Taxpayer's Name, Social Security Number or ID Number shown above, Notice Number, Type of Tax and Amount of Payment enclosed.

Notification that the garnishment has been satisfied will be furnished upon request. If the taxpayer separates from your employment, you are required to withhold from amounts due the taxpayer for any remaining outstanding liability. In addition, you should notify the Department that the taxpayer has left your employment.

If you have questions regarding this garnishment, please call the Department at the number shown below.

WITNESS my hand and seal, on April 26, 2002.

*SECRETARY OF REVENUE*

BY: Revenue Officer
(919) 733-2208

THE GREAT SEAL OF THE STATE OF NORTH CAROLINA

**UNITED STATES COURT OF FEDERAL CLAIMS**

DOCKET #: ______________________

JUDGE ______________________

**JOSEPH O. SALADINO, Petitioner**

vs

**UNITED STATES, Respondent**

---

**PLEADING SPECIAL MATTERS #14**

The authority for this pleading is RCFC 9(c),(h)(1),(2), and (5). In support the Court is shown that the following conditions precedent exist in this proceeding:

I.

**ACTION BY OTHER BODY**

A collateral proceeding exists within a State of the United States. The following conditions precedent exist:

a. The petitioner has filed a tax refund claim with the State of North Carolina as a third party.

b. The State of North Carolina is a State of the United States.

c. The State of North Carolina is taxing under the authority of the Internal Revenue laws.

d. The refund proceeding is for the tax year 1998.

e. The amount to be refunded is $914.00.

f. The place the refund is to be paid is:

Nancy Ellen Lloyd
3204 High View Circle
Greensboro, NC 27410

g. The tax identification number of the individual is 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.

h. The original claim was filed at North Carolina Department of Revenue.

i. The determination issued on January 15, 2003.

j. The effect of the administrative review is the state had denied the petitioner sufficiency of process mandated by Title 26.

II.

**CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED**

The Pleadings in Special matter #7 is herein adopted by reference.

III.

**OWNERSHIP OF CLAIM**

The Pleadings in special matters #2 is hereby adopted by reference.

I hereby verify under penalties of perjury that the foregoing is true and correct. I further verify under penalty of perjury that the attached copy of the tax return is a correct copy of the original filed.

Joseph O. Saladino
416 Alamosa Ave
Palmdale, California 93551

CERTIFIED MAIL # 7001 1940 0000 6293 8570

D-400X
12-99

# Amended North Carolina Individual Income Tax Return

**(For Tax Years Beginning Before January 1, 1999)**

**This return is for taxable year** 1998

| | | |
|---|---|---|
| Your first name and middle initial: NANCY E. | Your last name: LLOYD | Your Social Security No.: 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 |
| If a joint return, spouse's first name and middle initial: | Spouse's last name: | Spouse's Social Security No.: |
| Address: 3204 HIGH VIEW CIRCLE | | Daytime Telephone Number: ( ) |
| City, town or post office, state and zip code: GREENSBORO, NORTH CAROLINA (27410) | County: GUILFORD | Office Use Only |

Please Print or Type

Enter below name and address shown on original return if different from name and address shown above

Has your original return for this taxable year been changed or audited? ☒ Yes ☐ No

If "No," have you been notified that it will be? ☐ Yes ☐ No

Filing status claimed. **Note:** *You cannot change from joint to separate returns after the due date of the original return has passed.*

On original return ▶ ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

## Correction of Taxable Income and Tax Payments

| (See instructions on page 2) | | A. As originally reported or as previously adjusted (see instructions) | B. Net change - Increase or (Decrease) - explain on page 2 | C. Correct Amount |
|---|---|---|---|---|
| 1. Taxable income from your federal income tax return | 1. | 0 | 0 | 0 |
| 2. Additions to federal taxable income | 2. | 0 | 41,283 | 41,283 |
| 3. Add lines 1 and 2 | 3. | 0 | 41,283 | 41,283 |
| 4. Deductions from federal taxable income | 4. | 2750 | 40,450 | 43,200 |
| 5. Line 3 minus line 4 | 5. | -2750 | 833 | -1917 |
| 6. North Carolina taxable income 6a. | 6. | 0 | 0 | 0 |
| 7. North Carolina income tax | 7. | 0 | 0 | 0 |
| 8. North Carolina income tax withheld — a. Your tax withheld | 8a. | 914 | 0 | 914 |
| b. Spouse's tax withheld | 8b. | | | |
| 9. Other tax payments | 9. | | | |
| 10. Tax Credits | 10. | | | |
| 11. Amount paid with original return plus additional tax paid after it was filed | 11. | | | |
| 12. Total payments. Add lines 8a through 11 in column C | 12. | | | 914 |
| 13. Total of all previous refunds received for this taxable year | 13. | | | 0 |
| 14. Line 12 minus line 13 | 14. | | | 914 |
| 15. If line 7, column C is more than line 14, enter the difference here | 15. | | | |
| 16. Interest due (See instructions) | 16. | | | |
| 17. Add lines 15 and 16 and enter the total - **Pay This Amount** | 17. | | | |
| 18. If line 7, column C is less than line 14, enter the difference as **Amount To Be Refunded** | 18. | | | 914 |

I certify that, to the best of my knowledge, this return is accurate and complete.

If prepared by a person other than taxpayer, this certification is based on all information of which the preparer has any knowledge.

Sign Here

Nancy E. Lloyd — Your Signature — 08-08-02 Date

Paid Preparer's Signature — Date

Spouse's Signature (If filing joint return, both must sign) — Date

Paid Preparer's FEIN, SSN, or PTIN — Preparer's Telephone Number

*Mail to:* N.C. DEPT. OF REVENUE, P.O. BOX 25000, RALEIGH, NC 27640-0640

NOT VALID WITHOUT ALL PAGES

Form D 400X, Reverse NANCY E. LLOYD 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

**Explanation of changes** - Enter the line number from page 1 for each item you are changing and give the reason for each change. Attach all supporting form... schedules for items changed. Be sure to include your name and social security number on any attachments. If the changes to this return are also applicabl... to your federal return, include a copy of Federal Form 1040X. **Refunds will not be processed without a complete explanation of the changes.**

① A PREVIOUS RETURN WAS FILED WITH ERRONEOUS ENTRIES. I AM NOW FILING A CORRECTED D-400 FOR INFORMATIONAL PURPOSES ONLY, WHICH SHOULD NOT BE PROCESSED APART FROM THE CURRENT D-400X FILING.

② ON ATTACHED 1040, SCHEDULE A, LINE 27, I HAVE MADE A "CLAIM OF RIGHT" FOR COMPENSATION ON PERSONAL LABOR. THIS IS A NON TAXABLE ITEM UNDER USC TITLE 26, SECTION 1341.

FEDERAL ATTACHED 7 PAGES

## INSTRUCTIONS

**Purpose of Form**
Use Form D 400X to correct Form D-400 or Form 400EZ. File a separate Form D-400X for each year you are amending.

**When to File**
File Form D-400X only after you have filed your original return. Generally, Form D-400X must be filed within 3 years after the date the original return was due to be filed or within six months of the date the tax was paid, whichever is later. A return filed early is considered filed on the date it was due. Note: Amended returns are not processed until all current year original returns are processed, which generally occurs by September. Please wait until after that date to contact us about your refund.

**Where to File**
Mail your return to the North Carolina Department of Revenue, PO Box 25000, Raleigh, NC 27640-0640.

**Specific Instructions**
Above your name, enter the calendar year or fiscal year of the return you are amending.

**Columns A-C**
In column A, enter the amounts from your return as originally filed or as you later amended it. If your return was changed or audited by the Department of Revenue, enter the adjusted amounts.

In column B, enter the net increase or net decrease for each line you are changing. Show all decreases in parentheses. Explain each change in the space above. If you need additional space, show the required information on an attached statement. If you are claiming a refund as a result of a carryback of a net operating loss, please attach a copy of Federal Form ... to this form.

In column C, add the increase in column B to the amount in column A, or subtract the decrease in column B from column A. For any item you do not change, enter the amount from column A in column C.

**Line Instructions**
If you are only changing withholding, other tax payments, or tax credits, skip lines 1-5 and start with line 6.

**Line 1** — Enter the amount from line 6, Form D-400 or line 6, Form D-400EZ. If you are correcting your wages or other employee compensation, attach a copy of all additional or corrected Forms W-2 or NC-2 you received after you filed your original return.

**Line 2** — Enter the amount from line 7, Form D-400 or line 7, Form D-400EZ in column A. If you are amending a return for a year prior to tax year 1995, enter the total of lines 7 and 11 of Form D-400.

**Line 4** — Enter the amount from line 9, Form D-400. If you filed Form D-400EZ, enter zero in column A.

**Line 6 and 6a** — For full-year North Carolina residents, the amount on line 5 is the North Carolina taxable income. Full-year residents should enter on line 6 the amount on line 5. Nonresidents and part-year residents report only the portion of federal taxable income that is from North Carolina sources. The percentage of a nonresident's or part-year resident's federal taxable income from North Carolina sources is reflected as a decimal amount on line 11a (line 13a for tax years prior to 1995) of Form D-400. If the percentage of federal taxable income from North Carolina sources has changed, show your calculation of the new percentage in the Explanation of Changes section above. Enter the new percentage as a decimal amount on line 6a. Determine the corrected North Carolina taxable income by multiplying the amount on line 5, column C by the decimal amount on line 6a. Enter the result on line 6, column C.

**Line 7** — Figure the tax on the taxable income you reported on line 6, column C. Use the Tax Tables in the instructions for Form D-400 if taxable income is less than $50,000. If $50,000 or more, use the Tax Rates below.

**Lines 8 - 9** — Enter on the applicable lines your income tax withholding and other tax payments. **Attach copies of corrected Forms W-2 or NC-2 if you change your withholding.** Other tax payments include payments of estimated income ta... payment made with an extension request, an... payments made by partnerships and/or corporations on behalf of nonresident partners an... or shareholders. Include supporting documentation... you change the amount of any tax payments yo... claim.

**Line 10** — Enter your total tax credits, such as cre... for child and dependent care expenses, credit f... children, and credit for income tax paid to anoth... state or country. On Form D-400 use line 15 (line 1... for tax years prior to 1995). If you filed Form D-400E... use line 11.

**Line 11** — Enter any amount you paid with your origi... return. Also include additional tax paid after you fil... your return. Do not include any payments of intere... or penalties.

**Line 13** — Enter the amount of overpayment show... on your original return. That amount must b... considered in preparing Form D 400X because a... refund you have not yet received from your origin... return will be sent to you separately from any addition... refund you claimed on Form D 400X. If your origin... return was changed or audited by the Department... Revenue and as a result there was a change in t... overpayment of tax, include the corrected overpayme... on line 13. Do not include any interest you receiv... on any refund.

**Line 14** — If line 14 is a negative amount, treat it as... positive amount and add it to the amount on line... column C. Enter the result on line 15. This is t... additional tax due.

**Line 16** — If a balance is due, interest is due on th... amount from the due date of the original return to t... date of payment. The applicable interest rate may b... obtained from your local Revenue Office. Include t... accrued interest in your payment.

**Line 17**— Send Form D-400X with a check or mon... order for the amount shown on line 17 payable to t... North Carolina Department of Revenue, P O B... 25000, Raleigh, N C 27640-0640. Do not send cas... Write your name, address, and SSN on your payme...

## Tax Rate Schedule

| If your filing status is | And the amount on line 6, column C is more than | But not over | The Tax is |
|---|---|---|---|
| Single | $ 0 | $ 12,750 | 6% of the amount on line 6, column C |
| | $ 12,750 | $ 60,000 | $765 + 7% of the amount over $12,750 |
| | $ 60,000 | ---------- | $4,072.50 + 7.75% of the amount over $60,000 |
| Head of Household | $ 0 | $ 17,000 | 6% of the amount on line 6, column C |
| | $ 17,000 | $ 80,000 | $1,020 + 7% of the amount over $17 000 |
| | $ 80,000 | ---------- | $5,430 + 7 75% of the amount over $80,000 |
| Married Filing Jointly or Qualifying Widow(er) | $ 0 | $ 21,250 | 6% of the amount on line 6, column C |
| | $ 21,250 | $100,000 | $1,275 + 7% of the amount over $21,250 |
| | $100,000 | ---------- | $6,787.50 + 7.75% of the amount over $100,00... |
| Married Filing Separately | $ 0 | $ 10,625 | 6% of the amount on line 6, column C |
| | $ 10,625 | $ 50,000 | $637 50 + 7% of the amount over $10,625 |
| | $ 50,000 | ---------- | $3,393 75 + 7 75% of the amount over $50,000 |

NOT VALID WITHOUT ALL PAGES

FOR INFORMATIONAL PURPOSES ONLY

D-400

# 1998 NORTH CAROLINA INDIVIDUAL INCOME TAX RETURN

(resident or nonresident)

For the year January 1 - December 31, 1998, or other tax year beginning / / 98, ending / / 99

Your first name and initial: NANCY E. Last name: LLOYD Your Social Security Number: 079 : 38 : 6148

If a joint return, spouse's first name and initial / Last name / Spouse's Social Security Number

PLEASE PRINT OR TYPE

Present home address: 3204 HIGH VIEW CIRCLE

Office Use Only

City, town, or post office, state and zip code: GREENSBORO, NORTH CAROLINA (27410) County: GUILFORD

IMPORTANT — Not answering correctly may delay processing of your return.

Is this the first time you (or your spouse, if filing jointly) have filed a North Carolina tax return? Yes ☐ No ☒

If you filed a return last year, is the name(s), address and/or filing status on this return different from last year's return? Yes ☐ No ☒

N.C. POLITICAL PARTIES FINANCING FUND — Do you wish to designate $1 to this fund? If so, check appropriate block. Note: Marking a box will not increase your tax or reduce your refund.

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| You | ☐ Democratic | ☐ Republican | ☐ Libertarian | ☒ Unspecified |
| Your Spouse | ☐ Democratic | ☐ Republican | ☐ Libertarian | ☐ Unspecified |

Were you a resident of N.C. for the entire year 1998? Yes ☒ No ☐ Was your spouse a resident for the entire year? Yes ☐ No ☐ If not, complete lines 42 through 46

CHECK THE SAME FILING STATUS YOU CHECKED ON YOUR FEDERAL RETURN. IF YOUR SPOUSE WAS A NONRESIDENT AND HAD NO NORTH CAROLINA TAXABLE INCOME IN 1998, SEE THE LINE INSTRUCTIONS FOR LINES 1 THROUGH 5. (IF YOU DO NOT INDICATE YOUR FILING STATUS BY CHECKING ONE OF THE BOXES, PROCESSING OF YOUR RETURN MAY BE DELAYED.)

**FILING STATUS:**

1 ☒ SINGLE
2 ☐ MARRIED FILING JOINTLY
3 ☐ MARRIED FILING SEPARATELY (Enter spouse's full name and social security no.) → Name: SS#:
4 ☐ HEAD OF HOUSEHOLD
5 ☐ QUALIFYING WIDOW(ER) WITH DEPENDENT CHILD (Year spouse died: ______)

Enter the NUMBER OF EXEMPTIONS claimed on your federal tax return ▶ 1 — OFFICE USE

ATTACH PAYMENT HERE

ATTACH WAGE AND TAX STATEMENT HERE

| Line | Description | | Amount |
|---|---|---|---|
| 6 | TAXABLE INCOME FROM YOUR FEDERAL INCOME TAX RETURN—Form 1040, line 39; Form 1040A, line 24; Form 1040EZ, line 6; or TeleFile Tax Record, Line J (If zero, see line instructions) | | 0 00 |
| 7 | You must complete the ADDITIONS TO FEDERAL TAXABLE INCOME section on lines 25 through 34 on page 2 of this form and enter the amount from line 34 (See instructions on page 7) | | 41,283 00 |
| 8 | ADD lines 6 and 7 and enter the total here | | 41,283 00 |
| 9 | DEDUCTIONS FROM FEDERAL TAXABLE INCOME—If applicable, complete lines 35 through 41 on page 2 of this form and enter the amount from line 41 (See instructions on page 9) | | 43,200 00 |
| 10 | SUBTRACT line 9 from line 8 and enter the result here | | -1917 00 |
| 11 | NORTH CAROLINA TAXABLE INCOME— (Full-year residents—enter the amount from line 10 on line 11b. Part-year residents and nonresidents—complete lines 42 through 46 on page 2 of this form. Enter the decimal amount from line 46 on line 11a (11a) . Multiply the amount on line 10 by the decimal amount on line 11a and enter the result here) 11b | | -1917 00 |
| 12 | NORTH CAROLINA INCOME TAX—If the amount on line 11b is less than $50,000, use the TAX TABLE beginning on page 13 of the instructions to determine your tax. If the amount on line 11b is $50,000 or more, use the Tax Rate Schedule on page 19 to figure your tax | | 0 00 |
| 13 | NORTH CAROLINA INCOME TAX WITHHELD: (Attach original State copy of each wage and tax statement) a Your tax withheld 13a | 914 00 | |
| | b Spouse's tax withheld 13b | 00 | |
| 14 | OTHER TAX PAYMENTS: (Enter applicable amounts and enter total on line 14e) a 1998 Estimated tax ___ 00; b Paid with extension ___ 00; c Partnership ___ 00; d S corporation ___ 00 — 14e | 00 | |
| 15 | TAX CREDITS—Enter the amount from Part V, line 35 of Form D-400TC. (You must attach Form D-400TC to your return if you claim a tax credit on this line) | 00 | |
| 16 | ADD lines 13a, 13b, 14e and 15 and enter the total here | | 914 00 |
| 17 | a If line 12 is more than line 16, subtract and enter the result 17a | 00 | |
| | b Underpayment of estimated income tax penalty (see instructions) (Exceptions to the penalty) ☐ 17b | 00 | |
| | c Other penalties and interest (see instructions) 17c | 00 | |
| 18 | Add lines 17a, 17b, and 17c and enter the total - PAY THIS AMOUNT | | 00 |
| 19 | If line 12 is less than line 16, subtract and enter the OVERPAYMENT | | 914 00 |
| 20 | Amount of line 19 to be applied to 1999 ESTIMATED INCOME TAX | 00 | |
| 21 | Contribution to the NC NONGAME AND ENDANGERED WILDLIFE FUND | 00 | |
| 22 | Contribution to the NORTH CAROLINA CANDIDATES FINANCING FUND | 00 | |
| 23 | ADD lines 20, 21 and 22 and enter the total here | | 00 |
| 24 | SUBTRACT line 23 from line 19 and enter the AMOUNT TO BE REFUNDED | | 914 00 |

NOT VALID WITHOUT ALL PAGES

FOR INFORMATIONAL PURPOSES ONLY

NANCY E. LLOYD 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 Page 2, Form D-400

**ADDITIONS TO FEDERAL TAXABLE INCOME** [illegible]

| Line | Description | | Amount |
|---|---|---|---|
| 25 | Enter the itemized deductions or the standard deduction from your federal return<br>● Form 1040, line 36<br>● Form 1040A, line 21<br>● Form 1040EZ SINGLE filers – enter $4,250 **OR** the amount from line 5 of Form 1040EZ, **whichever is less**<br>● Form 1040EZ MARRIED FILING JOINTLY filers – enter $7,100 **OR** the amount from line 5 of Form 1040EZ, **whichever is less**<br>● TeleFile Tax Record filers - - enter standard deduction from line I of TeleFile Tax Record | ● 25 | 43,200 00 |
| 26 | Enter your standard deduction from the applicable chart or worksheet on page 7 | ● 26 | 3,000 00 |
| 27 | **Subtract** line 26 from line 25 and enter the result here (but not less than zero)<br>**IMPORTANT: If you claimed the standard deduction on your federal return, skip line 28 and enter on line 29 the amount entered on line 27.** | 27 | 40,200 00 |
| 28 | If you itemized your deductions on your federal return, Form 1040, enter the state and local income taxes from line 5 and any foreign income taxes included on line 8 of Federal Schedule A. **IMPORTANT:** If you were required to complete the **Itemized Deductions Worksheet** on page A-6 of the instructions for **Federal Form 1040**, see page 8 | ● 28 | 00 |
| 29 | **Compare line 27 with line 28. Enter whichever is less** | ● 29 | 40,200 00 |
| 30 | Personal exemption adjustment (complete the **Personal Exemption Adjustment Worksheet** on page 8 and enter the result) | ● 30 | 200 00 |
| 31 | Interest income from obligations of states other than North Carolina | ● 31 | 00 |
| 32 | Lump-sum distributions from a pension or profit sharing plan | ● 32 | 00 |
| 33 | Other additions to federal taxable income (attach explanation or schedule) | ● 33 | 883 00 |
| 34 | **Total additions**—add lines 29 through 33. Enter the total here and on line 7, page 1 of this form | 34 | 41,283 00 |

**DEDUCTIONS FROM FEDERAL TAXABLE INCOME** [illegible] page 9

| Line | Description | | Amount |
|---|---|---|---|
| 35 | State or local income tax refund if included on line 10 of Federal Form 1040 | ● 35 | 00 |
| 36 | Interest income from U.S. obligations or its possessions and from obligations of the State of North Carolina | ● 36 | 00 |
| 37 | Taxable portion of Social Security and Railroad Retirement Benefits included on your federal return | ● 37 | 00 |
| 38 | Other retirement benefits (Enter the amount from line 4 of the **Retirement Benefits Deduction Worksheet** on page 9 of the instructions) | ● 38 | 00 |
| 39 | Federal mortgage interest tax credit and other federal tax credits for which deductions were reduced | ● 39 | 00 |
| 40 | Other deductions from federal taxable income (attach explanation and/or schedule) | ● 40 | 43,200 00 |
| 41 | **Total deductions** – add lines 35 through 40. Enter the total here and on line 9, page 1 of this form | 41 | 43,200 00 |

**COMPUTATION OF NORTH CAROLINA TAXABLE INCOME FOR PART-YEAR RESIDENTS AND NONRESIDENTS**

(See the line instructions beginning on page 10)

| Line | Description | | Amount |
|---|---|---|---|
| 42 | Total income while a **RESIDENT** of North Carolina | ● 42 | 00 |
| 43 | Total income **from North Carolina sources** while you were a **NONRESIDENT** of North Carolina | ● 43 | 00 |
| 44 | **Add** lines 42 and 43 and enter the total | 44 | 00 |
| 45 | Total income from all sources—from Form 1040, line 22; 1040A, line 14; 1040EZ, line 4; or TeleFile Tax Record, line H (If you enter additions or deductions on lines 7 or 9 of page 1 of this form, see the instructions on page 10) | ● 45 | 00 |
| 46 | Divide line 44 by line 45. Enter the result as a decimal amount here and on line 11a, page 1 of this form **(Round to two decimal places — Example: .632 rounds to .63)** | 46 | . |

I certify that, to the best of my knowledge, this return is accurate and complete.

Sign here ▶ Nancy E. Lloyd 08-08-02
Your signature Date

▶ Spouse's signature (If filing joint return, both must sign) Date

Daytime Telephone Number (Optional)

Check if return was completed by paid preparer. ➔ ☐

If prepared by a person other than taxpayer, this affirmation is based on all information of which preparer has any knowledge.

▶ Paid preparer's signature Date

Paid preparer's social security or I.D. number / Preparer's Telephone Number

Check if prepared by VITA volunteer ☐ TCE volunteer ☐

IF REFUND mail to: N.C. DEPT. OF REVENUE, P.O. BOX R, RALEIGH, N.C. 27634-0001 IF YOU ARE NOT DUE A REFUND mail with payment to: N.C. DEPT. OF REVENUE, P.O. BOX 25000, RALEIGH, N.C. 27640-0640

NOT VALID WITHOUT ALL PAGES

N0010051

STATE OF NORTH CAROLINA
# DEPARTMENT OF REVENUE
PO BOX 25000
RALEIGH NC 27640-0150

D

# GARNISHMENT FOR TAXES
July 23, 2002

IN THE MATTER OF
NANCY E LLOYD (hereinafter referred to as the taxpayer) SSN: 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
TO: PIEDMONT CAROLINAS REGIONAL BLOODCENTER

3237760020720
PIEDMONT CAROLINAS REGIONAL BLOOD
CENTER
PO BOX 36507
CHARLOTTE NC 28236-6507

## TAKE NOTICE:

The above taxpayer is indebted to the State of North Carolina on account of duly assessed INDIVIDUAL INCOME taxes, penalty and interest, as shown below. The taxpayer has previously been notified of this liability and copies of this notice are being provided to the taxpayer and the garnishee.

| PERIOD | TAX | PENALTY/FEE | INTEREST | TOTAL | LESS PAID | TOTAL DUE |
|---|---|---|---|---|---|---|
| 01/01/98 - 12/31/98 | 1,599.00 | 1,059.65 | 400.13 | 3,058.78 | 0.00 | 3,058.78 |

A 20% Collection Assistance Fee will be imposed in 60 days if not paid in full. Interest continues to accrue on the lesser of tax or total due at 6.00%. The estimated payout amount includes the 20% Collection Assistance Fee and interest forecasted through October 22, 2002.

ESTIMATED PAYOUT AMOUNT: $3,699.85

INSTRUCTIONS TO GARNISHEE:

This garnishment is being served upon you for taxes owed the North Carolina Department of Revenue by the taxpayer named above, pursuant to the authority granted in G.S. 105-242, which is included with this notice. As garnishee, you are required by law to withhold monies and submit payment to the Department of Revenue until the taxpayer's liability is paid in full. The Department cannot require that you withhold more than 10 percent of the taxpayer's gross salary or wages.

**If you fail to withhold or to state, in writing, any defense or set off you could become liable for the taxes, interest and penalties due by the taxpayer.** Such statement of defense or set off must be mailed to the Secretary of Revenue by registered or certified mail within 10 days after service of this garnishment.

Payments should be sent to the Department of Revenue every 30 days or more often if you choose to do so until the liability is satisfied. **Payments should be submitted with a photocopy of this garnishment to properly credit the taxpayer's account.** If a copy of the garnishment is not submitted, please provide the following information: Taxpayer's Name, Social Security Number or ID Number shown above, Notice Number, Type of Tax and Amount of Payment enclosed.

Notification that the garnishment has been satisfied will be furnished upon request. If the taxpayer separates from your employment, you are required to withhold from amounts due the taxpayer for any remaining outstanding liability. In addition, you should notify the Department that the taxpayer has left your employment.

If you have questions regarding this garnishment, please call the Department at the number shown below.

WITNESS my hand and seal, on July 23, 2002.

*SECRETARY OF REVENUE*

BY: Revenue Officer
(919) 733-2208

**UNITED STATES COURT OF FEDERAL CLAIMS**

DOCKET #:______________________

JUDGE ______________________

**JOSEPH O. SALADINO, Petitioner**

vs

**UNITED STATES, Respondent**

---

**PLEADING SPECIAL MATTERS & EXHIBIT #15**

The authority for this pleading is RCFC 9.(c),(h)(1),(2),(5) and (6). In support the Court is shown that the following conditions precedent exist in this proceeding:

I.

**ADMINISTRATIVE PROCEEDING FOR A DEDUCTION**

A administrative proceeding exist within the State of North Carolina. This is an administrative action to claim an election. The cause and effect are these:

a. The action is for the tax year 1999.

b. The election is to itemize a deduction.

c. The tax identification number of the individual is 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.

d. The original request for the election was filed on February 7, 2003 at North Carolina Department of Revenue.

e. The determination issued on September 26, 2003.

II

**CITATION OF STATUTES & REGULATIONS FOR ELECTION CLAIMED**

a. The State of North Carolina is operating under the Internal Revenue Service by operation of law.

b. The statutory authority to make the election to itemize on a form 1040 is founded in Title 26, U.S.C., § 63(e)(2):

> *"Any election under this subsection shall be made on the taxpayer's return…"*

c. The deduction being taken is an activity not engaged in for profit founded on Title 26, Section 183(1).

> *"the deductions which would be allowable under this chapter for the taxable year..."*

d. The claim for relief being litigated herein is founded on Title 26, § 212(1):

> *"In the case of an individual, there shall be allowed as a deduction all the ordinary and necessary expenses...incurred during the taxable year - (1) for the production...of income;"*

e. The intent of the taxpayer is to claim that the deduction founded on Title 26, Section 1341(a)(5)(B) using prior revenue laws:

> *"...or the corresponding provisions of prior revenue laws..."*

f. The intent of Congress claimed is founded in Title 26, C.F.R.,§1. 211 which mandates the IRS to follow this procedure:

> "In computing taxable income under section 63(a), the deduction provided by sections 212...shall be allowed..."

g. The failure of the secretary to act in an official capacity under this section(212) resulted in this suit and claim for

relief.

h. The petitioner is seeking judicial review of an "omission" or failure of the secretary to act. The authority is founded on Title 5, U.S.C. § 702:

> *"If no special statutory review proceeding is applicable..."*

i. The request for judicial review is based on the claim that no statutory review proceeding exist when the secretary fails to proceed short of statutory right and without observance of procedure required by law. The claim is founded on Title 5, U.S.C. § 706(D):

> *"without observance of procedure required by law;"*

j. The exact act required by this court in founded on Title 5,U.S.C., § 706 (1):

> "compel agency action unlawfully withheld or unreasonable delayed;"

k. The part responsible to allow the deduction is the State of North Carolina Department of Revenue.

III

**OWNERSHIP OF CLAIM**

The Pleadings in special matters #2 is hereby adopted by reference.

I hereby verify under penalties of perjury that the foregoing is true and correct. I further verify under penalty of perjury that the attached copy of the tax return is a correct copy of the

original filed.

Joseph O. Saladino
416 Alamosa Ave
Palmdale, California 93551

CERT. MAIL # 7002 2410 0003 0271 3367

D-400

Print in Black or Blue Ink Only.

# Individual Income Tax Return 1999

North Carolina Department of Revenue

For calendar year 1999, or other tax year beginning (MM-DD) - - 9 9 and ending (MM-DD-YY) - -

Your Social Security Number: 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 ← You must enter your social security number(s) → Spouse's Social Security Number: - -

Your First Name (USE CAPITAL LETTERS FOR YOUR NAME AND ADDRESS): NANCY M.I.: E Your Last Name: LLOYD

If a Joint Return, Spouse's First Name M.I. Spouse's Last Name

Address: 3204 HIGH VIEW CIRCLE County (Enter first five letters): GUILF

City: GREENSBORO State: NC Zip Code: 27410 -

| Fill in all applicable circles: | N.C. Political Parties Financing Fund |
|---|---|
| Incorrect responses may delay any refund due. | Fill in appropriate circle if you want to designate $1 to this fund; making a donation neither increases your tax nor reduces your refund. |
| Your name, spouse's name, address, or filing status has changed since last year's return | You / Your Spouse |
| First N.C. return for you or your spouse | Democratic / Democratic |
| Return for deceased taxpayer Date of death | Republican / Republican |
| Return for deceased spouse Date of death | Unspecified / Unspecified |

**Residency Status** Were you a resident of N.C. for the entire year of 1999? ● Yes No *If no, complete Lines 49 through 53 on Page 4*
Was your spouse a resident for the entire year? Yes No

**Filing Status** Same as federal. Fill in one circle only. If your spouse was a nonresident and had no North Carolina taxable income in 1999, see the Line Instructions for Lines 1 through 5. If you do not indicate your filing status by filling in one of the circles, any refund due will be delayed.

1. ● Single
2. Married Filing Jointly
3. Married Filing Separately → (Enter your spouse's full name and Social Security Number) Name SSN
4. Head of Household
5. Qualifying Widow(er) with Dependent Child (Year spouse died: )

Enter the Number of Exemptions claimed on your federal income tax return: 1

7020106001

*If amount on Line 6, 8, 10a, 11, or 12 is negative, fill in circle. Example:* ●

| Line | | Amount |
|---|---|---|
| **6. Taxable Income from Your Federal Income Tax Return** Form 1040, Line 39; Form 1040A, Line 24; Form 1040EZ, Line 6; or TeleFile Tax Record, Line K ***(If zero, see the Line Instructions)*** | 6. ● | 2750.00 |
| **7. Additions to Federal Taxable Income** All taxpayers must complete **Lines 31 through 40 on Page 3** and enter amount from Line 40 | 7. | 250.00 |
| **8. Add Lines 6 and 7** | 8. ● | 2500.00 |
| **9. Deductions from Federal Taxable Income** If applicable, complete **Lines 41 through 48 on Page 3** and enter amount from Line 48 | 9. | 0.00 |
| **10. a. Line 8 minus Line 9** | 10a. ● | 2500.00 |
| **b. Part-year residents and nonresidents** Complete Lines 49 through 53 on Page 4 and enter decimal amount from Line 53 | 10b. | . |
| **11. North Carolina Taxable Income** Full-year residents enter the amount from Line 10a. Part-year residents and nonresidents multiply amount on Line 10a by 10b and enter result | 11. ● | 2500.00 |

NOT VALID WITHOUT ALL PAGES

**Page 2** D-400

Last Name (First 10 Characters): LLOYD | Your Social Security Number: 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

| | | |
|---|---|---|
| **12. Enter amount from Line 11** (North Carolina Taxable Income) | 12. | 2500.00 |
| **13. North Carolina Income Tax** If the amount on Line 12 is less than $68,000, use the **Tax Table** beginning on Page 15 of the instructions to determine your tax. If the amount on Line 12 is $68,000 or more, use the **Tax Rate Schedule** on Page 23 to calculate your tax. | 13. | 0.00 |
| **14. Tax Credits** *(From Form D-400TC, Part 4, Line 31)* | ▶ 14. | 0.00 |
| **15. Subtract** Line 14 from Line 13 | 15. | 0.00 |
| **16. Consumer Use Tax** *(See instructions on Page 6)* | ▶ 16. | 0.00 |
| **17. Add** Lines 15 and 16 | 17. | 0.00 |
| **18. North Carolina Income Tax Withheld** *(Staple original or copy of the original State wage and tax statement(s) in top left-hand corner of the return)* — a. Your tax withheld | ▶ 18a. | 0.00 |
| b. Spouse's tax withheld | ▶ 18b. | .00 |
| **19. Other Tax Payments** | | |
| a. 1999 Estimated Tax ▶ 19a. 0.00 | | |
| b. Paid with Extension ▶ 19b. 0.00 | | |
| c. Partnership ▶ 19c. 0.00 | | |
| d. S Corporation ▶ 19d. 0.00 | | |
| **20. Add** Lines 19a through 19d | 20. | 0.00 |
| **21. Tax Credit for Child Health Insurance Premiums** *(From Form D-400TC, Part 5, Line 39)* | ▶ 21. | 0.00 |
| **22. Add** Lines 18a, 18b, 20, and 21 | 22. | 0.00 |
| **23. a.** If Line 17 is more than Line 22, subtract and enter the result | ▶ 23a. | 0.00 |
| b. Penalty for underpayment of estimated income tax *(See instructions and enter letter in box, if applicable)* **Penalty Exception** ▶ | ▶ 23b. | .00 |
| c. Other penalties and interest *(See instructions)* | 23c. | .00 |
| **24. Add** Lines 23a, 23b, and 23c and enter the total - **Pay This Amount** | 24. $ | 0.00 |
| **25.** If Line 17 is less than Line 22, subtract and enter the result | 25. | 0.00 |
| **26.** Amount of Line 25 to be applied to **2000 Estimated Income Tax** | ▶ 26. | .00 |
| **27.** Contribution to the **N.C. Nongame and Endangered Wildlife Fund** | ▶ 27. | .00 |
| **28.** Contribution to the **N.C. Candidates Financing Fund** | ▶ 28. | .00 |
| **29. Add** Lines 26, 27, and 28 | 29. | .00 |
| **30. Subtract** Line 29 from Line 25 and enter the **Amount To Be Refunded** | ▶ 30. | 0.00 |

**Be sure to sign and date your return on Page 4**

7020206001

NOT VALID WITHOUT ALL PAGES

| Last Name (First 10 Characters) | Your Social Security Number |
|---|---|
| LLOYD | 079 - 38 - 6148 |

## Additions to Federal Taxable Income *(See Line Instructions beginning on Page 8.)*

| | | |
|---|---|---|
| **31.** Enter the itemized deductions or the standard deduction from your federal return<br>● Form 1040, Line 36<br>● Form 1040A, Line 21<br>● Form 1040EZ SINGLE filers - enter $4,300 **OR** the amount from Line 5 of Form 1040EZ, **whichever is less**<br>● Form 1040EZ MARRIED FILING JOINTLY filers - enter $7,200 **OR** the amount from Line 5 of Form 1040EZ, **whichever is less**<br>● TeleFile Tax Record filers - enter standard deduction from Line J of TeleFile Tax Record | ▶ 31. | 43 688.00 |
| **32.** Enter your standard deduction from the applicable chart or worksheet on Page 8 | ▶ 32. | 3 000.00 |
| **33. Subtract** Line 32 from Line 31 and enter the result here, but not less than zero **IMPORTANT: If you claimed the standard deduction on your federal return, skip Line 34 and enter on Line 35 the amount entered on Line 33** | 33. | 40 688.00 |
| **34.** If you itemized your deductions on your federal return, Form 1040, enter the state and local income taxes from Line 5 and any foreign income taxes included on Line 8 of Federal Schedule A. **IMPORTANT:** If you were required to complete the **Itemized Deductions Worksheet** on Page A-6 of the instructions for **Federal Form 1040**, see Page 9 | ▶ 34. | 0.00 |
| **35. Compare Line 33 with Line 34 and enter whichever is less** | ▶ 35. | 0.00 |
| **36.** Personal exemption adjustment *(Complete the **Personal Exemption Adjustment Worksheet** on Page 9 and enter the result)* | ▶ 36. | 250.00 |
| **37.** Interest income from obligations of states other than North Carolina | ▶ 37. | 0.00 |
| **38.** Lump-sum distributions from a pension or profit sharing plan | ▶ 38. | 0.00 |
| **39.** Other additions to federal taxable income *(Attach explanation or schedule)* | ▶ 39. | 0.00 |
| **40. Total additions** - Add Lines 35 through 39 *(Enter the total here and on Line 7)* | 40. | 250.00 |

## Deductions from Federal Taxable Income *(See Line Instructions beginning on Page 10.)*

| | | |
|---|---|---|
| **41.** State or local income tax refund if included on Line 10 of Federal Form 1040 | ▶ 41. | .00 |
| **42.** Interest income from obligations of the United States, United States' possessions, or the State of North Carolina | ▶ 42. | .00 |
| **43.** Taxable portion of Social Security and Railroad Retirement Benefits included on your federal return | ▶ 43. | .00 |
| **44.** Other retirement benefits *(Enter amount from Line 4 of the **Retirement Benefits Deduction Worksheet** on Page 10)* | ▶ 44. | .00 |
| **45.** Federal tax credits for which deductions were reduced | ▶ 45. | .00 |
| **46.** Retirement benefits received by vested N.C. State government, N.C. local government, or federal government retirees ***(Bailey settlement)*** | ▶ 46. | .00 |
| **47.** Other deductions from federal taxable income *(Attach explanation or schedule)* | ▶ 47. | .00 |
| **48. Total deductions** - Add Lines 41 through 47 *(Enter the total here and on Line 9)* | 48. | 0.00 |

7020306001

NOT VALID WITHOUT ALL PAGES

**Page 4**
D-400

Last Name (First 10 Characters): LLOYD
Your Social Security Number: 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

## Computation of North Carolina Taxable Income for Part-Year Residents and Nonresidents

*(See Line Instructions beginning on Page 11.)*

*If amount on Line 49, 50, 51 or 52 is negative, fill in circle. Example:* ●

| | | |
|---|---|---|
| **49.** Total income while you were a **Resident** of North Carolina | ▶ 49. | .00 |
| **50.** Total income from North Carolina sources while you were a **Nonresident** of North Carolina | ▶ 50. | .00 |
| **51.** Add Lines 49 and 50 | 51. | .00 |
| **52. Total income from all sources** Form 1040, Line 22; 1040A, Line 14; 1040EZ, Line 4; or TeleFile Tax Record, Line I *(If you entered additions or deductions on Lines 7 or 9, see the instructions on Page 11)* | ▶ 52. | .00 |
| **53.** Divide Line 51 by Line 52 *(Enter the result as a decimal amount here and on Line 10b; round to two decimal places)* | 53. | . |

I certify that, to the best of my knowledge, this return is accurate and complete.

**Sign Here**

Nancy Ellen Lloyd — Your Signature — 02-07-03 Date

Spouse's Signature (If filing joint return, both must sign) — Date

Daytime Telephone Number (Optional)

Fill in circle if return was completed by paid preparer. →

If prepared by a person other than taxpayer, this certification is based on all information of which the preparer has any knowledge.

Paid Preparer's Signature — Date

Paid Preparer's FEIN, SSN, or PTIN — Preparer's Telephone Number

Fill in circle if prepared by: VITA Volunteer TCE Volunteer

*If REFUND mail to:* N.C. DEPT. OF REVENUE
P.O. BOX R
RALEIGH, NC 27634-0001

*If you ARE NOT due a refund mail with payment to:* N.C. DEPT. OF REVENUE
P.O. BOX 25000
RALEIGH, NC 27640-0640

**New Payment Voucher** - If you are sending in a payment **and** you received a preaddressed income tax booklet, use the new payment voucher **(Form D-400V)** included on the inside flap of the front cover of the booklet. Complete the voucher and enclose it with your return and payment in the envelope provided. Please do not staple or otherwise attach your payment or voucher to your return or to each other.

7020406001

NOT VALID WITHOUT ALL PAGES 06-K-0[illegible]

Guilford county )
)
North Carolina )
)
UNITED STATES )

**AFFIDAVIT & STATEMENT OF PREPARER IN SUPPORT OF D-400 FILING**

I, the undersigned Affiant, do hereby aver the following:

1. Affiant's name is Nancy Ellen Lloyd; Affiant is over 18 years of age, of sound mind, has not been convicted of any crime or offense which would render Affiant incompetent to testify; Affiant has personal knowledge that the following facts are true, correct, complete, certain and not misleading:
2. Affiant makes this Affidavit and Statement in Support for:

   Nancy Ellen Lloyd
   c/o 3204 High View Circle
   Greensboro, North Carolina 27410

   Social Security No: 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
3. Affiant is filing this affidavit in support of the Tax Year 1999 Form D-400.
4. Affiant affirms that the $43,688.00 deduction claimed on the Form D-400 Line 31 is an unrestricted claim of right adjustment founded on USC Title 26 Section 1341 (17 NCAC 06B .0116 (c) claim of right doctrine under IRC Section 1341)
5. The claim of right is as follows:
   a. This is a deduction of an item of non-taxable income.
   b. The item being deducted is "compensation for personal labor actually rendered".
6. The law for this claim is
   a. USC Title 26, §1341(a)(5)(B):

      "…or the corresponding provisions of prior revenue laws"

   b. and

      "For purposes of paragraph (5)(B), the corresponding Provisions of the Internal Revenue Code of 1939 shall be chapter 1 of such code."

   c. The Internal Revenue Code of 1939, Chapter 1, Subchapter B, § 23 entitled "Deduction From Gross Income:

      "…compensation for personal services actually rendered".
7. Affiant is claiming a right made available to United States citizens.
8. Affiant is aware that she has an unrestricted right to correct errors and omissions made in previous years and this stands as the correction for 1999.

I declare under penalty of perjury that the foregoing truths and facts herein are of first-hand personal knowledge, true, correct, complete, certain and not misleading.

Executed this 7th day of February, 2003

Nancy Ellen Lloyd

Nancy Ellen Lloyd
3204 High View Circle
Greensboro, North Carolina 27410



NOT VALID WITHOUT ALL PAGES

**UNITED STATES COURT OF FEDERAL CLAIMS**

DOCKET #: ______________________________

JUDGE __________________________

**JOSEPH O. SALADINO, Petitioner**

vs

**UNITED STATES, Respondent**

---

**PLEADING SPECIAL MATTERS & EXHIBIT #16**

The authority for this pleading is RCFC 9.(c),(h)(1),(2),(5) and (6). In support the Court is shown that the following conditions precedent exist in this proceeding:

I.

**ADMINISTRATIVE PROCEEDING FOR A DEDUCTION**

A administrative proceeding exist within the State of North Carolina. This is an administrative action to claim an election. The cause and effect are these:

a. The action is for the tax year 2000.

b. The election is to itemize a deduction.

c. The tax identification number of the individual is 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.

d. The original request for the election was filed on February 7, 2003 at North Carolina Department of Revenue.

e. The determination issued on September 26, 2003.

II

**CITATION OF STATUTES & REGULATIONS FOR ELECTION CLAIMED**

The Pleadings in special matters #16 is hereby adopted by reference.

III

**OWNERSHIP OF CLAIM**

The Pleadings in special matters #2 is hereby adopted by reference.

I hereby verify under penalties of perjury that the foregoing is true and correct. I further verify under penalty of perjury that the attached copy of the tax return is a correct copy of the original filed.

Joseph O. Saladino
416 Alamosa Ave
Palmdale, California 93551

Cert. Mail # 7002 2410 0003 0271 3374

← Staple W-2s Here

D-400
Web
1-01

# Individual Income Tax Return 2000

North Carolina Department of Revenue

*Print in Black or Blue Ink Only*

For calendar year 2000, or other tax year beginning *(MM-DD)* 0 0 and ending *(MM-DD-YY)*

Your Social Security Number: 079 38 6148

**You must enter your social security number(s)**

Spouse's Social Security Number

Your First Name *(USE CAPITAL LETTERS FOR YOUR NAME AND ADDRESS)*: NANCY M.I.: E Your Last Name: LLOYD

If a Joint Return, Spouse's First Name M.I. Spouse's Last Name

Address: 3204 HIGH VIEW CIRCLE County *(Enter first five letters)*: GUILF

City: GREENSBORO State: NC Zip Code: 27410 Country *(If not U.S.)*

**Deceased Taxpayer Information**

If this return is for a deceased taxpayer or a deceased spouse, fill in the applicable circle and enter date of death.

Return for deceased taxpayer Date of death

Return for deceased spouse Date of death

**N.C. Political Parties Financing Fund**

Fill in appropriate circle if you want to designate $1 to this fund; making a donation neither increases your tax nor reduces your refund.

| You | Your Spouse |
|---|---|
| Democratic | Democratic |
| Republican | Republican |
| Unspecified | Unspecified |

**Residency Status** Were you a resident of N.C. for the entire year of 2000? ● Yes No *If no, complete Lines 48 through 52 on Page 4*
Was your spouse a resident for the entire year? Yes No

**Filing Status** **Same as federal. Fill in one circle only.** If your spouse was a nonresident and had no North Carolina taxable income in 2000, see the Line instructions for Lines 1 through 5. If you do not indicate your filing status by filling in one of the circles, any refund due will be delayed.

1. ● **Single**
2. **Married Filing Jointly**
3. **Married Filing Separately** → *(Enter your spouse's full name and Social Security Number)* Name SSN
4. **Head of Household**
5. **Qualifying Widow(er) with Dependent Child** (Year spouse died: )

Enter the Number of Exemptions claimed on your federal income tax return: 1

*If amount on Lines 6, 8, 10a, 11, or 12 is negative, fill in circle. Example:* ●

**6. Taxable Income from Your Federal Income Tax Return** — Form 1040, Line 39; Form 1040A, Line 25; Form 1040EZ, Line 6; or TeleFile Tax Record, Line K ***(If zero, see the Line Instructions)*** ▶ 6. ● 2800 .00

**7. Additions to Federal Taxable Income** — All taxpayers must complete **Lines 31 through 40 on Page 3** and enter amount from Line 40 ▶ 7. 300 .00

**8.** Add Lines 6 and 7 — 8. ● 2500 .00

**9. Deductions from Federal Taxable Income** — If applicable, complete **Lines 41 through 47 on Page 3** and enter amount from Line 47 ▶ 9. 0 .00

**10. a.** Line 8 minus Line 9 — 10a. ● 2500 .00

**b. Part-year residents and nonresidents** — Complete **Lines 48 through 52 on Page 4** and enter decimal amount from Line 52 ▶ 10b. .

**11. North Carolina Taxable Income** — ***Full-year residents*** enter the amount from Line 10a; ***Part-year residents and nonresidents*** multiply amount on Line 10a by 10b and enter result — 11. ● 2500 .00

7020106002

NOT VALID WITHOUT ALL PAGES

**Page 2** D-400 Web 1-01

Your Last Name (First 10 Characters): LLOYD

Your Social Security Number: 079 38 6148

| | | |
|---|---|---|
| 12. **Enter amount from Line 11** (North Carolina Taxable Income) | 12. | 2500 .00 |
| 13. **North Carolina Income Tax** If the amount on Line 12 is less than $68,000, use the **Tax Table** beginning on Page 15 of the instructions to determine your tax. If the amount on Line 12 is $68,000 or more, use the **Tax Rate Schedule** on Page 23 to calculate your tax. | 13. | 0 .00 |
| 14. **Tax Credits** *(From Form D-400TC, Part 4, Line 31)* | ▶ 14. | 0 .00 |
| 15. **Subtract** Line 14 from Line 13 | 15. | 0 .00 |
| 16. **Consumer Use Tax** *(See instructions on Page 6)* | ▶ 16. | 0 .00 |
| 17. Add Lines 15 and 16 | 17. | 0 .00 |
| 18. **North Carolina Income Tax Withheld** *(Staple original or copy of the original State wage and tax statement(s) in top left-hand corner of the return)* a. Your tax withheld | ▶ 18a. | 0 .00 |
| b. Spouse's tax withheld | ▶ 18b. | .00 |
| 19. **Other Tax Payments** | | |
| a. 2000 Estimated Tax ▶ 19a. 0 .00 | | |
| b. Paid with Extension ▶ 19b. 0 .00 | | |
| c. Partnership ▶ 19c. 0 .00 | | |
| d. S Corporation ▶ 19d. 0 .00 | | |
| 20. Add Lines 19a through 19d | 20. | 0 .00 |
| 21. **Tax Credit for Child Health Insurance Premiums** *(From Form D-400TC, Part 5, Line 39)* | ▶ 21. | 0 .00 |
| 22. Add Lines 18a, 18b, 20, and 21 | 22. | 0 .00 |
| 23. a. If Line 17 is more than Line 22, subtract and enter the result | ▶ 23a. | 0 .00 |
| b. Penalty for underpayment of estimated income tax *(See instructions and enter letter in box, if applicable)* **Penalty Exception** ▶ | ▶ 23b. | .00 |
| c. Other penalties and interest *(See instructions)* | 23c. | .00 |
| 24. Add Lines 23a, 23b, and 23c and enter the total - **Pay This Amount** | 24. $ | 0 .00 |
| 25. If Line 17 is less than Line 22, subtract and enter the result | 25. | 0 .00 |
| 26. Amount of Line 25 to be applied to **2001 Estimated Income Tax** | ▶ 26. | .00 |
| 27. Contribution to the **N.C. Nongame and Endangered Wildlife Fund** | ▶ 27. | .00 |
| 28. Contribution to the **N.C. Candidates Financing Fund** | ▶ 28. | .00 |
| 29. Add Lines 26, 27, and 28 | 29. | .00 |
| 30. **Subtract** Line 29 from Line 25 and enter the **Amount To Be Refunded** | ▶ 30. | 0 .00 |

7020206002

**Be sure to sign and date your return on Page 4.**

NOT VALID WITHOUT ALL PAGES

**Page 3**
D-400 Web 1-01

Your Last Name *(First 10 Characters)*: LLOYD

Your Social Security Number: 079 38 6148

## Additions to Federal Taxable Income *(See Line Instructions beginning on Page 8.)*

| | | |
|---|---|---|
| **31.** Enter the itemized deductions or the standard deduction from your federal return<br>● Form 1040, Line 36<br>● Form 1040A, Line 22<br>● Form 1040EZ SINGLE filers - enter $4,400 OR the amount from Line 5 of Form 1040EZ, **whichever is less**<br>● Form 1040EZ MARRIED FILING JOINTLY filers - enter $7,350 OR the amount from Line 5 of Form 1040EZ, **whichever is less**<br>● TeleFile Tax Record filers - enter standard deduction from Line J of TeleFile Tax Record | ▶ 31. | 49153.00 |
| **32.** Enter your standard deduction from the applicable chart or worksheet on Page 8 | ▶ 32. | 3000.00 |
| **33. Subtract** Line 32 from Line 31 and enter the result here, but not less than zero<br>**IMPORTANT: If you claimed the standard deduction on your federal return, skip Line 34 and enter on Line 35 the amount entered on Line 33** | 33. | 46153.00 |
| **34.** If you itemized your deductions on your federal return, Form 1040, enter the state and local income taxes from Line 5 and any foreign income taxes included on Line 8 of Federal Schedule A. **IMPORTANT:** If you were required to complete the **Itemized Deductions Worksheet** in the instructions for **Federal Form 1040**, see Page 9 | ▶ 34. | 0.00 |
| **35. Compare Line 33 with Line 34 and enter whichever is less** | ▶ 35. | 0.00 |
| **36.** Personal exemption adjustment *(Complete the* ***Personal Exemption Adjustment Worksheet*** *on Page 9 and enter the result)* | ▶ 36. | 300.00 |
| **37.** Interest income from obligations of states other than North Carolina | ▶ 37. | 0.00 |
| **38.** Lump-sum distributions from a pension or profit sharing plan | ▶ 38. | 0.00 |
| **39.** Other additions to federal taxable income *(Attach explanation or schedule)* | ▶ 39. | 0.00 |
| **40. Total additions** - Add Lines 35 through 39 *(Enter the total here and on Line 7)* | 40. | 300.00 |

## Deductions from Federal Taxable Income *(See Line Instructions beginning on Page 10.)*

| | | |
|---|---|---|
| **41.** State or local income tax refund if included on Line 10 of Federal Form 1040 | ▶ 41. | .00 |
| **42.** Interest income from obligations of the United States, United States' possessions, or the State of North Carolina | ▶ 42. | .00 |
| **43.** Taxable portion of Social Security and Railroad Retirement Benefits included on your federal return | ▶ 43. | .00 |
| **44.** Retirement benefits received by vested N.C. State government, N.C. local government, or federal government retirees ***(Bailey settlement)*** | ▶ 44. | .00 |
| **45.** If you have retirement benefits not reported on Lines 43 or 44, complete the ***Retirement Benefits Worksheet*** on Page 11 and enter the result here | ▶ 45. | .00 |
| **46.** Other deductions from federal taxable income *(Attach explanation or schedule)* | ▶ 46. | .00 |
| **47. Total deductions** - Add Lines 41 through 46 *(Enter the total here and on Line 9)* | 47. | 0.00 |

**This page must be filed with Pages 1 and 2 of this form.**

7020306002

**Page 4**
D-400
Web
1-01

Your Last Name *(First 10 Characters)*: LLOYD

Your Social Security Number: 079 38 6148

## Computation of North Carolina Taxable Income for Part-Year Residents and Nonresidents

*(See Line Instructions beginning on Page 11.)*

*If amount on Lines 48, 49, 50, or 51 is negative, fill in circle. Example:* ●

| | | |
|---|---|---|
| 48. Total income while you were a **Resident** of North Carolina | ▶ 48. | .00 |
| 49. Total income from **North Carolina** sources while you were a **Nonresident** of North Carolina | ▶ 49. | .00 |
| 50. Add Lines 48 and 49 | 50. | .00 |
| 51. **Total income from all sources** Form 1040, Line 22; 1040A, Line 15; 1040EZ, Line 4; or TeleFile Tax Record, Line I *(If you entered additions or deductions on Lines 7 or 9, see the instructions on Page 11)* | ▶ 51. | .00 |
| 52. Divide Line 50 by Line 51 *(Enter the result as a decimal amount here and on Line 10b; round to two decimal places)* | 52. | . |

**Sign Here**

I certify that, to the best of my knowledge, this return is accurate and complete.

Nancy Ellen Lloyd — 02-07-03
Your Signature — Date

Spouse's Signature (If filing joint return, both must sign) — Date

Daytime Telephone Number (Optional)

Fill in circle if return was completed by paid preparer. →

If prepared by a person other than taxpayer, this certification is based on all information of which the preparer has any knowledge.

Paid Preparer's Signature — Date

Paid Preparer's FEIN, SSN, or PTIN — Preparer's Telephone Number

Fill in circle if prepared by: VITA Volunteer — TCE Volunteer

***If REFUND mail return to:*** N.C. DEPT. OF REVENUE, P.O. BOX R, RALEIGH, NC 27634-0001

***If you ARE NOT due a refund mail return, any payment, and D-400V to:*** N.C. DEPT. OF REVENUE, P.O. BOX 25000, RALEIGH, NC 27640-0640

**Payment Voucher -** If you are sending in a payment **and** you received a preaddressed income tax booklet, use the payment voucher **(Form D-400V)** included on the inside flap of the front cover of the booklet. Complete the voucher and enclose it with your return and payment in the envelope provided. Please do not staple, tape, or otherwise attach your payment or voucher to your return or to each other.

7020406002

NOT VALID WITHOUT ALL PAGES

| | | |
|---|---|---|
| Guilford county | ) | |
| | ) | |
| North Carolina | ) | **AFFIDAVIT & STATEMENT OF PREPARER IN SUPPORT OF D-400 FILING** |
| | ) | |
| UNITED STATES | ) | |

I, the undersigned Affiant, do hereby aver the following:

1. Affiant's name is Nancy Ellen Lloyd; Affiant is over 18 years of age, of sound mind, has not been convicted of any crime or offense which would render Affiant incompetent to testify; Affiant has personal knowledge that the following facts are true, correct, complete, certain and not misleading:
2. Affiant makes this Affidavit and Statement in Support for:

   Nancy Ellen Lloyd
   c/o 3204 High View Circle
   Greensboro, North Carolina 27410

   Social Security No: 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
3. Affiant is filing this affidavit in support of the Tax Year 2000 Form D-400.
4. Affiant affirms that the $49,153.00 deduction claimed on the Form D-400 Line 31 is an unrestricted claim of right adjustment founded on USC Title 26 Section 1341 (17 NCAC 06B .0116 (e) claim of right doctrine under IRC Section 1341)
5. The claim of right is as follows:
   a. This is a deduction of an item of non-taxable income.
   b. The item being deducted is "compensation for personal labor actually rendered".
6. The law for this claim is
   a. USC Title 26, §1341(a)(5)(B):

      "...or the corresponding provisions of prior revenue laws"

   b. and

      "For purposes of paragraph (5)(B), the corresponding Provisions of the Internal Revenue Code of 1939 shall be chapter 1 of such code."

   c. The Internal Revenue Code of 1939, Chapter 1, Subchapter B, § 23 entitled "Deduction From Gross Income:

      "...compensation for personal services actually rendered".
7. Affiant is claiming a right made available to United States citizens.
8. Affiant is aware that she has an unrestricted right to correct errors and omissions made in previous years and this stands as the correction for 2000.

I declare under penalty of perjury that the foregoing truths and facts herein are of first-hand personal knowledge, true, correct, complete, certain and not misleading.

Executed this 7th day of February, 2003

Nancy Ellen Lloyd (signature)

Nancy Ellen Lloyd
3204 High View Circle
Greensboro, North Carolina 27410



NOT VALID WITHOUT ALL PAGES

**UNITED STATES COURT OF FEDERAL CLAIMS**

DOCKET #: ______________________________

JUDGE ___________________________

**JOSEPH O. SALADINO, Petitioner**

vs

**UNITED STATES, Respondent**

---

**PLEADING SPECIAL MATTERS & EXHIBIT #17**

The authority for this pleading is RCFC 9.(c),(h)(1),(2),(5) and (6). In support the Court is shown that the following conditions precedent exist in this proceeding:

I.

**ADMINISTRATIVE PROCEEDING FOR A DEDUCTION**

A administrative proceeding exist within the State of North Carolina. This is an administrative action to claim an election. The cause and effect are these:

a. The action is for the tax year 2001.

b. The election is to itemize a deduction.

c. The tax identification number of the individual is 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.

d. The original request for the election was filed on February 7, 2003 at North Carolina Department of Revenue.

e. The determination issued on September 26, 2003.

II

**CITATION OF STATUTES & REGULATIONS FOR ELECTION CLAIMED**

The Pleadings in special matters #16 is hereby adopted by reference.

III

**OWNERSHIP OF CLAIM**

The Pleadings in special matters #2 is hereby adopted by reference.

I hereby verify under penalties of perjury that the foregoing is true and correct. I further verify under penalty of perjury that the attached copy of the tax return is a correct copy of the original filed.

Joseph O. Saladino
416 Alamosa Ave
Palmdale, California 93551

Cert. Mail # 7002 2410 0003 0271 3381

← Staple W-2s Here

D-400
Web
1-02

# Individual Income Tax Return 2001

North Carolina Department of Revenue

*Print in Black or Blue Ink Only*

For calendar year 2001, or other tax year beginning (MM-DD) 01 and ending (MM-DD-YY)

Your Social Security Number: 079 38 6148

You must enter your social security number(s)

Spouse's Social Security Number

Your First Name (USE CAPITAL LETTERS FOR YOUR NAME AND ADDRESS): NANCY M.I.: E Your Last Name: LLOYD

If a Joint Return, Spouse's First Name M.I. Spouse's Last Name

Address: 3204 HIGH VIEW CIRCLE County (Enter first five letters): GUILF

City: GREENSBORO State: NC Zip Code: 27410 Country (If not U.S.)

**Deceased Taxpayer Information**

If return is for a deceased taxpayer or deceased spouse, enter date of death.

Deceased taxpayer's date of death (MM-DD-YY)

Deceased spouse's date of death (MM-DD-YY)

**N.C. Political Parties Financing Fund**

Fill in appropriate circle if you want to designate $1 to this fund; making a designation neither increases your tax nor reduces your refund.

You: Democratic / Republican / Unspecified    Your Spouse: Democratic / Republican / Unspecified

**Federal Adjusted Gross Income**

Enter federal adjusted gross income from your federal return *(Form 1040, Line 33; Form 1040A, Line 19; Form 1040EZ, Line 4; or TeleFile Tax Record, Line I)* *Fill in circle if negative* ▶ 34980.00

**Residency Status**

Were you a resident of N.C. for the entire year of 2001? ● Yes No *If no, complete Lines 46 through 50 on Page 4*

Was your spouse a resident for the entire year? Yes No

**Filing Status**

Same as federal. Fill in one circle only. If your spouse was a nonresident and had no North Carolina taxable income in 2001, see the Line Instructions for Lines 1 through 5. If you do not indicate your filing status by filling in one of the circles, any refund due will be delayed.

1. ● Single
2. Married Filing Jointly
3. Married Filing Separately ➔ *(Enter your spouse's full name and Social Security Number)* Name SSN
4. Head of Household
5. Qualifying Widow(er) with Dependent Child (Year spouse died: )

Enter the Number of Exemptions claimed on your federal income tax return: 1

*Page references are to Form D-401, Individual Income Tax Instructions*

If amount on Line 6, 8, 10a, 11, or 12 is negative, fill in circle. Example: ●

| | | |
|---|---|---|
| **6. Taxable Income from Your Federal Income Tax Return** Form 1040, Line 39; Form 1040A, Line 25; Form 1040EZ, Line 6; or TeleFile Tax Record, Line K(1) Taxable Income *(If zero, see the Line Instructions)* | ▶ 6. | 2900.00 |
| **7. Additions to Federal Taxable Income** All taxpayers must complete **Lines 29 through 38 on Page 3** and enter amount from Line 38 | ▶ 7. | 400.00 |
| **8. Add Lines 6 and 7** | 8. | 2500.00 |
| **9. Deductions from Federal Taxable Income** If applicable, complete **Lines 39 through 45 on Page 3** and enter amount from Line 45 | ▶ 9. | 0.00 |
| **10. a.** Line 8 minus Line 9 | 10a. | 2500.00 |
| **b. Part-year residents and nonresidents** Complete **Lines 46 through 50 on Page 4** and enter decimal amount from Line 50 | 10b. | . |
| **11. North Carolina Taxable Income** Full-year residents enter the amount from Line 10a; Part-year residents and nonresidents multiply amount on Line 10a by 10b and enter result | 11. | 2500.00 |

NOT VALID WITHOUT ...

702010600

**Page 2** D-400 Web 1-02

Your Last Name (First 10 Characters): LLOYD

Tax Year **2001**

Your Social Security Number: 079 38 6148

| | | | |
|---|---|---|---|
| **12. Enter amount from Line 11** (North Carolina Taxable Income) | Fill in circle if negative ● | 12. | 2500 .00 |
| **13. North Carolina Income Tax** If the amount on Line 12 is less than $68,000, use the **Tax Table** beginning on Page 15 of the instructions to determine your tax. If the amount on Line 12 is $68,000 or more, use the **Tax Rate Schedule** on Page 23 to calculate your tax. | | 13. | 0 .00 |
| **14. Tax Credits** *(From Form D-400TC, Part 4, Line 30)* | ▶ | 14. | 0 .00 |
| **15. Subtract** Line 14 from Line 13 | | 15. | 0 .00 |
| **16. Consumer Use Tax** *(See instructions on Page 6)* | ▶ | 16. | 0 .00 |
| **17. Add** Lines 15 and 16 | | 17. | 0 .00 |

**18. North Carolina Income Tax Withheld**
*(Staple original or copy of the original State wage and tax statement(s) in top left-hand corner of page 1 of the return)*

| | | |
|---|---|---|
| a. Your tax withheld | ▶ 18a. | 0 .00 |
| b. Spouse's tax withheld | ▶ 18b. | .00 |

**19. Other Tax Payments**

| | | |
|---|---|---|
| a. 2001 Estimated Tax | ▶ 19a. | 0 .00 |
| b. Paid with Extension | ▶ 19b. | 0 .00 |
| c. Partnership | ▶ 19c. | 0 .00 |
| d. S Corporation | ▶ 19d. | 0 .00 |

| | | | |
|---|---|---|---|
| **20. Add** Lines 18a through 19d | | 20. | 0 .00 |
| **21. a.** If Line 17 is more than Line 20, subtract and enter the result | ▶ | 21a. | 0 .00 |
| **b.** Penalty for underpayment of estimated income tax *(See instructions and enter letter in box, if applicable)* | **Penalty Exception** ▶ | ▶ 21b. | .00 |
| **c.** Other penalties and interest *(See instructions)* | | 21c. | .00 |
| **22. Add** Lines 21a, 21b, and 21c and enter the total - **Pay This Amount** | | 22. $ | 0 .00 |
| **23.** If Line 17 is less than Line 20, subtract and enter the result | | 23. | 0 .00 |
| **24.** Amount of Line 23 to be applied to **2002 Estimated Income Tax** | ▶ | 24. | .00 |
| **25.** Contribution to the **N.C. Nongame and Endangered Wildlife Fund** | ▶ | 25. | .00 |
| **26.** Contribution to the **N.C. Candidates Financing Fund** | ▶ | 26. | .00 |
| **27. Add** Lines 24, 25, and 26 | | 27. | .00 |
| **28. Subtract** Line 27 from Line 23 and enter the **Amount To Be Refunded** | ▶ | 28. | 0 .00 |

7020206003

**Be sure to sign and date your return on Page 4.**

**Page 3** D-400 Web 1-02

Your Last Name (First 10 Characters): LLOYD

Tax Year: **2001**

Your Social Security Number: 079 38 6148

## Additions to Federal Taxable Income *(See Line Instructions beginning on Page 8.)*

| | | |
|---|---|---|
| **29.** Enter the itemized deductions or the standard deduction from your federal return<br>● Form 1040, Line 36<br>● Form 1040A, Line 22<br>● Form 1040EZ SINGLE filers - enter $4,550 OR the amount from Line 5 of Form 1040EZ, **whichever is less**<br>● Form 1040EZ MARRIED FILING JOINTLY filers - enter $7,600 OR the amount from Line 5 of Form 1040EZ, **whichever is less**<br>● TeleFile Tax Record filers - enter standard deduction from Line J(1) of TeleFile Tax Record | ▶ 29. | 34980 .00 |
| **30.** Enter your standard deduction from the applicable chart or worksheet on Page 8 | ▶ 30. | 3000 .00 |
| **31. Subtract** Line 30 from Line 29 and enter the result here, but not less than zero **IMPORTANT: If you claimed the standard deduction on your federal return, skip Line 32 and enter on Line 33 the amount entered on Line 31** | 31. | 31980 .00 |
| **32.** If you itemized your deductions on your federal return, Form 1040, enter the state and local income taxes from Line 5 and any foreign income taxes included on Line 8 of Federal Schedule A. **IMPORTANT:** If you were required to complete the **Itemized Deductions Worksheet** in the instructions for **Federal Form 1040**, see Page 9 | ▶ 32. | 0 .00 |
| **33. Compare Line 31 with Line 32 and enter whichever is less** | ▶ 33. | 0 .00 |
| **34.** Personal exemption adjustment *(Complete the **Personal Exemption Adjustment Worksheet** on Page 9 and enter the result)* | ▶ 34. | 400 .00 |
| **35.** Interest income from obligations of states other than North Carolina | ▶ 35. | 0 .00 |
| **36.** Lump-sum distributions from a pension or profit sharing plan | ▶ 36. | 0 .00 |
| **37.** Other additions to federal taxable income *(Attach explanation or schedule)* | ▶ 37. | 0 .00 |
| **38. Total additions** - Add Lines 33 through 37 *(Enter the total here and on Line 7)* | 38. | 400 .00 |

## Deductions from Federal Taxable Income *(See Line Instructions beginning on Page 10.)*

| | | |
|---|---|---|
| **39.** State or local income tax refund if included on Line 10 of Federal Form 1040 | ▶ 39. | .00 |
| **40.** Interest income from obligations of the United States, United States' possessions, or the State of North Carolina | ▶ 40. | .00 |
| **41.** Taxable portion of Social Security and Railroad Retirement Benefits included on your federal return | ▶ 41. | .00 |
| **42.** Retirement benefits received by vested N.C. State government, N.C. local government, or federal government retirees ***(Bailey settlement)*** | ▶ 42. | .00 |
| **43.** If you have retirement benefits not reported on Lines 41 or 42, complete the ***Retirement Benefits Worksheet*** on Page 11 and enter the result here | ▶ 43. | .00 |
| **44.** Other deductions from federal taxable income *(Attach explanation or schedule)* | ▶ 44. | .00 |
| **45. Total deductions** - Add Lines 39 through 44 *(Enter the total here and on Line 9)* | 45. | 0 .00 |

**This page must be filed with Pages 1 and 2 of this form.**

7020306003

**Page 4**
D-400
Web
1-02

Your Last Name (First 10 Characters): LLOYD

Tax Year: **2001**

Your Social Security Number: 079 38 6148

## Computation of North Carolina Taxable Income for Part-Year Residents and Nonresidents

*(See Line Instructions beginning on Page 11.)*

| | | You | Your Spouse |
|---|---|---|---|
| **If you were a part-year resident of North Carolina, enter the dates of residency in the boxes.** → | Date residency began *(MM-DD-YY)* | | |
| | Date residency ended *(MM-DD-YY)* | | |

*If amount on Line 46, 47, 48, or 49 is negative, fill in circle. Example:* ●

| | | |
|---|---|---|
| **46.** Total income while you were a **Resident** of North Carolina *(If a loss, enter amount and fill in circle to indicate the amount is negative)* | ▶ 46. | .00 |
| **47.** Total income **from North Carolina** sources while you were a **Nonresident** of North Carolina *(If a loss, enter amount and fill in circle to indicate the amount is negative)* | ▶ 47. | .00 |
| **48. Add** Lines 46 and 47 | 48. | .00 |
| **49. Total income from all sources** Form 1040, Line 22; 1040A, Line 15; 1040EZ, Line 4; or TeleFile Tax Record, Line I *(If you entered additions or deductions on Lines 7 or 9, see the instructions on Page 11)* | ▶ 49. | .00 |
| **50.** Divide Line 48 by Line 49 *(Enter the result as a decimal amount here and on Line 10b; round to two decimal places)* | 50. | . |

I certify that, to the best of my knowledge, this return is accurate and complete.

**Sign Here**

Nancy Ellen Lloyd — 02-07-03
Your Signature — Date

Spouse's Signature *(If filing joint return, both must sign.)* — Date

( ) Daytime Telephone Number *(Include area code.)*

Fill in circle if return was completed by paid preparer. →

If prepared by a person other than taxpayer, this certification is based on all information of which the preparer has any knowledge.

Paid Preparer's Signature — Date

▶ Preparer's FEIN, SSN, or PTIN — ( ) Preparer's Telephone Number

*If REFUND mail return to:* N.C. DEPT. OF REVENUE, P.O. BOX R, RALEIGH, NC 27634-0001

*If you ARE NOT due a refund, mail return, any payment, and D-400V to:* N.C. DEPT. OF REVENUE, P.O. BOX 25000, RALEIGH, NC 27640-0640

**Payment Voucher** - If you are sending in a payment **and** you received a preaddressed income tax booklet, use the payment voucher **(Form D-400V)** included on the inside flap of the front cover of the booklet. Complete the voucher and enclose it with your return and payment in the envelope provided. Please do not staple, tape, paper clip, or otherwise attach your payment or voucher to your return or to each other.

7020406003

Guilford county )
)
North Carolina )
)
UNITED STATES )

**AFFIDAVIT & STATEMENT OF PREPARER IN SUPPORT OF D-400 FILING**

I, the undersigned Affiant, do hereby aver the following:

1. Affiant's name is Nancy Ellen Lloyd; Affiant is over 18 years of age, of sound mind, has not been convicted of any crime or offense which would render Affiant incompetent to testify; Affiant has personal knowledge that the following facts are true, correct, complete, certain and not misleading:
2. Affiant makes this Affidavit and Statement in Support for:

   Nancy Ellen Lloyd
   c/o 3204 High View Circle
   Greensboro, North Carolina 27410

   Social Security No: 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
3. Affiant is filing this affidavit in support of the Tax Year 2001 Form D-400.
4. Affiant affirms that the $34,980.00 deduction claimed on the Form D-400 Line 29 is an unrestricted claim of right adjustment founded on USC Title 26 Section 1341 (17 NCAC 06B .0116 (e) claim of right doctrine under IRC Section 1341)
5. The claim of right is as follows:
   a. This is a deduction of an item of non-taxable income.
   b. The item being deducted is "compensation for personal labor actually rendered".
6. The law for this claim is
   a. USC Title 26, §1341(a)(5)(B):

      "...or the corresponding provisions of prior revenue laws"
   b. and

      "For purposes of paragraph (5)(B), the corresponding Provisions of the Internal Revenue Code of 1939 shall be chapter 1 of such code."
   c. The Internal Revenue Code of 1939, Chapter 1, Subchapter B, § 23 entitled "Deduction From Gross Income:

      "...compensation for personal services actually rendered".
7. Affiant is claiming a right made available to United States citizens.
8. Affiant is aware that she has an unrestricted right to correct errors and omissions made in previous years and this stands as the correction for 2001.

I declare under penalty of perjury that the foregoing truths and facts herein are of first-hand personal knowledge, true, correct, complete, certain and not misleading.

Executed this 7th day of February, 2003

Nancy Ellen Lloyd

Nancy Ellen Lloyd
3204 High View Circle
Greensboro, North Carolina 27410



NOT VALID WITHOUT ALL PAGES