ORIGINAL

# In the United States Court of Federal Claims

No. 03-2262 C

FILED
OCT 6 2003
U.S. COURT OF FEDERAL CLAIMS

**JOSEPH O. SALADINO,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Amended Order, filed October 6, 2003,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with no costs assessed

Brian Bishop
Acting Clerk of Court

**October 6, 2003**

By: [signature]

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $105.00.

#5