ORIGINAL

*IN THE UNITED STATES COURT OF FEDERAL CLAIMS*

FILED
OCT 17 2003
U.S. COURT OF FEDERAL CLAIMS

JOSEPH O. SALADINO, )
)
Plaintiff, ) 03 - 2262 T
) (Judge Wolski)
v. )
)
UNITED STATES OF AMERICA, )
)
Defendant, )

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Robert N. Dorosin as attorney of record for the United States. Service of all papers by opposing party should be addressed as follows:

Robert N. Dorosin, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: October 16, 2003

Robert N. Dorosin

Robert N. Dorosin
Justice Department (Tax)
Court of Federal Claims Section
202-307-6495
(Fax) 202-514-9440

VJW
6

CERTIFICATE OF SERVICE

I certify that service of the foregoing Notice of Appearance has, this 16th day October, 2003, been made on plaintiff by mailing a copy thereof, in a postage paid envelope, to the following address:

Joseph O. Saladino
416 Almosa Avenue
Palmdale, California 93551

Court of Federal Claims Section
U.S. Department of Justice
Tax Division
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6440